AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

USA

v.

Narseal Batiste, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 06-20373-CR-Lenard

| PRESIDING JUDGE TED E. BANDSTRA | PLAINTIFF'S ATTORNEY Jackie Arango | DEFENDANT'S ATTORNEY John Wylie, AFPD, et al |
|---|---|---|
| TRIAL DATE(S) 6/30/06, 7/5/06 | COURT REPORTER | COURTROOM DEPUTY PATTY FITZPATRICK |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Anthony Velazquez Sworn + Testified |
| | | 6/30/06 | | | Sworn + testified, John Wylie, AFPD Cross examined |
| | | 7/5/06 | | | Albert Levin Cross examined |
| | | " | | | Cross ex by Roderick Vereen |
| | | " | | | Cross examined by Richard Houlihan |
| | | " | | | Cross examined by Gregory PreBish |
| | | " | | | Cross examined by Nathan Clark |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages