



*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

UNITED STATES OF AMERICA,

Case No. 06-20373-Cr-LENARD

Plaintiff,          VOLUME 1

vs.                          MIAMI, *FLORIDA*
                             June 30, 2006

NARSEAL BATISTE, a/k/a
Brother Naz, a/k/a Prince
Manna, et al.,

Defendants.

---

## TRANSCRIPT OF PRETRIAL DETENTION HEARING
## BEFORE THE HONORABLE TED E. BANDSTRA,
## UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
BY: JACQUELINE M. ARANGO, A.U.S.A.
BY: RICHARD E. GETCHELL, JR., A.U.S.A.

112
H.H.

1

FOR THE DEFENDANT BATISTE:

2

3

4

 *Federal Public Defender's Office*
 BY: **JOHN W. WYLIE, A.F.P.D.**
 159 Flagler Street
 Miami, Florida 33131

5

6

7

8

FOR THE DEFENDANT ABRAHAM:

9

10

 BY: **ALBERT Z. LEVIN, ESQ.**
 261 N.E. First Street
 6th Floor
 Miami, Florida 33132

11

12

13

14

FOR THE DEFENDANT PHANOR:

15

16

 *Brinkley Darrell & Vereen*
 BY: **RODERICK D. VEREEN, ESQ.**
 4770 Biscayne Boulevard
 Suite 1200
 Miami, Florida 33131

FOR THE DEFENDANT HERRERA:

 BY: **RICHARD K. HOULIHAN, ESQ.**
 300 Aragon Avenue
 Gables International Center
 Coral Gables, Florida 33134

1

2

3

4   FOR THE DEFENDANT BURSON AUGUSTIN:

5

6

7

8              BY: GREGORY A. PREBISH, ESQ.
               Courthouse Plaza
               28 W. Flagler Street
9              Miami, Florida 33130

10

11

12

13  FOR THE DEFENDANT ROTHCHILD AUGUSTINE:

14

15

16

17             BY: NATHAN D. CLARK, ESQ.
               17639 S. Dixie Highway
               Miami, Florida 33157

18

19

REPORTED BY:   JERALD M. MEYERS, RPR-CM
               J.M. Court Reporting, Inc.
               1601 N.W. 109 Terrace
               Pembroke Pines, Florida 33026-2717

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#112

☐   **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☑ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____