1

FILED by _____ D.C.
APPEALS

JUL 3 0 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2                   MIAMI DIVISION
3            CASE NO. 06-20373-CR-LENARD/TORRES

4   _____     |          MIAMI, FLORIDA

    UNITED STATES OF AMERICA,                 |
5                                             |
                    Plaintiff,                |          JULY 17, 2007
6                                             |
                                              |
7          vs.                                |
                                              |
8   NARSEAL BATISTE,                          |
    PATRICK ABRAHAM,                          |
9   STANLEY GRANT PHANOR,                     |
    NAUDIMAR HERRERA,                         |
10  BURSON AUGUSTIN,                          |
    LYGLENSON LEMORIN,                        |
11  ROTSCHILD AUGUSTINE,                      |
                                              |
12          Defendants.                       |
    _____x

13
14
            TRANSCRIPT OF MOTIONS TO SUPPRESS
15        BEFORE THE HONORABLE EDWIN TORRES,
            UNITED STATES MAGISTRATE JUDGE
16
    APPEARANCES:
17
    FOR THE GOVERNMENT:       JACQUELINE M. ARANGO, ESQ.
18                            ALLYSON FRITZ, ESQ.
                              RICHARD E. GETCHELL, JR., ESQ.
19                            Assistant U. S. Attorneys
                              99 Northeast Fourth Street
20                            Miami, FL 33132      306.961.9000
21  FOR DEFENDANT BATISTE:    ANA MARIA JHONES, ESQ.
                              300 Seville Avenue, Suite 210
22                            Coral Gables, FL 33134
                                                    305.461.0700
23
    FOR DEFENDANT ABRAHAM:    ALBERT Z. LEVIN, ESQ.
24                            261 Northeast First Street
                              6th Floor
25                            Miami, FL 33132      305.379.7101