1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                 CASE NO. 06-20373-CRIMINAL-LENARD

UNITED STATES OF AMERICA,        Miami, Florida

           Plaintiff,            October 9, 2007

     vs.                         9:13 a.m. to 5:15 p.m.

NARSEAL BATISTE, et al.,         Volume XIV

           Defendants.           Pages 1 to 276
------------------------------
```

FILED by _____ D.C.

REC'D by _____ D.C.
APPEALS
OCT 3 0 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JURY TRIAL
BEFORE THE HONORABLE JOAN A. LENARD,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:  RICHARD D. GREGORIE, ESQ.,
                     JACQUELINE M. ARANGO, ESQ.,
                     ALLYSON FRITZ, ESQ., and
                     RICHARD E. GETCHELL, JR., ESQ.
                     ASSISTANT UNITED STATES ATTORNEYS
                     99 Northeast Fourth Street
                     Miami, Florida 33132

FOR THE DEFENDANT    ANA MARIA JHONES, ESQ.
NARSEAL BATISTE:     300 Seville Avenue, Suite 210
                     Coral Gables, Florida 33134

FOR THE DEFENDANT    ALBERT Z. LEVIN, ESQ.
PATRICK ABRAHAM:     261 Northeast First Street
                     Sixth Floor
                     Miami, Florida 33132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 06-20373-CR JAL
DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____