```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION
              CASE NO. 06-20373-CRIMINAL-LENARD
```

FILED by _____ D.C.
CT. REP.
JAN 08 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

APPEALS

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | Miami, Florida |
| Plaintiff, | November 19, 2007 |
| vs. | 1:43 p.m. to 5:20 p.m. |
| NARSEAL BATISTE, et al., | Volume XXXVII |
| Defendants. | Pages 1 to 130 |

JURY TRIAL
BEFORE THE HONORABLE JOAN A. LENARD,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     RICHARD D. GREGORIE, ESQ.,
                        JACQUELINE M. ARANGO, ESQ.,
                        ALLYSON FRITZ, ESQ., and
                        RICHARD E. GETCHELL, JR., ESQ.
                        ASSISTANT UNITED STATES ATTORNEYS
                        99 Northeast Fourth Street
                        Miami, Florida 33132

FOR THE DEFENDANT       ANA MARIA JHONES, ESQ.
  NARSEAL BATISTE:      300 Seville Avenue, Suite 210
                        Coral Gables, Florida 33134

FOR THE DEFENDANT       ALBERT Z. LEVIN, ESQ.
  PATRICK ABRAHAM:      261 Northeast First Street
                        Sixth Floor
                        Miami, Florida 33132

2

```
 1   FOR THE DEFENDANT        RODERICK D. VEREEN, ESQ.
       STANLEY PHANOR:        BRINKLEY, HENRYS & LEWIS
 2                            4770 Biscayne Boulevard
                              Suite 1200
 3                            Miami, Florida 33131

 4
     FOR THE DEFENDANT        RICHARD K. HOULIHAN, ESQ.
 5     NAUDIMAR HERRERA:      300 Aragon Avenue
                              Coral Gables, Florida 33134
 6

 7   FOR THE DEFENDANT        GREGORY A. PREBISH, ESQ.
       BURSON AUGUSTIN:       28 West Flagler Street
 8                            Miami, Florida 33130

 9
     FOR THE DEFENDANT        JOEL DeFABIO, ESQ.
10     LYGLENSON LEMORIN:     FLORIDA LAWYER, PA
                              1800 Southwest 27th Avenue
11                            Suite 500
                              Miami, Florida 33145
12

13   FOR THE DEFENDANT        NATHAN CLARK, ESQ.
       ROTSCHILD AUGUSTINE:   17639 South Dixie Highway
14                            Miami, Florida 33157

15
     REPORTED BY:             LISA EDWARDS, CRR, RMR
16                            Official Court Reporter
                              301 North Miami Avenue
17                            Seventh Floor
                              Miami, Florida 33128
18                            (305) 523-5499

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR-JAL
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____