```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                 CASE NO. 06-20373-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                  Plaintiff,        February 17, 2009

 6          vs.                       9:30 a.m. to 10:49 p.m.

 7   NARSEAL BATISTE, et al.,         Volume XI

 8              Defendants.           Pages 1 to 31
     ---------------------------------------------------------
 9

10                           JURY TRIAL
11           BEFORE THE HONORABLE JOAN A. LENARD,
                 UNITED STATES DISTRICT JUDGE
12

13

14   APPEARANCES:

15

16   FOR THE GOVERNMENT:      RICHARD D. GREGORIE, ESQ., and
                              JACQUELINE M. ARANGO, ESQ.
17                            ASSISTANT UNITED STATES ATTORNEYS
                              99 Northeast Fourth Street
18                            Miami, Florida 33132

19
     FOR THE DEFENDANT        ANA MARIA JHONES, ESQ.
20     NARSEAL BATISTE:       300 Seville Avenue, Suite 210
                              Coral Gables, Florida 33134
21

22   FOR THE DEFENDANT        ALBERT Z. LEVIN, ESQ.
       PATRICK ABRAHAM:       261 Northeast First Street
23                            Sixth Floor
                              Miami, Florida 33132
24

25
```

```
 1   FOR THE DEFENDANT        RODERICK D. VEREEN, ESQ.
       STANLEY PHANOR:        BRINKLEY, HENRYS & LEWIS
 2                            4770 Biscayne Boulevard
                              Suite 1200
 3                            Miami, Florida 33131

 4
     FOR THE DEFENDANT        RICHARD K. HOULIHAN, ESQ.
 5     NAUDIMAR HERRERA:      300 Aragon Avenue
                              Coral Gables, Florida 33134
 6

 7   FOR THE DEFENDANT        LOUIS CASUSO, ESQ.
       BURSON AUGUSTIN:       111 Northeast First Street
 8                            Suite 603
                              Miami, Florida 33132
 9

10   FOR THE DEFENDANT        NATHAN CLARK, ESQ.
      ROTSCHILD AUGUSTINE:    17639 South Dixie Highway
11                            Miami, Florida 33157

12
     REPORTED BY:            LISA EDWARDS, CRR, RMR
13                           Official Court Reporter
                             400 North Miami Avenue
14                           Twelfth Floor
                             Miami, Florida 33128
15                           (305) 523-5499

16

17

18

19

20

21

22

23

24

25
```

```
 1          THE COURT:  Good morning.  You may be seated.

 2          United States of America versus Narseal

 3   Batiste, et al., Case No. 06-20373.

 4          Counsel, state your appearances, please, for

 5   the record.

 6          MR. GREGORIE:  Good morning, your Honor.

 7          Richard Gregorie and Jacqueline Arango on

 8   behalf of the United States.

 9          MS. ARANGO:  Good morning.

10          THE COURT:  Good morning.

11          MS. JHONES:  Good morning, your Honor.

12          Ana Jhones on behalf of Narseal Batiste, who

13   is present.

14          THE COURT:  Good morning.

15          MR. LEVIN:  Your Honor, good morning.

16          Albert Levin on behalf of Patrick Abraham, who

17   is also present.

18          THE COURT:  Good morning.

19          MR. CASUSO:  Good morning, your Honor.

20          Louie Casuso on behalf of Burson Augustin, who

21   is present.

22          THE COURT:  Good morning.

23          MR. CLARK:  Good morning, your Honor.

24          Nathan Clark for Rotschild Augustine, who is

25   present.
```

```
1              THE COURT:  Good morning.

2              MR. HOULIHAN:  Richard Houlihan with Naudimar

3    Herrera.

4              THE COURT:  Good morning.

5              MR. VEREEN:  Good morning, your Honor.

6              Roderick Vereen on behalf of Stanley Phanor,

7    who's present.

8              THE COURT:  Good morning.

9              All Defendants are present.

10             Patricia received a phone call and an e-mail

11   from Juror No. 5, who was Panel II, Juror No. 12,

12   chosen as Juror No. 5.

13             "I was Juror No. 12 and was selected on

14   Wednesday, February 11th, to be Juror No. 5.  I've been

15   diagnosed for many" -- it's cut off, but it must be

16   "years" -- "with anxiety disorder and have been under

17   the care of a physician.

18             "When I first was selected, I did not think it

19   would affect me in any way.  I was graciously willing

20   to serve my civil duty as a juror.  However" -- I can't

21   read all of it.  It didn't print out very well.  She

22   started to suffer from panic attacks and her anxiety

23   has been out of control, "so much so my doctor

24   advised" -- something -- "with medication.

25             "I continue getting my panic attacks.  I am
```

1    sorry for any inconvenience, but I cannot function."

2    It's been cut off.  I think it's "This" -- then it

3    says, "...my well-being and feel that I will be of no

4    assistance to the Court as a juror.

5         "Attached is a letter from my physician if you

6    need to contact him."

7         Did we get a letter from the physician?

8         THE COURTROOM DEPUTY:  No, Judge, we did not.

9         THE COURT:  Patricia did call the -- as we

10   started, she had begun to call jurors that were

11   selected.  When she called to speak to the juror, she

12   was crying on the phone.

13        And then, as Patricia conveyed it to me this

14   morning, when the conversation -- as the conversation

15   ended, she said, "I'm so glad you called me.  I'm now

16   going back to my job as a nurse in surgery."

17        MS. ARANGO:  Tell me what hospital she's at so

18   I don't go there.

19        THE COURT:  I am sure that this juror did not

20   reveal any anxiety disorder.  I don't remember any

21   juror indicating anything like that.  I could be wrong,

22   but I don't recall it.

23        MS. ARANGO:  Well, Judge, we move to strike

24   for cause.  Given what happened in our very first trial

25   with Nathan Clark's closing -- poor Nathan.  I know we

1    keep rehashing this.  But --

2         THE COURT:  I think he was only the catalyst.

3         MS. ARANGO:  It just sounds like, you know, we

4    need somebody with mental fortitude and be able to

5    really withstand, you know, everything that's going to

6    be thrown at them in this case.  It sounds to me like

7    she can't.  I mean, it's unfortunate, but....

8         MS. JHONES:  I don't have any objection.

9         MR. LEVIN:  No objection.

10        THE COURT:  So Juror No. 12 from Panel II is

11   excused for cause.

12        MS. JHONES:  I'm sorry, your Honor.

13        Juror No. 12 from....

14        THE COURT:  Juror No. 12 from Panel II, who

15   was selected as Juror No. 5.

16        MS. JHONES:  Oh.

17        THE COURT:  So what I'm going to do is just

18   renumber the jurors that were selected.  Juror No. 6

19   will become Juror No. 5.

20        I saw on CM/ECF that Mr. Vereen withdrew his

21   motion and that -- I did read the pleadings filed by

22   Ms. Jhones, two motions for reconsideration.

23        The Government responded.

24        The last time that I looked late yesterday

25   afternoon or early evening, there was no reply.

1          Correct?

2          MS. JHONES:  Yes, your Honor.

3          I filed it approximately seven hours late.  I

4    contacted the Government, who expressed no opposition

5    to the late filing.

6          I did file a couple of replies.  They're

7    short, but I did file replies.

8          THE COURT:  Okay.

9          MS. JHONES:  One is Document --

10         THE COURT:  I'm sure I can find it.

11         In the future -- first of all, you need to

12   have permission from me, number one, to file something

13   late.  An agreement with the Government is not

14   sufficient.

15         MS. JHONES:  I --

16         THE COURT:  And, under these circumstances,

17   where court was not in order, at the very least, you

18   should have made a call to chambers and left a message

19   on the machine so that somebody could have contacted me

20   or, at the very least, they could have downloaded the

21   pleadings for me so they were ready for me this

22   morning.

23         MS. JHONES:  Your Honor --

24         THE COURT:  I looked numerous times yesterday,

25   and I guess I -- I was working all day on the motions

```
 1    and, quite frankly, after 7:00 or 8:00, I was no longer
 2    looking at....
 3              MS. JHONES:  I understand, your Honor.
 4              I didn't call -- I did file a motion to -- for
 5    leave to file it out of time.  I didn't call because I
 6    assumed that no one was in the -- that the court was
 7    closed because of the holiday, or else I would have
 8    called.
 9              THE COURT:  It just would have been helpful if
10    you had left a message so that I could have looked at
11    it this morning prior to coming to court.
12              MS. JHONES:  I'll do so in the future, your
13    Honor.
14              THE COURT:  Is there anything further that
15    either side wants to argue in regard to the motion for
16    reconsideration?
17              MS. JHONES:  Nothing from defense, your Honor.
18              MS. ARANGO:  Nothing further from the
19    Government, Judge.
20              THE COURT:  I'm going to grant the motion for
21    reconsideration as to Juror No. 29, the reverse strike.
22              And I find that, when comparing this juror's
23    answers to the answers of the majority of other jurors,
24    as raised in the motion by the defense, that the
25    combination of his statements that he read all forms of
```

1   media, along with reading the *Miami Herald* every day

2   and, yet, had no memory whatsoever of anything that

3   related to the case, is a race-neutral reason, when

4   taken in the context of the answers from other jurors.

5          I'm going to deny the motion for

6   reconsideration in regard to the *Batson* challenge by

7   the defense as to Juror No. 33 on Panel I.

8          I find, as I did previously, that the

9   Government has provided nonpretextual race-neutral

10  reasons regarding this juror's answers and statements

11  during voir dire.

12         Either the juror did not comprehend the

13  questions or he was untruthful in his answers regarding

14  a very straightforward question that 32 persons

15  answered before him, which is, "What work do you do?"

16         His answer was, "Security."  Had the Court not

17  inquired further after he completed his questionnaire,

18  that answer would have been allowed to stand.  And that

19  answer was not true.

20         He was not working as a security officer.  He

21  had worked as a security officer in the past.  He

22  didn't say he was going to school.  He didn't say he

23  worked as a part-time deejay.

24         His answer to Question No. 4 as to the work

25  that he did was that he was a security officer.

1      There are many people who said they were

2  students.  There were many people who said they were

3  unemployed.  He did not choose to say any of those

4  things.

5      In addition, the Government has sufficiently

6  alleged race-neutral reasons as to this juror's answers

7  to the questions related to the media.

8      He qualified every answer in regard to his

9  response as to whether he had read or heard anything

10  about the case with such language such as "Not lately,"

11  "Not as of yet."

12      It concerned me -- his answers concerned me at

13  the time that he gave them.  And certainly I find those

14  answers troublesome enough that they provide a

15  race-neutral reason for the Government to have properly

16  exercised a strike without purposeful discrimination.

17      MS. JHONES:  Your Honor, in light of the

18  Court's ruling, may we have a moment to confer?

19      THE COURT:  Sure.

20      MS. JHONES:  Thank you.

21      (Discussion had off the record amongst

22  counsel.)

23      THE COURT:  Are we ready?  I'm waiting for

24  you.  I don't know if you're having conversations

25  related to this or just general conversations.

1          MS. JHONES:  Your Honor, Mr. Levin was

2   consulting with his client.  That was the only thing we

3   were waiting for.

4          THE COURT:  That's fine.  I just wanted to

5   make sure.

6          MS. JHONES:  Thank you.

7          THE COURT:  Ready, Mr. Levin?

8          MR. LEVIN:  Yes, your Honor.

9          THE COURT:  I just want to make a couple of

10   additional findings in regard to my ruling on the

11   motion for reconsideration and cite some case law.

12          I had previously found, prior to the motion

13   for reconsideration, that the first-stage step in

14   *Batson* -- a *Batson* challenge had been met and that

15   there was an inference of discrimination.

16          I have now found again in the motion for

17   reconsideration that the Government's race-neutral

18   explanations are credible.

19          And, therefore, I find that the Defendant has

20   not carried his burden of proving purposeful

21   discrimination.

22          And I find that the Government exercised their

23   peremptory strike in regard to Juror No. 33 of Panel I

24   free of discriminatory intent.

25          In support of that, I cite *Batson versus*

1    *Kentucky*, 476 US 79, a 1986 decision by the Eleventh

2    Circuit; *Atwater versus Crosby*, 451 F.3d 799, a 2006

3    decision by the Eleventh Circuit; *Miller-El versus*

4    *Cockrell* -- that's M-i-l-l-e-r, hyphen, E-l -- *versus*

5    *Cockrell* -- C-o-c-k-r-e-l-l -- 537 US 322, a 2003

6    decision by the Eleventh Circuit; *Hernandez versus*

7    *New York*, 500 US 352, a plurality opinion issued by the

8    United States Supreme Court in 1991; and *United States*

9    *versus Edouard* -- E-d-o-u-a-r-d -- 485 F.3d 1324, a

10   2007 decision by the Eleventh Circuit.

11           So let's just now review what jurors we have

12   so everybody's on the same page.

13           Juror No. 1 is Panel No. I, Juror No. 7.

14           Juror No. 2 is Panel No. I, Juror No. 32.

15           Juror No. 3 is Panel II, Juror No. 6.

16           Juror No. 4 is Panel II, Juror No. 8.

17           Juror No. 5 is Panel II, Juror No. 14.

18           Juror No. 6 is Panel II, Juror No. 16.

19           Juror No. 7 is Panel II, Juror No. 24.

20           Juror No. 8 is Panel III, Juror No. 5.

21           Juror No. 9 is Panel III, Juror No. 18.

22           All sides agree?

23           MS. ARANGO:  Yes, your Honor.

24           MR. GREGORIE:  Yes, your Honor.

25           THE COURT:  From the defense?

```
 1              MR. CLARK:  Yes.

 2              MR. HOULIHAN:  Yes, your Honor.

 3              THE COURT:  So we are up to --

 4              Patricia, can you give me a count on

 5   peremptories for each side?

 6              THE COURTROOM DEPUTY:  Yes, Judge.

 7              For the Government, eight.  For the defense,

 8   14.

 9              MR. GREGORIE:  I believe, your Honor, she's

10   not counted the one your Honor took back this morning.

11              THE COURTROOM DEPUTY:  For the Government?

12              MR. GREGORIE:  For the defense, because they

13   struck Juror No. 29 and your Honor had granted the

14   reverse Batson and then you took it back this morning,

15   your Honor.

16              THE COURTROOM DEPUTY:  You're right.

17              MR. GREGORIE:  So that would be their 15th

18   challenge.

19              THE COURTROOM DEPUTY:  15.  That's correct,

20   Judge.

21              MR. CLARK:  Your Honor, I have nine strikes by

22   the Government.

23              MS. ARANGO:  I agree.

24              I was just going say, with respect to the

25   Government --
```

```
 1              THE COURT:  For the Government, you have nine?

 2              MS. ARANGO:  We have nine.

 3              THE COURTROOM DEPUTY:  That's correct, Judge.

 4              THE COURT:  So it's nine and 15 at this

 5    juncture.  Correct?  Everybody agrees?

 6              MS. ARANGO:  Correct.

 7              THE COURT:  So we're on Juror No. 26,

 8    Panel III.

 9              To the defense.

10              MS. JHONES:  Your Honor, the defense accepts.

11              THE COURT:  Defense accepts.

12              MS. ARANGO:  Government accepts.

13              THE COURT:  So that is Juror No. 10.

14              Juror No. 28, to the defense, Panel III.

15              MS. JHONES:  Defense strikes.

16              THE COURT:  Defense strikes.

17              Juror No. 29, to the Government, Panel III.

18              MS. ARANGO:  Juror No. 29, Judge, Panel III,

19    Government accepts.

20              THE COURT:  To the defense.

21              MS. JHONES:  Defense strikes.

22              THE COURT:  Defense strikes.

23              You have one more peremptory.  Correct?

24              MR. CLARK:  Yes, your Honor.

25              MS. JHONES:  I believe so, your Honor.  Yes.
```

```
1              THE COURT:  We now move to Panel No. IV --
2              MS. JHONES:  There's one more juror on
3    Panel III, your Honor.
4              THE COURT:  You're right.  I'm sorry.
5              Juror No. 30, Panel III.
6              To the defense.
7              MS. JHONES:  The defense accepts.
8              THE COURT:  Defense accepts.
9              To the Government.
10             MS. ARANGO:  The Government strikes.
11             THE COURT:  Government strikes.
12             You have one more strike.  Correct?
13             MS. ARANGO:  Yes.
14             MR. GREGORIE:  Yes.
15             THE COURT:  Now we move to Panel IV.
16             Juror No. 5.
17             To the Government.
18             MS. ARANGO:  Accept.
19             THE COURT:  Government accepts.
20             To the defense.
21             MS. JHONES:  Defense accepts.
22             THE COURT:  Panel IV, No. 5, becomes Juror
23   No. 11.
24             Juror No. 6, Panel IV.
25             To the defense.
```

```
 1            MS. JHONES:  We accept, your Honor.
 2            THE COURT:  Defense accepts.
 3            To the Government.
 4            MS. ARANGO:  Strike.
 5            THE COURT:  Government strikes.
 6            MS. JHONES:  Your Honor, we raise a Batson
 7  challenge as to this juror, who is a black female.
 8            THE COURT:  Make your argument as to the first
 9  step in Batson.
10            MS. JHONES:  I would also note, your Honor,
11  that Juror No. 30 was a -- I believe that Juror No. 30
12  was a black Hispanic.  Also.  This brings the
13  Government tally --
14            THE COURT:  Are you making the Batson
15  challenge for No. 6?
16            MS. JHONES:  For No. 6, yes.  For No. 6.
17            I believe that -- and my colleagues may
18  correct me if I'm wrong -- we're talking about -- I
19  don't know if this is the tenth Government's strike,
20  nine of which --
21            THE COURT REPORTER:  I'm sorry.  Could you
22  pull the microphone a little bit closer.
23            MS. JHONES:  I'm sorry, Lisa.
24            I don't know if this is nine or ten of the
25  Government's strikes, but these are -- I believe nine
```

1   have been -- ten -- total of ten -- I think nine have

2   been -- ten have been black jurors.  There's only been

3   one peremptory exercised by the Government for a

4   nonblack juror.

5          THE COURT:  Do you want to state anything in

6   response?

7          MS. ARANGO:  I do, Judge.

8          First of all, with respect to the pattern,

9   Juror No. 10 -- the juror that the Government struck,

10  which was on Panel III, Juror No. 30 -- he's a Hispanic

11  white male.  He's not black.

12         I don't know if she's getting him confused

13  with somebody.  I can't believe that she could honestly

14  make the argument that he's black.  He's white, quite

15  clearly.

16         I don't even believe he's of a mixed race.

17  He's the chef, Judge, that worked at Baptist Hospital.

18         Anyway, I would also note for the record that

19  at this point in time the seated jurors -- there are

20  four seated jurors who are black, who the Government

21  obviously accepted those jurors and that comprises --

22  at this point, I believe, it's about 35 percent of the

23  seated jury.

24         And I think that the Judge -- based on the

25  case that I cited to you, *Escobar-De Jesus*, the Court

 1   can consider in determining whether or not the defense

 2   has made a *prima facie* case of race discrimination,

 3   thus requiring the Government to give a race-neutral

 4   reason -- that the Court can look to the composition of

 5   the jury.

 6           That being said, Judge, I'm happy to go

 7   forward and provide my race-neutral reasons, although I

 8   do not -- I still believe that they did not meet their

 9   *prima facie* case.

10           THE COURT:  Give me the cite for that case

11   once again, please.

12           MS. ARANGO:  Yes, Judge.  I have it right

13   here.  Just a moment.

14           It's *United States versus Escobar-De Jesus*,

15   187 F.3d 148.  It's a First Circuit case, 1999.

16           And it cites to another case, *United States*

17   *versus Sangineto* -- S-a-n-g-i-n-e-t-o -- -*Miranda*,

18   which is 859 F.2d 1501, Sixth Circuit, 1988, in which

19   they discuss the fact that the composition of the jury

20   sworn contains a number of African-Americans and that

21   is to be used to determine -- that was used to

22   determine that the defense had failed to establish --

23   failed to meet its *prima facie* case establishing a

24   race -- excuse me -- an inference of race

25   discrimination.

1        That being said, Judge, so that the record is

2   clear, there's two reasons -- race-neutral reasons that

3   the Government is seeking to strike this juror.

4        One, she has -- her brother is a recidivist

5   criminal.  She said he's been basically in and out of

6   the system all his life.

7        And, two, this is the juror -- and you

8   inquired of her in some depth about this -- who has a

9   herniated disk protruding to the left, pinching her

10  left nerves, and it makes it hard for her to sit for

11  long periods of time.

12       She takes medication, but she does not drive

13  when she's on medication.  She takes medication when

14  she sleeps.  So when she comes to court, she will not

15  be able to take medication.

16       And she -- you went into this with her quite a

17  bit.  And she said that she would be able to not take

18  her medication.

19       However, it's clear that she is going to have

20  a problem.  She has this pinched nerve, this herniated

21  disk -- or a herniated disk pinching her nerve.

22       The Government does not want a juror on the

23  panel who's not going to able to focus, who's going to

24  be distracted and who's going to be in pain.  Like she

25  said, she's not going to be able to take her

1   medication.

2          We don't want a juror on the panel that is

3   going to have those distractions.  This is a very long

4   case.  Many hours are put in during the day.  We want

5   somebody who's going to be devoting their full

6   attention to the case, Judge.

7          Those are the race-neutral reasons.

8          THE COURT:  Yes.  Do you want to respond?

9          MS. JHONES:  Yes.  Just very briefly, your

10  Honor.

11         With respect to the first proffered reason

12  that the Government has made, respectfully, I point out

13  a couple of things.

14         The Supreme Court has repeatedly stated that,

15  when we're talking about the exercise of peremptories

16  against blacks, indeed, those categories that are --

17  that are classified as racial minorities, the Court has

18  to look carefully -- very carefully at this, because in

19  *Miller-El*, at Page 237, citing to *Strada versus West*

20  *Virginia*, the Supreme Court has stated that racial

21  minorities are harmed more generally for prosecutors

22  drawing racial lines in picking juries, establish

23  state-sponsored group stereotypes rooted and reflective

24  of historical prejudice.

25         So when we're talking about blacks, this is

1    not a flashing yellow light, but this is a flashing red

2    light for the Court.

3            With respect to the first proffered reason,

4    which is Juror No. 6's response to Question No. 27 of

5    the prospective voir dire questions dealing with the

6    brother, I agree with the Government that this juror

7    indicated that she had a brother who had been in and

8    out of the system, drug-related, many times.

9            I will also note that this was the juror that

10   said she has not gone to hearings, she has not visited

11   him, she doesn't know whether or not he was treated

12   fairly by the criminal justice system.  She simply has

13   not had contact or been involved in her brother's

14   episodes with the law.

15           Contrastingly, she has a nephew in the County

16   that works for Corrections.

17           We had a number of jurors in this panel that

18   had the unfortunate circumstance of having close

19   friends and/or family members, whites included,

20   nonblacks, that had -- women that had -- people that

21   had children that were prosecuted and, unfortunately,

22   had encounters with the law.

23           However, I cannot in good faith say -- so I

24   think that the first reason is -- falls under the

25   category of pretextual.

1          However, I cannot say, with respect to the

2     second reason -- the second reason -- quite frankly, I

3     don't know of any other juror that is in this panel

4     that doesn't have a potential problem with her back.

5          So for that reason alone, I would --

6          THE COURT:  I'm sorry?

7          MS. JHONES:  The black female, Juror No. 6,

8     the Government's second reason -- I take exception with

9     the first reason.

10         I do not take exception with the second

11    reason.

12         THE COURT:  You agree that that's a

13    race-neutral reason?

14         MS. JHONES:  Yes, I do.

15         THE COURT:  So, then, you are withdrawing the

16    *Batson* challenge?

17         MS. JHONES:  I am.

18         THE COURT:  Okay.

19         MS. JHONES:  I don't know about my colleagues,

20    but as far as I am -- as far as I'm concerned, I'm

21    withdrawing the *Batson* for that reason.

22         THE COURT:  So I don't need to go any further,

23    since the *Batson* challenge for Juror No. 6 has been

24    withdrawn.

25         So we now continue.

```
 1              Juror No. 6, Panel IV.

 2              To the Defendants.

 3              MS. JHONES:  I just need a moment, your Honor.

 4    I apologize.

 5              THE COURT:  Sure.

 6              MS. JHONES:  Yes.  We are striking this juror,

 7    your Honor.

 8              THE COURT:  And that is your 18th strike.

 9    Correct?

10              MR. CLARK:  Yes.

11              MS. JHONES:  I believe so.

12              THE COURT:  So you're out, as far as the

13    12 are concerned.

14              Do you agree?

15              MS. JHONES:  Yes, your Honor.  I believe we

16    are.

17              THE COURT:  Defense strikes Juror No. 12.

18              To the Government.

19              Are you out, also?

20              MS. ARANGO:  Yes.  We are out.  We had our 11.

21              So we accept.

22              THE COURT:  Okay.  So Juror No. 13 becomes

23    Juror No. 12.

24              Now we're picking --

25              MS. ARANGO:  At this point we have three
```

 1    strikes for these alternates.  Correct?  Each of us --

 2              THE COURT:  How many alternates am I picking?

 3              MS. JHONES:  Six, your Honor.

 4              THE COURT:  Six.  Thank you.  Six alternates.

 5         Okay.  Yes.  We figured it out with the

 6    chairs.  So it's six alternates, three per side.

 7         So we continue now.

 8         Juror No. 13.

 9         To the Government.

10              MS. JHONES:  I'm sorry.  Is Juror No. 13 Juror

11    No. 12?

12              MS. ARANGO:  We just accepted Juror 13.

13              THE COURT:  I'm sorry.  You're right.  That's

14    Juror No. 12.

15              MS. ARANGO:  That's Juror 12.

16         Juror No. 15.

17         To the Government.

18              MS. ARANGO:  Accept.

19              THE COURT:  Government accepts.

20         To the defense.

21              MS. JHONES:  I apologize, your Honor.  I just

22    need a moment.

23              THE COURT:  That's okay.

24              MS. JHONES:  We accept, your Honor.

25              THE COURT:  So Juror No. 15 on Panel IV

1   becomes Juror No. 13.

2           Juror No. 17.

3           To the Government.

4           MS. ARANGO:  Accept.

5           THE COURT:  Government accepts.

6           To the Defendants.

7           MS. JHONES:  Your Honor, this one we're moving

8   to strike.

9           THE COURT:  Defense strikes.

10          Juror No. 18.

11          To the Defendants.

12          MS. JHONES:  Your Honor, I apologize.  Every

13  time I think that I'm ready -- I just need to check my

14  notes.

15          THE COURT:  That's okay.

16          MS. JHONES:  We are striking this individual,

17  your Honor.

18          THE COURT:  Defense strikes.

19          So you have one peremptory left.

20          Juror No. 19.

21          To the Government.

22          MS. ARANGO:  Strike.

23          THE COURT:  Government strikes.

24          Juror No. 20.

25          To the Defendants.

```
 1          MS. JHONES:  I'm sorry.  Is it 20 or 21?

 2          MS. ARANGO:  20.

 3          THE COURT:  20.

 4          MS. JHONES:  Your Honor, I apologize.  I just

 5   need a moment.

 6          THE COURT:  Ready?

 7          MS. JHONES:  Yes, your Honor.

 8          THE COURT:  We're on Juror No. 20, Panel IV.

 9          MS. JHONES:  We accept.

10          THE COURT:  Defense accepts.

11          To the Government.

12          MS. ARANGO:  Accept.

13          THE COURT:  So that is No. 14.

14          Juror No. 20, Panel No. IV, becomes 14.

15          Juror No. 21.

16          To the Government.

17          MS. ARANGO:  Strike.

18          THE COURT:  Government strikes.

19          Juror No. 22 --

20          MS. JHONES:  Your Honor, I apologize.  I just

21   need a moment.

22          All right, your Honor.

23          THE COURT:  Are you set?

24          MS. JHONES:  That's it.  I'm set.  Yes.

25          THE COURT:  Juror No. 22.
```

```
 1              To the Defendants.
 2              MS. JHONES:  We accept, your Honor.
 3              THE COURT:  Defense accepts.
 4              To the Government.
 5              MS. ARANGO:  Strike.
 6              THE COURT:  Government strikes.
 7              You're out.
 8              MS. ARANGO:  We're out.
 9              THE COURT:  Correct?
10              MS. ARANGO:  Correct.  We're out.
11              THE COURT:  Juror No. 26.
12              To the Defendants.
13              MS. JHONES:  We strike, your Honor.
14              THE COURT:  Defense strikes.
15              You're out.
16              Panel No. V, Juror No. 1, is the -- Juror
17    No. 15.
18              MS. ARANGO:  15.
19              THE COURT:  And Panel V, Juror No. 2, is 16.
20              Let's just -- both sides tender the jury?
21              MR. GREGORIE:  Are we taking 16, your Honor?
22              THE COURTROOM DEPUTY:  We have two more, your
23    Honor.
24              MS. ARANGO:  I have 16, Judge.
25              THE COURT:  Okay.  I'm sorry.  I keep on going
```

```
 1    with 16.

 2             So Juror No. 3 on Panel V is 17.

 3             And Juror No. 4 on Panel V is 18.

 4             I don't think I've had an 18-person jury as of

 5    yet here.  So I have it in my mind as 16.  I can't seem

 6    to get it out.

 7             Let's just review the 18 jurors from the top.

 8             Juror No. 1 is Panel No. I, Juror No. 7.

 9             Juror No. 2 is Panel No. I, Juror 32.

10             Juror No. 3 is Panel II, Juror 6.

11             Juror No. 4 is Panel II, Juror 8.

12             Juror No. 5 is Panel II, Juror 14.

13             Juror No. 6, Panel II, Juror 16.

14             Juror No. 7, Panel II, Juror 24.

15             Juror No. 8, Panel III, Juror 5.

16             Juror No. 9, Panel III, Juror 18.

17             Juror No. 10, Panel III, Juror 26.

18             Juror No. 11, Panel IV, Juror 5.

19             Juror No. 12, Panel IV, Juror 13.

20             Juror No. 13, Panel IV, Juror 15.

21             Juror No. 14, Panel IV, Juror 20.

22             Juror No. 15, Panel V, Juror 1.

23             Juror No. 16, Panel V, Juror 2.

24             Juror No. 17, Panel V, Juror 3.

25             Juror No. 8, Panel V, Juror 4.
```

```
 1              Is that correct?

 2              MS. ARANGO:  That's correct.

 3              THE COURT:  Both sides -- all sides tender the

 4    jury?

 5              MR. VEREEN:  Yes, your Honor.

 6              MS. ARANGO:  Yes, Judge.

 7              THE COURT:  From the defense?

 8              MS. JHONES:  Yes, your Honor.

 9              MR. VEREEN:  Yes.

10              THE COURT:  All right.  How long do you

11    anticipate for opening statements?

12              MS. ARANGO:  Judge, I'd like an hour and

13    15 minutes.

14              THE COURT:  Okay.

15              MS. JHONES:  Your Honor, on behalf of

16    Mr. Batiste, an hour.

17              MR. LEVIN:  30, which I won't use.

18              MR. CASUSO:  15 or 20, Judge.

19              MR. CLARK:  Your Honor, 30 minutes.

20              THE COURT:  One moment.  You're going too fast

21    for me.

22              I'm sorry, Mr. Clark.  30 minutes?

23              MR. CLARK:  Yes, your Honor.

24              THE COURT:  Mr. Houlihan?

25              MR. HOULIHAN:  30 minutes.
```

```
 1              THE COURT:  Mr. Vereen?

 2              MR. VEREEN:  One hour, your Honor.

 3              MR. LEVIN:  Your Honor, with the Court's

 4   permission, we've agreed upon an order of presentation,

 5   if it's okay.

 6              We'd like to start with Ms. Jhones, proceed to

 7   Mr. Vereen and go around the table and end with me.

 8              THE COURT:  Okay.  And that's always going to

 9   be the case?

10              MR. LEVIN:  Yes.

11              MS. JHONES:  That was the same order as last

12   trial, your Honor.

13              THE COURT:  Okay.  So it's Ms. Jhones,

14   Mr. Vereen, then Mr. Houlihan?

15              MR. LEVIN:  Yes.

16              THE COURT:  Then Mr. Clark, Mr. Casuso and

17   Mr. Levin.

18              If there's nothing further, I'll see you

19   tomorrow morning, 9:00, for opening statements.

20              MS. JHONES:  Your Honor, may I address briefly

21   an ex parte budgeting issue with the Court?

22              THE COURT:  Okay.

23              MS. JHONES:  Thank you.

24              THE COURT:  Any objection from the Government?

25              MS. ARANGO:  No objection, Judge.
```

1          THE COURT:  You're excused.  Thank you.

2          Patricia, start calling.

3          THE COURTROOM DEPUTY:  Yes, Judge.

4          THE COURT:  Before you leave, I take it

5    there's no objection to note-taking.

6          MR. LEVIN:  No objection.

7          MS. ARANGO:  No, Judge.

8          MS. JHONES:  No objection.

9          THE COURT:  Okay.

10          (End of proceedings.)

11

12              C E R T I F I C A T E

13

14          I hereby certify that the foregoing is an

15    accurate transcription of the proceedings in the

16    above-entitled matter.

17

18

19    _____       /s/Lisa Edwards
                          _____
20         DATE          LISA EDWARDS, CRR, RMR
                         Official United States Court Reporter
                         400 North Miami Avenue, Twelfth Floor
21                       Miami, Florida 33128
                         (305) 523-5499
22

23

24

25