```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                   CASE NO. 06-20373-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                  Plaintiff,        February 18, 2009

 6           vs.                      9:17 a.m. to 5:03 p.m.

 7   NARSEAL BATISTE, et al.,         Volume XII

 8               Defendants.          Pages 1 to 237
     ------------------------------------------------------

 9

10                          JURY TRIAL
11         BEFORE THE HONORABLE JOAN A. LENARD,
                 UNITED STATES DISTRICT JUDGE

12

13

14   APPEARANCES:

15

16   FOR THE GOVERNMENT:    RICHARD D. GREGORIE, ESQ., and
                            JACQUELINE M. ARANGO, ESQ.
17                          ASSISTANT UNITED STATES ATTORNEYS
                            99 Northeast Fourth Street
18                          Miami, Florida 33132

19

20   FOR THE DEFENDANT       ANA MARIA JHONES, ESQ.
       NARSEAL BATISTE:     300 Seville Avenue, Suite 210
21                          Coral Gables, Florida 33134

22   FOR THE DEFENDANT       ALBERT Z. LEVIN, ESQ.
       PATRICK ABRAHAM:     261 Northeast First Street
23                          Sixth Floor
                            Miami, Florida 33132

24

25
```

```
 1   FOR THE DEFENDANT      RODERICK D. VEREEN, ESQ.
       STANLEY PHANOR:      BRINKLEY, HENRYS & LEWIS
 2                          4770 Biscayne Boulevard
                            Suite 1200
 3                          Miami, Florida 33131

 4
     FOR THE DEFENDANT      RICHARD K. HOULIHAN, ESQ.
 5     NAUDIMAR HERRERA:    300 Aragon Avenue
                            Coral Gables, Florida 33134
 6

 7   FOR THE DEFENDANT      LOUIS CASUSO, ESQ.
       BURSON AUGUSTIN:     111 Northeast First Street
 8                          Suite 603
                            Miami, Florida 33132
 9

10   FOR THE DEFENDANT      NATHAN CLARK, ESQ.
      ROTSCHILD AUGUSTINE:  17639 South Dixie Highway
11                          Miami, Florida 33157

12
     REPORTED BY:           LISA EDWARDS, CRR, RMR
13                          Official Court Reporter
                            400 North Miami Avenue
14                          Twelfth Floor
                            Miami, Florida 33128
15                          (305) 523-5499

16

17

18

19

20

21

22

23

24

25
```

```
1                          I  N  D  E  X

2

3
                                            PAGE
4

5   Opening  Statement  by  Ms.  Arango        22
    Opening  Statement  by  Ms.  Jhones        65
6   Opening  Statement  by  Mr.  Vereen       106
    Opening  Statement  by  Mr.  Houlihan     155
7   Opening  Statement  by  Mr.  Clark        171
    Opening  Statement  by  Mr.  Casuso       191
8   Opening  Statement  by  Mr.  Levin        198

9

10

11                                  Direct   Cross   Red.

12

    WITNESSES  FOR  THE  GOVERNMENT:
13
    Anthony  Velazquez                217
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURT:  Good morning.  You may be seated.

 2              United States of America versus Narseal

 3    Batiste, et al., Case No. 06-20373.

 4              Counsel, state your appearances, please, for

 5    the record.

 6              MR. GREGORIE:  Good morning, your Honor.

 7              Richard Gregorie and Jacqueline Arango on

 8    behalf of the United States.

 9              THE COURT:  Good morning.

10              MS. ARANGO:  Good morning, Judge.

11              MS. JHONES:  Good morning, your Honor.

12              Ana Jhones on behalf of Narseal Batiste, who

13    is present.

14              THE COURT:  Good morning.

15              MR. LEVIN:  Your Honor, good morning.

16              Albert Levin on behalf of Patrick Abraham, who

17    is present.

18              THE COURT:  Good morning.

19              MR. CASUSO:  Good morning, your Honor.

20              Lou Casuso for Burson Augustin, who is

21    present.

22              THE COURT:  Good morning.

23              MR. CLARK:  Good morning, your Honor.

24              Nathan Clark on behalf of Rotschild Augustine.

25              THE COURT:  Good morning.
```

5

```
 1              MR.  HOULIHAN:   Richard Houlihan on behalf of
 2   Naudimar Herrera.
 3              THE COURT:  Good morning.
 4              MR. VEREEN:  Good morning, your Honor.
 5              Roderick Vereen on behalf of Stanley Phanor,
 6   who's present.
 7              THE COURT:  Good morning.
 8              We're waiting on one juror.  So you know, I
 9   have not ordered partial sequestration of this jury as
10   of yet.  But they will be coming here under their own
11   steam and transportation.
12              That will require everyone to remain in the
13   courtroom until the jurors have exited, both at
14   lunchtime and at the end of the day.
15              If I need to change that at any time during
16   the trial, I will do so.
17              I received a letter this morning --
18              What juror number is this, Patricia?
19              THE COURTROOM DEPUTY:  No. 7, Judge.
20              THE COURT:  Juror No. 7.
21              It's from her employer, which is a medical
22   facility, indicating that -- calling my attention to
23   the severe shortage of healthcare personal and that
24   she's a certified pharmacy tech and expert for their
25   automated dispensing technologies.  "Her absence from
```

                                                                        6

1    work for this extended period is a great hardship for

2    the department and a safety risk to our patients."

3              So I bring that to your attention.

4              MS. JHONES:  Your Honor, I do have an issue to

5    raise not with respect to this juror, but with respect

6    to an exhibit that the Government, I assume, intends to

7    use.

8              I have an objection to the Government using

9    this exhibit in opening.  And if the Court would like

10   to take a look at it --

11             THE COURT:  Please.

12             MS. ARANGO:  I'm happy to show it to you,

13   Judge.

14             MS. JHONES: (Publishes document to the Court.)

15             THE COURT:  What's the objection?

16             MS. JHONES:  The objection, your Honor, is to

17   the statement of the law.  It reduces the conspiracy

18   charge to one sentence.  It is misleading.  It's

19   incorrect.  We have not even begun this case.  There

20   are no jury instructions.  The last sentence in this

21   chart is misleading and inappropriate.

22             MS. ARANGO:  Judge, my response is that what

23   is stated on this chart is absolutely correct.  Your

24   Honor will tell the jurors -- instruct the jurors that

25   what we say is not evidence.

1          I plan on telling the jurors that you will be

2     instructing them on the law.

3          And I'm entitled to give them -- discuss the

4     fact that we are charging conspiracies and discuss what

5     a conspiracy is, as I'm sure they will do.

6          Do you want me to keep it up, Judge?

7          THE COURT:  Yes.  I just want to look --

8          MS. JHONES:  Your Honor, I'd like to read for

9     purposes of the record the Government's summary of

10    conspiracy law so we have it in the record, if the

11    Court wants to read it, and Lisa can see it.

12         The Government is proposing to tell this jury

13    in opening statements that "conspiracy" is defined as:

14    "A plan or agreement between two or more people to

15    violate the law.  It is a crime under United States law

16    whether the plan succeeds or not."

17         MS. ARANGO:  Judge, I would respond that this

18    is not a summary, but that those two sentences are

19    accurate.

20         MS. JHONES:  There's a pattern jury

21    instruction on the charges in this case, and we have

22    not gotten to that stage, your Honor.

23         MS. ARANGO:  I would just point out, in

24    opening statements, we can discuss the law.  We can

25    discuss what -- conspiracy law.  And it is not improper

```
 1   to do so.
 2          THE COURT:  I'm going to overrule the
 3   objection.
 4          I am going to instruct the Government to
 5   indicate, when you reference that statement regarding
 6   conspiracy, that the Court will not only instruct them
 7   on the law, but may give them additional guidance on
 8   the law of conspiracy.
 9          MS. ARANGO:  I will do so.
10          MS. JHONES:  My request would be for the Court
11   to do that.  My request would be for the Court to tell
12   the jury that.  The Court is the one that instructs the
13   jury on the law, not the Government.
14          That would be my request.
15          MS. ARANGO:  I object to that, Judge.  That's
16   absolutely improper and not necessary.
17          MS. JHONES:  That's exactly the procedure that
18   is utilized, your Honor.  The Court instructs the jury
19   on the law, not the Government and not the defense
20   counsel.
21          THE COURT:  Well, I can take care of this very
22   easily.  That is, if you want, I'll include the
23   instruction on conspiracy in my opening instruction to
24   the jury.
25          MS. ARANGO:  That would be great, Judge.
```

1          THE COURT:  The pattern long form includes it,

2   and I can do that.

3          MS. ARANGO:  I have --

4          THE COURT:  That solves the problem.

5          MS. ARANGO:  I think that's a good idea,

6   Judge.  No objection.

7          MS. JHONES:  In lieu of this statement or in

8   addition to this statement?  Because that would be

9   improper.  They have two -- two separate instructions,

10  then, on the law.

11         In lieu of or in addition to?

12         MS. ARANGO:  Judge, what I would say is you

13  instruct them on the law -- the conspiracy law.  I will

14  discuss conspiracy law.  My -- the two sentences in

15  there are not incorrect.  And I will refer to the

16  instruction that you had just given them.

17         And that's absolutely proper.  In fact, it's

18  usually done -- conspiracy law is usually discussed in

19  opening statements before the Judge even gives an

20  instruction.  It certainly wouldn't be improper for me

21  to refer back to that instruction.

22         MR. LEVIN:  There's no need to confuse the

23  jury at this juncture, Judge, by instructing them on

24  the law of conspiracy.

25         I think Ms. Jhones might agree that she's

1   overreacting to the Government's chart and that it's

2   not necessary that anything -- that the chart is

3   perfectly fine.

4          This is opening statement.  The Court's going

5   to tell the jury what the lawyers say is not evidence

6   and this is a demonstrative aid.

7          So to confuse the jury to that extent at this

8   point, I think, would be, you know, not a good thing at

9   this point.

10         MS. JHONES:  Your Honor, I have no problem

11  with the Court telling the jury that this is a

12  demonstrative aid.  I don't think it's appropriate to

13  start giving jury instructions in opening statements to

14  the jury.

15         MS. ARANGO:  I don't know what law she's

16  relying on or what procedure.  I've just never ever,

17  ever heard of an objection like this, Judge.

18         Conspiracy law -- the laws that are charged in

19  the case, of course, they're going to be discussed in

20  opening statements.  How do we discuss the charges

21  against the Defendants?  That's what we do in opening

22  statements.

23         And, Judge, it's not -- we're not instructing

24  them.  We're giving them a statement about what the law

25  is that they're being charged with.  Either you can

```
 1   instruct them, Judge, first, or I will tell them that

 2   they will hear the instruction from you later.  I don't

 3   really have a problem with doing it either way.

 4         MS. JHONES:  Your Honor, so the record is

 5   clear, I do not want the jury instructed on the law in

 6   opening statements.

 7         THE COURT:  Well, I'm going to include --

 8   it's -- all four counts is conspiracy.  Correct?

 9         MS. ARANGO:  Correct.  All four are

10   conspiracy.

11         THE COURT:  So I'm going to instruct them on

12   the law of conspiracy as the pattern long form

13   instruction -- preliminary instruction includes.  And

14   then that will put into context the statement that the

15   Government refers to on its chart.

16         MS. JHONES:  For the record, I think it's

17   inappropriate to highlight one law to the exclusion of

18   all others, your Honor.

19         My request would be -- I do not want the Court

20   to instruct the jury on one law to the exclusion of

21   approximately 20 or 30 pages of instructions.

22         That is not what I'm requesting, respectfully.

23         THE COURT:  As the -- the four counts here are

24   conspiracy, I did not read the indictment, as I

25   normally do, to this jury because of the process -- the
```

1    voir dire process.

2          The Preliminary Instruction 2.2 provides for

3    that instruction and, in light of the Government's

4    chart that they're going to be showing the jury and the

5    objection, I'm going to include it.

6          MS. JHONES:  My objection is preserved for the

7    record, your Honor?

8          THE COURT:  Sure.

9          MS. JHONES:  Thank you.

10          THE COURT:  Let's bring in the jurors.

11          (Whereupon, the jury entered the courtroom at

12    9:30 a.m. and the following proceedings were had:)

13          THE COURT:  Good morning.

14          THE JURY:  Good morning.

15          THE COURT:  Good morning.  Welcome back.

16          You may be seated.

17          Ladies and gentlemen, now that you've all

18    found your seats, I'm going to ask you now to stand up

19    so that you can be sworn as the jury to try this case.

20          (Whereupon, the jury was duly sworn and

21    impaneled.)

22          THE COURT:  Members of the jury:  You have now

23    been sworn as the jury to try this case, and I would

24    like to give you some preliminary instructions at this

25    time.

1          By your verdicts, you will decide the disputed

2     issues of fact.  I will decide all questions of law

3     that arise during the trial and, before you retire to

4     deliberate together and decide the case at the end of

5     the trial, I will then instruct you again on the rules

6     of law that you must follow and apply in reaching your

7     decision.

8          Because you will be called upon to decide the

9     facts of the case, you should give careful attention to

10    the testimony and evidence presented for your

11    consideration during the trial.

12         But you should keep an open mind and should

13    not form or state any opinion about the case one way or

14    the other until you have heard all of the evidence and

15    have had the benefit of the closing arguments of the

16    lawyers as well as my instructions to you on the

17    applicable law.

18         During the trial, you must not discuss the

19    case in any manner amongst yourselves or with anyone

20    else and you must not permit anyone to attempt to

21    discuss it with you or in your presence.

22         And insofar as the lawyers are concerned as

23    well as others whom you may come to recognize as having

24    some connection with the case, you are instructed that,

25    in order to avoid even the appearance of impropriety,

1    you should have no conversation whatsoever with those

2    persons while you are serving on the jury.

3           You must also avoid reading any newspaper

4    articles, anything on the TV, hearing anything on the

5    radio or viewing anything on the Internet that might be

6    published about the case, now that the trial has begun.

7           You must also avoid listening to or observing

8    any broadcast news program on either television or

9    radio because of the possibility that some mention

10   might be made of the case during such a broadcast, now

11   that the trial is in progress.

12          The reason for these cautions, of course, lies

13   in the fact that it will be your duty to decide this

14   case only on the basis of the testimony and evidence

15   presented during the trial, without consideration of

16   any other matters whatsoever.

17          From time to time during the trial, I may be

18   called upon to make rulings of law on motions or

19   objections made by the lawyers.  You should not infer

20   or conclude from any ruling I may make that I have any

21   opinion on the merits of the case favoring one side or

22   the other.

23          And if I sustain an objection to a question

24   that goes unanswered by the witness, you should not

25   speculate on what answer might have been given, nor

1    should you draw any inferences or conclusions from the

2    question itself.

3            During the trial, it may be necessary for me

4    to confer with the lawyers from time to time out of

5    your hearing concerning questions of law or procedure

6    that require consideration by the Court alone.

7            On some occasions, you may be excused from the

8    courtroom as a convenience to you and to us while I

9    discuss such matters with the lawyers.

10           I will try to limit such interruptions as much

11   as possible.  But you should remember at all times the

12   importance of the matter you are here to determine and

13   should be patient, even though the case may seem to go

14   slowly.

15           Now, in order that you might better understand

16   at the beginning of the case the nature of the

17   decisions you will be asked to make and how you should

18   go about making them, I'd like to give you some

19   preliminary instructions at this time concerning some

20   of the rules of law that will apply.

21           Of course, the preliminary instructions I give

22   you now will not cover all of the rules of law

23   applicable to this case.  As stated before, I will

24   instruct you fully at the end of the trial just before

25   you retire to deliberate upon your verdicts and will

1   probably restate at that time some of the rules I want

2   to tell you about now.

3          In any event, you should not single out any

4   one instruction alone as stating the law, but should

5   consider all of my instructions as a whole.

6          As you were told during the process of your

7   selection, the indictment in a criminal case is merely

8   the accusatory paper which states the charge or charges

9   to be determined at the trial.  But it is not evidence

10  against a Defendant or anyone else.  Indeed, the

11  Defendants have entered pleas of not guilty and are

12  presumed by the law to be innocent.

13         The Government has the burden of proving a

14  Defendant guilty beyond a reasonable doubt and, if it

15  fails to do so, you must find that Defendant not

16  guilty.

17         Proof beyond a reasonable doubt is proof of

18  such a convincing character that you would be willing

19  to rely and act upon it without hesitation in the most

20  important of your own affairs.

21         Because the Government has the burden of

22  proof, it will go forward and present its testimony and

23  evidence first.

24         After the Government finishes or rests what we

25  call its case in chief, the Defendant may call

```
 1    witnesses and present evidence, if he wishes to do so.

 2         However, you will remember that the law does

 3    not require a defendant to prove his innocence or

 4    produce any evidence at all and no inference whatsoever

 5    may be drawn from the election of a defendant not to

 6    testify in the event he should so elect.

 7         As you listen to the testimony, you should

 8    remember that you will be the sole judges of the

 9    credibility or believability of each witness and the

10    weight to be given to his or her testimony.

11         In deciding whether you believe or disbelieve

12    any witness, you should consider his or her

13    relationship to the Government or to the Defendant; the

14    interest, if any, of the witness in the outcome of the

15    case; his or her manner of testifying; the opportunity

16    of the witness to observe or acquire knowledge

17    concerning the facts about which he or she testifies;

18    the candor, fairness and intelligence of the witness;

19    and the extent to which the witness has been supported

20    or contradicted by other credible evidence.

21         You may, in short, accept or reject the

22    testimony of any witness in whole or in part.

23         As I indicated during the selection process,

24    the court reporter is making a complete stenographic

25    record of all that is said during the trial, including
```

1   the testimony of the witnesses, in case it should

2   become necessary at a future date to prepare printed

3   transcripts of any portion of the trial proceedings.

4           Such transcripts, however, if prepared at all,

5   will not be printed in sufficient time or appropriate

6   form for your review during your deliberations, and you

7   should not expect to receive any transcripts.

8           On the other hand, any papers and other

9   tangible exhibits received in evidence during the trial

10  will be made available to you for study during your

11  deliberations.

12          On some occasions during the trial, exhibits

13  may be handed to you for brief inspection there in the

14  jury box or exhibits may appear on the computer screens

15  in front of you.  Others will not be shown to you.

16          But don't be concerned because, as I said, you

17  will get to see and inspect at the end of the case all

18  of the exhibits that are received in evidence.

19          Because transcripts will not be available, you

20  will be permitted to take notes during the trial, if

21  you want to do so, and the clerk has provided notebooks

22  and pens for each of you.

23          On the other hand, of course, you are not

24  required to take notes, if you don't want to.  That

25  will be left up to you individually.

1    If you do decide to take notes, be careful not

2  to get so involved in note-taking that you become

3  distracted from the ongoing proceedings.

4    Don't try to summarize all of the testimony.

5  Instead, limit your note-taking to specific items of

6  information that might be difficult to remember later,

7  such as dates, times, amounts or identities and

8  relationships.

9    But remember that you must decide upon the

10  credibility or believability of each witness and you

11  must, therefore, observe the demeanor and appearance of

12  each witness while testifying.

13    Note-taking must not distract you from that

14  task.

15    Also, your notes should be used only as aids

16  to your memory and, whether you take notes or not, you

17  should rely upon your own independent recollection or

18  memory of what the testimony was and should not be

19  unduly influenced by the notes of other jurors.

20    Notes are not entitled to any greater weight

21  than the recollection or impression of each juror as to

22  what the testimony was.

23    As you know from the explanation that I gave

24  during the course of your selection, it is charged in

25  this case that the Defendants engaged in unlawful

1   conspiracies to commit certain offenses.

2           Under the law, a conspiracy is a combination

3   or agreement of two or more persons to join together to

4   attempt to accomplish some unlawful purpose.  It is a

5   kind of partnership in criminal purposes, and willful

6   participation in such a scheme or agreement followed by

7   the commission of an overt act by one of the

8   conspirators is sufficient to complete the offense of

9   conspiracy itself, even though the ultimate criminal

10  object of the conspiracy is not accomplished or carried

11  out.

12          In order to establish the offense of

13  conspiracy, the Government must prove beyond a

14  reasonable doubt each of the following specific facts:

15          One:  That two or more persons in some way or

16  manner came to a mutual understanding to try to

17  accomplish a common and unlawful plan as charged in the

18  indictment;

19          Two:  That the Defendant, knowing the unlawful

20  purpose of the plan, willfully joined in it;

21          Three:  That one of the conspirators during

22  the existence of the conspiracy knowingly committed at

23  least one of the methods or overt acts described in the

24  indictment;

25          And, four, that such overt act was knowingly

1    committed at or about the time alleged in an effort to

2    carry out or accomplish some object of the conspiracy.

3           The word "knowingly," as that term has been

4    used in these instructions, means that the act was done

5    voluntarily and intentionally and not because of

6    mistake or accident.

7           The word "willfully," as that term has been

8    used in these instructions, means that the act was

9    committed voluntarily and purposely with the specific

10   intent to do something the law forbids, that is, with

11   bad purpose either to disobey or disregard the law.

12          Now we will begin the trial at this time by

13   affording the lawyers for each side an opportunity to

14   make opening statements to you in which they may

15   explain the issues in the case and summarize the facts

16   that they expect the evidence will show.

17          After all the testimony and evidence has been

18   presented, the lawyers will then be given another

19   opportunity to address you at the end of the trial and

20   make their summations or final arguments in the case.

21          The statements that the lawyers make now as

22   well as the arguments they present to you at the end of

23   the trial are not to be considered by you either as

24   evidence in the case, which comes only from the

25   witnesses and exhibits, or as your instruction on the

Opening Statement by Ms. Arango                                22

```
 1    law, which will come only from me.

 2              Nevertheless, these statements or arguments

 3    are intended to help you understand the evidence as it

 4    comes in, the issues or disputes you will be called

 5    upon to decide, as well as the positions taken by both

 6    sides.

 7              So I ask that you now give the lawyers your

 8    close attention as I recognize them, in turn, for the

 9    purpose of making an opening statement.

10              You may proceed.

11              MS. ARANGO:  Thank you, Judge.

12              May it please the Court.

13              Good morning, ladies and gentlemen.

14              THE JURY:  Good morning.

15              MS. ARANGO:  Once again, I'm Jackie Arango.

16    I'm an assistant United States attorney, and I'm going

17    to be making opening statements for you today.

18              Ladies and gentlemen, this is a case about a

19    man, Narseal Batiste -- he's the first Defendant

20    sitting over there -- who wanted to sell out this

21    country for money.

22              The other men with him willingly joined him.

23    He recruited them for his mission:  Patrick Abraham,

24    his first recruit, who he called his first soldier.

25    Sitting next to him -- or another man down from him,
```

Opening Statement by Ms. Arango                        23

1    Burson Augustin, his second recruit.  Next to him is

2    Burson's blood brother, Rotschild.  Further on down is

3    Naudimar Herrera.  And then, at the end, next to

4    Naudimar Herrera, is Stanley Phanor.

5          These men were recruited by Narseal Batiste on

6    his mission.  All of them, every single one of them,

7    agreed to help who they undoubtedly believed was

8    Al-Qaeda in exchange for funding for their group, in

9    exchange for Al-Qaeda's money.

10         The evidence will show that they did so and

11   that they didn't care that they were putting innocent

12   lives in danger.

13         Now, ladies and gentlemen, throughout my

14   opening statement, I'm going to be referring you to

15   this chart.  And this is what the evidence will show in

16   this case.  This is what the Government will prove.

17         And you can write these things down, if you

18   want, because the Government will show each of these

19   five facts to you beyond a reasonable doubt.

20         Each of these facts are going to be

21   established to you through video and audio recordings,

22   video and audio recordings of these Defendants made

23   when they didn't know they were being recorded.  They

24   were telling the truth during those recordings.

25         You will see and hear those recordings.

Opening Statement by Ms. Arango                    24

 1              You will see what the FBI was seeing as they

 2     investigated this case.  The case will unfold for you

 3     as the case unfolded for the FBI during the course of

 4     this case.  And those recordings will show what the

 5     Defendants truly intended.

 6              They will establish these five facts.  And

 7     when the Government establishes to you at the end of

 8     this case these five facts, they will lead you to one

 9     inescapable conclusion, which is that these Defendants

10     are all guilty of the charged crimes.

11              And now, in determining these facts, you do

12     have to look at the law, obviously, that these

13     Defendants are charged with.

14              They're all charged with -- they're charged

15     with four different conspiracies.  I'm going to discuss

16     those conspiracies in a moment.  But I'm just going to

17     read to you these five facts, and I'm going to be

18     discussing them with you during the course of my

19     opening statement.

20              The first one:  Narseal Batiste was the leader

21     of a paramilitary and cult-like group.

22              He called himself "The Prince."  He referred

23     to himself as a deity.  These people were his brothers.

24     They were his soldiers.  Sometimes they called

25     themselves "guerrillas."

Opening Statement by Ms. Arango                    25

1          They acted as though they were a

2     paramilitary-type organization.  They had uniforms.

3     They marched around and they engaged in military-type

4     training.

5          Narseal Batiste recruited these Defendants.

6     Anybody was willing to join Narseal Batiste -- they --

7     one thing he didn't do is he didn't force anybody to

8     join his organization.  They willfully signed up to his

9     organization.

10         And there were other recruits who you --

11    you'll hear from one in particular -- who checked him

12    out because they preached peace and love.  They

13    preached spiritual enlightenment.  But that's not

14    really what they were about.

15         In fact, in a recording with Burson Augustin,

16    one of the very first recordings made in this case,

17    Burson Augustin says, "The real soldiers know what the

18    real mission is."

19         This group and its dangerous ideology existed

20    long before the FBI became aware of their existence.

21    They had bonded together.  They had organized

22    themselves.  They had delineated what their mission and

23    their purpose was.  They held regular meetings.  They

24    met regularly.  They were a close-knit, bonded group.

25         They were doing this before the FBI was ever

Opening Statement by Ms. Arango                    26

 1    told what they were up to.

 2              The Defendants sought the funding for the

 3    group from a terrorist organization to advance their

 4    goals.  I'll go into that in some detail.

 5              That was Narseal Batiste's idea.  That idea

 6    came into his head, and we'll discuss it in a moment.

 7              In seeking funding for their organization

 8    from a terrorist organization, knowing that they

 9    were good -- would be a good partner for anybody who

10    wanted to do harm to this country, they each swore

11    allegiance to someone they believed was Al-Qaeda.  They

12    provided -- in doing so, they provided material support

13    to Al-Qaeda.

14              In fact, in addition to swearing allegiance to

15    Al-Qaeda, they provided videos and photographs to the

16    person that they believed was Al-Qaeda of buildings

17    that they believed Al-Qaeda wanted to destroy, wanted

18    to blow up.

19              Now, as the Judge just explained to you here

20    about conspiracy law, a conspiracy is a plan or

21    agreement between two or more people to violate the

22    law.  It is a crime to conspire to break the law in the

23    United States, whether or not the plan succeeds.

24              The crime is complete if a conspiracy is

25    established, before buildings go down and people get

Opening Statement by Ms. Arango                    27

 1    killed.  That's what conspiracy law is.  It's plain and

 2    simple.

 3           And let me explain to you what the four

 4    conspiracies that the Defendants have been charged with

 5    are.

 6           First, conspiracy to provide material support

 7    to Al-Qaeda.  What is material support?  Material

 8    support is the pledging of oneself to a terrorist

 9    organization, in this case, Al-Qaeda.

10           Each and every one of these men on videotape

11    pledged their loyalty to Al-Qaeda.  They took an

12    official Al-Qaeda oath on video.  You will see it.

13           Now, at that time, they didn't know that they

14    were dealing with a person who was actually an FBI

15    informant.

16           What had happened was Narseal Batiste -- when

17    he reached out to somebody, an Arab, a person -- a

18    Muslim of Yemeni descent, he was trying to recruit that

19    person.  And he talked to that person and they became

20    friends.

21           What he didn't know was that person was an FBI

22    informant.  And when that person realized months later

23    that Narseal Batiste was really preaching violence,

24    what he was really about, that he was really serious

25    about his intentions, he went to FBI and he told them.

 1   That's how this investigation began.

 2          And then FBI said, "Well, we're going to send

 3   him the man that he requested of this person."  The

 4   man's name -- the original informant's name is Abbas

 5   al-Saidi.  The FBI said, "We'll send him the person

 6   that they believe that they want," which is a person

 7   from a terrorist organization.

 8          And they set it up to have the person come in

 9   and look as though he had just arrived from the Middle

10   East in the United States.  And that's how this

11   investigation began and Narseal Batiste began meeting

12   with him.

13          During the course of these -- all these months

14   in this investigation, these Defendants met with him as

15   well.  He told these Defendants that he was from

16   Al-Qaeda.

17          They all took this oath of loyalty to

18   Al-Qaeda.

19          And then, most significantly, for the material

20   support, in addition to providing -- to taking the oath

21   to Al-Qaeda, this informant told them -- the person

22   that said he was from Al-Qaeda told them, "Al-Qaeda

23   wants to blow up an FBI building in the United States.

24   They want to blow up this one in Miami in addition to

25   other FBI buildings.  Can you help us?"

1          They were being tested to see if they were

2     really willing to do what they discussed on these

3     videos and on these audio recordings.  Were these

4     people really willing to help the person that they

5     believed is Al-Qaeda for money?

6          And you will see what they did.  They provided

7     photographs, videos of not only the FBI building in

8     North Miami Beach, but they also drove around this

9     courthouse complex here, all these federal buildings,

10    and they provided photographs and videos of those

11    buildings as well, focusing on surveillance cameras,

12    focusing on back doors, focusing on the truck ramps

13    coming in and out of the buildings, focusing on

14    barriers, guard shacks, things that they thought

15    Al-Qaeda may need to know to blow up those buildings.

16         That is what they provided to this person who

17    they undoubtedly thought was Al-Qaeda.  And that is

18    providing material support to Al-Qaeda, Count 1 of the

19    indictment.

20         Count 2 of the indictment is conspiracy to

21    provide material support to an act of terrorism.

22         Blowing up buildings is an act of terrorism.

23    They provided those videos and those photographs, which

24    were actually material support.  In addition to

25    material support to Al-Qaeda, it was also material

Opening Statement by Ms. Arango                    30

1    support to an act of terrorism.

2            Also, I would note that, in addition to those

3    videos and photographs, Narseal Batiste with Patrick

4    Abraham took this man that they believed was an

5    Al-Qaeda representative, who said Al-Qaeda wanted to

6    blow up the FBI building, and they drove him around.

7            You're going to hear an audio recording of

8    them driving him around.

9            He said, "I don't know how to get around

10   Miami.  I just arrived from the Middle East.  I don't

11   know where the FBI building is."

12           They said, "Okay.  We'll show you."

13           And they drove him right down in front of the

14   FBI building in North Miami Beach.

15           They also said, "Let me show you some other

16   buildings you might want to target."

17           They took him by a Jewish synagogue, by the

18   National Guard Armory, pointing out that these are

19   additional targets that Al-Qaeda might be interested

20   in.

21           Narseal Batiste went even further.  You're

22   going to see a video of him sitting down with that

23   Al-Qaeda representative with the photographs and the

24   videos of the buildings that I've just talked to you

25   about, explaining to him how they could do more.

Opening Statement by Ms. Arango                           31

1          "I want to be involved in the planning.  I

2   want to help you get inside these buildings.  Some of

3   my men are security guards.  They have licenses.  They

4   could get into Government buildings.  We can help you.

5   We can get somebody in on the inside.  Keep us in on

6   this planning.  We want to be a part of the planning on

7   this as well."

8          Why?  He wanted funding.  He wanted his

9   organization to grow big and strong.

10          The third conspiracy is the conspiracy to

11   destroy buildings.  Again, it goes hand in hand with

12   the other two conspiracies charged.

13          They agreed to help Al-Qaeda -- who they

14   believed was Al-Qaeda destroy buildings.  And they

15   provided the material support to do so.

16          Now, the final conspiracy charged is

17   conspiracy to wage war against the United States.  It's

18   called "sedition."

19          And I'll go into that in a moment with you as

20   to why they had this desire, how this desire formed.

21          Now, whether or not they could actually do so,

22   they could actually wage war against the United States,

23   is irrelevant.  What's relevant is their intentions,

24   what they wanted to do.

25          How does this story begin?  How does -- how

 1   does this idea come into existence?

 2           Well, it begins with the leader of this group,

 3   Narseal Batiste.

 4           Now, he's a power-hungry and ambitious man who

 5   really wanted to make his mark on the world.

 6   Throughout his life, he dabbled in different religions.

 7   But he believed in violence in his core, in his soul.

 8           You will hear him on tape talking to the

 9   person that was his spiritual godfather, a man he

10   called Master Athea, and he had a recording.  Master

11   Athea agreed to record a conversation with him.

12           Master Athea was concerned about them and to

13   the FBI and agreed to be wired up and record a

14   conversation with who he says is his spiritual

15   godfather.

16           And he tells Master Athea, "God put the

17   soldier in man."  He was talking about himself.  He was

18   talking about violence.  He was talking about his soul.

19           Ultimately, he settled on a religion called

20   the Moorish Science Temple religion.  The Moorish

21   Science Temple -- it is a conglomeration of various

22   religions, including Christianity, Islam.

23           And they have their own Bible -- their own

24   Koran, actually.  It's called the Circle Seven Koran.

25   And that is ultimately the religion that Narseal

  1   Batiste chose for himself and his organization.

  2          Now, the Moorish Science Temple organization

  3   is a legitimate organization and it's got national

  4   headquarters.  This organization believes that the

  5   Moors descended from Morocco and the Moors that live in

  6   the United States should be entitled to their own

  7   sovereignty.

  8          Now, Narseal Batiste disagreed with this next

  9   edict of the Moorish Science Temple.

 10          They believed that, in order to establish that

 11   sovereignty within the United States, they should do so

 12   within the laws of the United States, within the

 13   framework of the United States.

 14          Narseal Batiste vehemently disagreed with

 15   that.  They parted ways on that issue.

 16          He said, "We're at war with the United

 17   States" -- and you will hear him on videotape -- "We're

 18   not here to do business with them.  We're not here to

 19   act within their legal framework.  We should be

 20   entitled to our own sovereignty in the United States.

 21   If that means being at war with the United States, that

 22   is what we will do."

 23          Now, he had to look for a way to recruit

 24   people, to build his organization, because he was a

 25   power-hungry person.  He was very ambitious.  And he

Opening Statement by Ms. Arango                    34

1    needed followers.  So what he professed was he

2    professed spiritual enlightenment.  He professed this

3    religion that would empower.  It sounded beautiful, but

4    it wasn't.

5           They had a secret mission.  And he says on

6    videotape and audiotape -- you will hear him -- he

7    says, "How do you get people in?  You have to find

8    people who hate this country, who have a beef with this

9    country, and you have to fuel that hate."

10          And he attempted to do so.  And he found

11   people like that.  But there's a lot of people with the

12   beef -- beefs with this country, who hate certain

13   aspects of this country, but they really don't want to

14   do violence.

15          Some of them checked him out.  And they said,

16   "We don't really want to go there.  We might have some

17   problems.  We might disagree with our Government.  But

18   we're not going as far as these people are willing to

19   go."

20          Now, with respect to the first fact, Narseal

21   Batiste was the leader of a paramilitary and cult-like

22   group --

23          MR. LEVIN:  Judge, I'm going to object to the

24   characterization of the chart as a fact.

25          MS. ARANGO:  Judge, I will --

1            THE COURT:  Overruled.

2            MS. ARANGO:  I'll rephrase.

3            With respect to the first fact that the

4    Government will prove to you beyond a reasonable doubt,

5    Narseal Batiste was the leader of a paramilitary and

6    cult-like group, you will see that he called himself

7    "The Prince."  You will see that he demanded loyalty

8    and obedience from not only these men, but their

9    families as well.

10           You will hear telephone conversations with his

11   followers, with Patrick Abraham and others, where he

12   says, "Your wife" -- "Patrick Abraham, your wife --

13   she's got to get in line.  She's got to get in line

14   with my wife, because my wife is the Christa.  She's

15   got to be -- she's in the sisterhood and she's got to

16   follow orders."

17           He said to him, "Get your wife in line."  He

18   demanded loyalty and obedience from not only these men,

19   but from their families as well.

20           They had regular practices where they engaged

21   in military-type training.  They had secret meetings

22   where they would have rituals.  There was some

23   conversations about blood rituals.

24           There was one woman in the organization who

25   had a disease and they wanted to make sure that she

```
 1   didn't engage in the blood ritual.  They had to be
 2   careful.
 3          Very -- there's evidence that will establish
 4   that he was the leader of this paramilitary and
 5   cult-like group beyond a reasonable doubt, again, this
 6   group being in existence before the FBI was ever
 7   alerted to them.
 8          These five men helped him, helped Narseal
 9   Batiste, to recruit others.  That was a very important
10   part of this mission, important part of this
11   organization, was the recruitment of others, because
12   that's the only way they could accomplish their
13   unlawful goals, is to have the support -- not only the
14   financial support that they were seeking from a
15   terrorist organization, but the physical support, the
16   people, the staffing.
17          And you will hear Burson Augustin, as I stated
18   earlier, in one of the first meetings talk about their
19   secret mission.  And all he was doing, by the way --
20   when Burson was talking in that first conversation with
21   one of the informants, all he was doing was reiterating
22   what Narseal Batiste was preaching to them every day.
23          And what he said to him is, "We need to bond
24   together.  We need to organize.  We need to plan
25   attacks.  They have to be coordinated.  They have to
```

 1    occur at the same time in different parts of the city,

 2    have cops running everywhere, have people running this

 3    way and that."

 4              They wanted to undermine the confidence of the

 5    public to make them doubt the ability of the Government

 6    to be able to protect them.

 7              You will hear them refer to this country as

 8    "the devil," as the "DC Government corporation."  You

 9    will hear Narseal Batiste's own words how he celebrated

10    9/11, how he thought this country got its just

11    desserts.

12              And, as I said, they brought people in, they

13    recruited people in, tried to work on that hate, tried

14    to fuel that hate.

15              You will hear from one of these recruits who

16    said he thought they were about peace and love and

17    spiritual enlightenment and helping others and physical

18    advancement and working together and bonding.

19              It all sounded really, really good.  And you

20    will hear from one of them.  He said, but once he got

21    in, he realized what was really going on, he realized

22    what the real mission is.

23              He said, "This is violence.  This is

24    craziness.  I'm out of here."  You'll hear from him.

25              Now, all those people who didn't join this

1    organization, they're not sitting at this table.  These

2    five men willingly and voluntarily joined Narseal

3    Batiste.  They did so of their own free will.  They

4    signed up to his scheme.

5           They called themselves and you will hear

6    Narseal Batiste refer to them as his "inner circle,"

7    his "close circle."  These men are men that he trusted

8    implicitly.

9           Now, while recruiting people, Narseal Batiste

10   also knew that he had -- he needed funding.  He did

11   seek from these men -- he seeked -- he requested dues.

12   He wanted to make sure that they worked, that they

13   could bring money to the organization.  He helped

14   provide for work.  They worked in construction

15   together, because they needed money.

16          But they weren't going to get the money they

17   needed that way.  He needed funding.

18          Now, where did this idea to reach out for a

19   terrorist organization begin?  How does the germ of an

20   idea manifest itself in a person's head?

21          Well, the evidence will show that Narseal

22   Batiste -- he lived for a while in Chicago and he

23   admired a man called Jeff Fort.

24          Jeff Fort is a notorious, infamous man in

25   Chicago.  He's part of Chicago lore.  He was a gang

Opening Statement by Ms. Arango                    39

 1   leader in Chicago.  And he was very, very powerful.  He

 2   wound up going to jail.  But even from jail, he ran his

 3   gang -- his drug gang.

 4           And he knew that he needed to get funding for

 5   his organization.  He wanted his people to be -- he

 6   wanted his organization to be even bigger and stronger

 7   than it was.

 8           Now, this was all done in the 1980s.  In the

 9   '80s, the premier -- well, it's actually a state

10   sponsor of terrorism -- was Libya.  So Libya was where

11   everybody looked to for terrorism.

12           Jeff Fort got the idea of reaching out to

13   Kadhafi.  He sent two of his men -- he was in prison at

14   the time.  He sent two of his men to speak to Kadhafi

15   and tell him, "We're here.  We may not have the exact

16   same ideology, but we are willing to do your bidding in

17   exchange for money, because you need people here.  We

18   are those people.  We can provide you the assistance

19   that you need."

20           He was ultimately caught in this scheme and he

21   was prosecuted for providing material support to a

22   terrorist organization, Libya, who was the deadliest

23   terrorist organization at the time.

24           Narseal Batiste decided, "That's a great idea.

25   I need -- I can use that.  We are the people -- we are

1   people here that Al-Qaeda needs and he discusses this

2   fact.  Al-Qaeda is weak here, because they don't have

3   the people here."

4           He says, "The borders are closed.  You need

5   people on the inside to be able to do your bidding.  We

6   are those people.  Give us money and we'll do what you

7   need us to do.  We have the mindset to do this.  We

8   have the ideology.  We have the desire.  We're willing

9   to do so.  Let's bond together."

10          But he was smarter than Jeff Fort in his own

11  way, because he said, "You know what?  Jeff Fort

12  attracted attention to himself by being a drug dealer

13  and running a drug gang.  My men aren't going to do

14  that.  My men are going to be legal.  Our mission is

15  going to be completely secret.  We're going to look as

16  though we're this charitable organization.  We're going

17  to look as though we're trying to do good for this

18  community."

19          "But that's not the real mission," as Burson

20  Augustin said.  "The real soldiers know what the real

21  mission is going to be."

22          So he got that idea living in Chicago from

23  Jeff Fort.  That's where it sprung into existence.

24          The evidence will show that these Defendants

25  bonded together with this dangerous ideology long

Opening Statement by Ms. Arango                    41

1   before the FBI became aware of their existence, as I

2   pointed out in Fact 3 of this chart.

3            Now, how did the FBI find out about these

4   people?  How were they able to open an investigation

5   and gather the evidence necessary to bring it to you

6   today?

7            What were the circumstances which led to the

8   hours and hours of audio and video recordings that

9   you're going to be hearing during the course of the

10  next couple of months?

11           Because after the FBI had gotten the report of

12  what these people were doing, they went in and began

13  recording these conversations.  They didn't know what

14  they were going to hear.  They wanted to find out what

15  these people were up to.

16           So what's interesting is that you are going to

17  be listening to and seeing these recordings in the same

18  way the FBI did as the investigation was progressing.

19  The case will be unfolding to you as the case unfolded

20  to the FBI.

21           You will hear from Agent Velazquez, who's the

22  senior supervising agent of this group -- of the FBI

23  group that investigated these people.  He will tell you

24  about the decisions that he made along the way based on

25  what he was seeing, based on what he was hearing.

Opening Statement by Ms. Arango                    42

1      You will be seeing and hearing those same

2  things.  You will be understanding the decisions that

3  were being made, the very reasonable and rational

4  decisions that were being made throughout the course of

5  this investigation.

6      Now, let me take you momentarily through the

7  events in this case chronologically so you can

8  understand.

9      This all began in September of 2005.  An

10  informant that I named earlier -- that I talked to you

11  earlier about, Abbas al-Saidi -- he was a Yemeni who

12  lived and worked in a convenience store in North Miami.

13      Narseal Batiste frequented that store.

14  Narseal Batiste recruited him.  He befriended him.  He

15  saw him as an opportunity to swell the ranks of his

16  organization, as well as he knew that this man was from

17  Yemen.

18      He thought, "Well, you know, maybe he's got

19  somebody in his family, somebody in his background,

20  that could give us the connection that we need here."

21      In September of 2005, Abbas al-Saidi was going

22  to go back to Yemen for Ramadan, to be with his family.

23  And he told Batiste that he was going back to Yemen.

24      Batiste thought it was a great opportunity.

25  He said, "My God, this person that is my friend that

Opening Statement by Ms. Arango                    43

```
 1    I've been recruiting into my organization, I've been
 2    talking to him about my ideas, I've been talking to him
 3    about jihad, I've been talking to him about my
 4    soldiers -- he and I are on the same wavelength here.
 5    He's going to go back to Yemen.  He could put me in
 6    touch with somebody.  This is a unique opportunity.  I
 7    may never ever, ever have the opportunity to know
 8    somebody who's going to be actually traveling to where
 9    there may be a terrorist organization that may be
10    interested in us."
11          And he became very excited.  He gave -- he
12    gave him a flier.  At the time, he called his
13    organization the Universal Divine Saviors.  And he
14    printed up a flier that said "Universal Divine
15    Saviors," making it look as though it was a charitable
16    organization.
17          But what was important was that it had Narseal
18    Batiste's contact information.  And he gave it to
19    Abbas.  He said, "Take this to Yemen with you.  Let
20    them know what -- that we're here.  Let them know what
21    we are willing to do for them.  Take this with you."
22          It was at that point in time that Abbas
23    al-Saidi said, "Uh-oh.  This guy is serious.  This guy
24    really wants to do something.  This is not just talk.
25    This is not just, 'Let's talk about how we hate the
```

Opening Statement by Ms. Arango                    44

1    Government and what we want to do.'  This is somebody

2    who's really wanting to do this."

3          Now, he had previously provided information to

4    the FBI.  So he went to the FBI and he told them,

5    "Listen, I'm concerned about these people.  They're

6    interpreting the Koran in a violent way."

7          And he's a Muslim.  He interpreted the Koran

8    in a peaceful way.  He said, "They're interpreting the

9    Koran in a violent way.  You need to check these people

10   out."

11         So the FBI called him.  At that point in time,

12   he was in Yemen.  He didn't have an opportunity to

13   reach Agent John Stewart before he left for Yemen.  So

14   Agent Stewart called him when he was in Yemen and

15   talked to him.

16         Agent Stewart said, "You know what?  We need

17   this guy to come back.  I don't know what these people

18   are up to.  We've got potentially dangerous people

19   running around here.  I'm going to get this guy back.

20   We need to open up this investigation."

21         That's what they did.  Abbas al-Saidi came

22   back in October of 2005 and that's how this

23   investigation began.

24         Abbas al-Saidi was instructed by the FBI to

25   make undercover recordings.  What they told him is,

Opening Statement by Ms. Arango                    45

1    "Play a role.  Play" -- well, what they told him was,

2    "Continue to act like you would normally act with this

3    person," because Abbas al-Saidi told the FBI about

4    conversations he had with Narseal Batiste and these

5    Defendants, conversations that, at this point, were not

6    recorded.

7         So the FBI said, "Well, we need you to go back

8    and raise these conversations again.  Raise these

9    topics again, because we want to be able to hear them

10   for ourselves.  We want to be able to hear whether or

11   not this person really says the things that you're

12   saying that they say.  We want to hear if you talk

13   about jihad, if you talk about violence, whether or not

14   he says, 'Abbas, I don't know what you're talking

15   about.  We've never discussed that before.  What do you

16   mean by that?'"

17        The FBI wanted to know what their intentions

18   were.  That's why they instructed Abbas al-Saidi to

19   wear a recording device and to listen -- and to monitor

20   the conversations that he had with these people,

21   because they needed to find out what their intentions

22   were, whether or not they were violent, whether or not

23   they were planning to commit a crime.

24        And they knew -- the FBI knew that the only

25   way they could do that was to record their

Opening Statement by Ms. Arango                          46

1    conversations when they didn't know they were being

2    recorded, when they're talking the truth about their

3    intentions.

4           And they told Abbas al-Saidi, "We want you to

5    pretend as though you've made the contact that Narseal

6    Batiste wants you to make."

7           They wanted to hear Narseal Batiste respond

8    and react to that.  Was he going to say, "What are

9    talking about?  You never told me to talk to somebody

10   in the Middle East, to reach out to somebody in

11   approximate Yemen.  What do you mean by that?"

12          They wanted to see if he responded that way or

13   another way, the way he did respond.

14          He was thrilled.  He was so excited that Abbas

15   al-Saidi contacted somebody that he wanted to reach.

16          He said, "Does the guy know" -- you will hear

17   him on videotape -- "Does the guy know Osama bin Laden?

18   Could I have gotten that lucky to meet a guy who knows

19   Osama bin Laden, who's part of Al-Qaeda?"

20          He was very excited.  He didn't say, "I don't

21   know what you're talking about, Abbas.  What do you

22   mean?"

23          You will hear those conversations.  Abbas

24   acted as though he was part of them.  They had already

25   established the relationship.  So that wasn't difficult

Opening Statement by Ms. Arango                    47

 1    to do.
 2            He acted as though they were friends and he
 3    was part of their group, part of their organization.
 4    He had to act that way and that was consistent with the
 5    way they thought of him beforehand.
 6            And then the recordings just confirmed what
 7    Mr. Al-Saidi had told the FBI beforehand.  They had to
 8    make decisions as to what to do along the way.  The FBI
 9    had to make those decisions.
10            What are some of the things that they heard?
11    Well, you will be hearing them yourselves.  They talk
12    about -- I talked earlier about coordinating attacks,
13    how Brother B -- he called himself Brother B, Burson
14    Augustin -- how they needed to coordinate attacks in
15    multiple locations at the same time.
16            Well, Narseal Batiste said, "And after those
17    attacks are done, we need to go into restaurants and
18    put poison in salt shakers.  That's really going to get
19    people upset.  That'll really get them scared.  We can
20    be the small force that wreaks enormous havoc in this
21    had country."
22            They talked about causing a ground war to
23    overthrow the Government.  They talked about
24    recruiting, as I discussed with you earlier --
25    recruiting members to become stronger and more

Opening Statement by Ms. Arango                    48

1     appealing.

2              They talked about how they had to pretend to

3     look like they're a legitimate charitable organization.

4     They talked about their military training.  There's one

5     conversation that Narseal Batiste talks about how he

6     wants to do Al-Qaeda training, how he liked the

7     Al-Qaeda style of training.

8              Narseal Batiste, being -- growing up partially

9     in Chicago, mentioned to the Al-Qaeda -- the person he

10    believed was an Al-Qaeda representative that the Sears

11    Tower was a good target for Al-Qaeda, how important the

12    Sears Tower was to the United States.  The Sears Tower

13    idea came from Narseal Batiste.

14             He talked about, after an attack occurs and

15    after buildings go down, he and his men will shoot any

16    survivors.  "There won't be any survivors.  But if

17    there are, we'll shoot them."  You will hear those

18    recordings.  They're pretty disgusting.

19             So what did the FBI do when they heard this?

20    Well, they said, "You know what?  We're going to send

21    in another man.  We're going to send in that person

22    from the Middle East, from a terrorist organization

23    that they want to meet."

24             They enlisted another informant, a paid

25    informant, by the name of Elie Assaad.  And that man is

1    also an Arab.  He was brought in to meet with this

2    organization and to act as though he was the person

3    that they wanted to meet.

4            Now, they -- again, they wanted to see if he

5    would -- if they would say, "What are you doing here?

6    Who are you?  Why are you here?  What do you want from

7    us?" or whether or not they would be interested in

8    meeting with the person who was a terrorist.  You will

9    see the reaction.

10           On December 16th of 2005, Narseal Batiste

11   meets in a hotel room with Elie Assaad.  The plan was

12   for Narseal Batiste to pick up Elie Assaad at the

13   airport.  He was just arriving in from the Middle East.

14           They didn't meet at the airport, but they met

15   at the hotel.  And the first thing that Elie Assaad

16   says to him is, "Why am I here?  Why have you sent for

17   me?  What do you want from me?"

18           The first thing that Narseal Batiste says in

19   response is, "Well, in order to understand that, you

20   have to know who I am and you have to know about Jeff

21   Fort, because he was probably in the same position one

22   day in the past that I am in now."

23           And he says to him, "Jeff Fort was the first

24   black man ever convicted of terrorism."  True.

25           And he says, "Jeff Fort was trying to help

Opening Statement by Ms. Arango

1   Libya."  True.

2          These are facts that this man knew about Jeff

3   Fort because he was trying to emulate him, because he

4   was telling this terrorist -- this person he believed

5   was a terrorist, "I'm like that person.  I can help you

6   here.  Let me explain to you who he is."

7          Elie Assaad says to him, "What is it you want

8   to do?  What do you want?"

9          Narseal Batiste says in that recorded

10  conversation in his own words, "To form an Islamic Army

11  for jihad."  His words.

12         Now, he had had this plan for violence, but he

13  didn't have weapons and other materials that he needed.

14         So Elie Assaad says to him, "Well, what do you

15  want?  Why don't you write it down?  Write -- give me a

16  list of what you want."

17         Elie Assaad was improvising.  "If this guy

18  wants something from me, I'll tell him to write it

19  down."

20         And you'll see that list.  It included

21  weapons, cell phones, boots, uniforms, SUVs, what was

22  needed for an army.

23         And you're going to see later lists, because

24  he refines that list and those requests of this man.

25  He refines them.  And in one list he actually provides

1    the make and serial numbers of the machine guns and

2    weapons that he wants as well as the telephone numbers

3    of the gun dealers so that those guns could be

4    purchased for them.

5           That is on a list provided by Narseal Batiste

6    to this informant.  And you will see that list as well

7    as the other lists that he provides.

8           May I just -- may I have a 15-minute and

9    five-minute?  I forgot to ask you earlier, Judge.

10          THE COURT:  Okay.

11          MS. ARANGO:  Thank you.

12          Now, in -- by the end of December of 2005,

13   Narseal Batiste became suspicious of the informant,

14   Elie Assaad.  He was concerned that somebody was

15   following him.

16          He believed he was dealing with a terrorist.

17   At that time, he didn't know what organization.  He

18   just knew he was dealing with a terrorist.  So he

19   stopped talking to him.  He got out of contact with

20   him.

21          But he had a dilemma, because he really wanted

22   this person who he called Brother Mohammed -- I'll

23   refer to him now as Brother Mohammed -- he really

24   wanted this person to be the terrorist that he was

25   hoping he was.

1          But he also had some suspicions that he might

2    be something else.  He might be an informant.  He might

3    be the FBI.  He might be something else.

4          So he had a dilemma.  "What do I do to make

5    sure that Brother Mohammed is who he says he is?"

6          So he, together with his number one in

7    command, Patrick Abraham, devised a plan.  They invited

8    the two informants to a building in Liberty City that

9    they called the Embassy.  Sometimes they referred to it

10   as the Temple.  Sometimes they referred to it as the

11   base.

12          But it's where they all met and they

13   congregated.  It's where they had all their secret

14   ceremonies and meetings.  It's where they basically --

15   some of them even lived there.

16          They invited these two men to the Temple, to

17   the Embassy.  And when they got in there, they were

18   met -- Narseal Batiste -- they invited them there under

19   the pretext of meeting with Narseal Batiste, because

20   they knew that the informants wanted to meet with

21   Narseal Batiste.

22          So they said, "Narseal Batiste will be here,"

23   but he wasn't.  The people that were there to meet them

24   were Patrick Abraham and Naudimar Herrera.  The

25   informants walked in and, much to their surprise and

Opening Statement by Ms. Arango                    53

1    shock, they were told, "Change your clothes.  We have a

2    set of clothes for you."

3          You will see those clothes.  These informants

4    were terrified.  "And, by the way, we don't like

5    electronic devices.  Give us your cell phones and all

6    electronic devices.  Put them here in this basket."

7          They stood right next to them and required

8    them to change their clothe.  These informants were

9    terrified.  They were afraid that, if they didn't do

10   what was told, they would be killed, they would be

11   outed as being what they were.

12         They managed to change clothes and they even

13   managed to keep their recording devices with them.  And

14   so you will hear the entire episode.

15         You will hear Brother Mohammed, who was really

16   Elie Assaad, say out loud in front of everybody, "I am

17   Al-Qaeda.  In case you all aren't aware, in case you

18   all have any doubts about who I am, I am Al-Qaeda.  I

19   am to keep my cell phone with me because I need to keep

20   in contact with Al-Qaeda.  If I'm out of contact with

21   Al-Qaeda, they're going to come looking for me."

22         It was an effort for him to save his life.  He

23   needed to be in touch with the FBI.  He didn't want to

24   get lost.  He didn't know what was going to happen to

25   him.  So he came off forcefully.

Opening Statement by Ms. Arango                    54

1            Patrick Abraham got right up in his face and

2   he said, "Over here, it's our rules.  Now change your

3   clothes."

4            And he did.

5            Afterwards, they were whisked away, brought to

6   a car, driven to a fast food station -- excuse me -- a

7   fast food restaurant.  They switched cars to a rental

8   car that these men had rented in order to accomplish

9   this plan.

10           They scurried them away into a rental car and

11  then they started driving.  They drove down to the

12  Florida Keys, where Narseal Batiste was hiding and

13  waiting for them, not knowing where they were being

14  taken, not being told where they were being taken,

15  thinking that they were being taken to be killed,

16  afraid that FBI lost them.

17           Unfortunately, their fears about the FBI were

18  accurate.  The FBI did lose them.  The plan worked to a

19  certain extent.  They did manage to keep their

20  recording devices with them, but they managed to lose

21  the FBI.

22           Elie Assaad -- they have -- Agent Velazquez

23  has a woman, a translator -- an FBI translator, call

24  Elie Assaad on his cell phone, pretending as though

25  it's somebody from the Middle East calling so that they

Opening Statement by Ms. Arango                    55

 1    could talk in Arabic to try to get coordinates as to

 2    where they are.

 3            You will hear those conversations that Elie

 4    Assaad had with the translator, terrified that they

 5    were going to be killed, trying to explain where they

 6    were going, "We're driving" -- "There's trees around.

 7    I don't see any buildings around.  I don't know where

 8    we are.  It looks like we're in a swamp" and trying to

 9    read signs, desperately trying to give the FBI

10    information about where they are.

11            Once they get to the Keys, they meet up with

12    Stanley Phanor.  He says to them, "Electronics are a

13    bad thing to have.  We've let you have that phone for a

14    while now.  Now that you're meeting up with Narseal

15    Batiste, turn it over.  We don't trust electronics.  We

16    don't trust cell phones.  You can get trapped that way.

17    Turn it over."

18            He wasn't surprised that this person had had

19    announced that he was from Al-Qaeda.  In fact, Stanley

20    Phanor says, "We respect you, sir.  We respect the

21    mission that you're on.  We're on the same wavelength

22    here."

23            Now, it's important to note that, throughout

24    this investigation, the Defendants met in this building

25    that I referred to earlier as the Embassy.  The FBI

Opening Statement by Ms. Arango                    56

1    knew because it was -- it was in an area that was very

2    hard for them to surveil -- the FBI knew that they

3    could not get in there and monitor the goings-on in the

4    Embassy.

5              So they decided, "We're going to give them a

6    warehouse."  And what they told Elie Assaad is, "Tell

7    them they need a bigger warehouse.  They need a bigger

8    facility to recruit men, to look good, to be able to

9    train.  We'll give you a warehouse."

10             The real reason behind giving them a warehouse

11   is that it was a building that the FBI could set up

12   secret cameras and monitor them, unlike the Embassy,

13   where they regularly met.  They wanted to be able to

14   see what these people were doing.

15             So on the first day that the building was

16   turned over -- this warehouse was turned over, it was

17   March 16th of 2006.  A meeting is held.

18             You see, earlier -- about a week or so earlier

19   to this meeting, Narseal Batiste told Elie Assaad that

20   he wanted to form a formal alliance with Al-Qaeda.  He

21   wanted to make it official.  They were about ceremony.

22             That formal alliance was going to occur in the

23   new warehouse on March 16th.  You will hear the

24   telephone conversations between the Defendants as they

25   were driving up to the warehouse.  They were being

Opening Statement by Ms. Arango                    57

1   recorded.  Their cell phone was being recorded.

2           At least Narseal Batiste's cell phone was the

3   subject of a wiretap.  So the Government was able to

4   hear the recordings -- what he was saying on his

5   telephone.

6           And you will hear him talking to Stanley

7   Phanor, Brother Sunni, who was in another car.  He

8   says, "Sunni, drive by.  See what" -- you know, they're

9   trying to find out if law enforcement's in the area,

10  because they know what they're going to do.  They know

11  they're going in there to -- in a meeting to swear

12  allegiance to Al-Qaeda.

13          "See if you see anything."

14          Stanley Phanor drives by.

15          "No.  It looks like the coast is clear.

16          "All right.  Pull up first.  I'll pull up five

17  minutes later."

18          That's how they operated.  They operated in

19  this way because of what they knew.  They knew that

20  what they were doing was a crime.  That type of

21  communication, that type of behavior, tells you that

22  what they were doing was --

23          MR. VEREEN:  Objection.  Argumentative.

24          THE COURT:  Overruled.

25          MS. ARANGO:  You can rely on that in making

Opening Statement by Ms. Arango                    58

 1    determinations about their intent.  If these people

 2    thought that they were going to go to a religious

 3    meeting, they wouldn't be discussing the things that

 4    they did in the way that they did.

 5            And what happened when they got into this

 6    warehouse?

 7            Well, Brother Mohammed was in there to meet

 8    with them.  The secret recorders were going.  Narseal

 9    Batiste -- everybody sits down and it's all very

10    formal.

11            Narseal Batiste -- excuse me.  Narseal Batiste

12    starts off the meeting.  He's clearly the person in

13    charge at this meeting.  You're going to see this

14    recording.

15            He starts off by welcoming Al-Qaeda, and he

16    says that they were all so grateful for the help and

17    support that they were going to be receiving from their

18    brother, Osama bin Laden.

19            They talked about -- they talked about how

20    they admired Osama bin Laden and likened him to an

21    angel, how excited and overwhelmed that Osama bin Laden

22    was even considering them and considering to give them

23    money to help them on their mission.

24            Now, after the speech, each one of these men

25    stood up in the middle of the room and swore himself --

Opening Statement by Ms. Arango                    59

1   swore his loyalty to Al-Qaeda, the deadliest terrorist

2   organization in the world.

3           Now, at the FBI's direction, Elie Assaad told

4   them at this meeting -- and the reason FBI directed him

5   in this way is they wanted to test these people's

6   resolve.

7           "What are these people really willing to do?

8   Are they actually willing to swear an oath of

9   allegiance to Al-Qaeda?  "Well, we're going to go

10  farther than that.  What more are they willing to do

11  for Al-Qaeda?"

12          And they told Elie Assaad and Elie Assaad,

13  who's Brother Mohammed, told them, "Al-Qaeda wants to

14  blow up five FBI buildings in this country in various

15  cities" -- LA, Washington, other cities, Miami being

16  one of them -- "We need your help.  I'm not from here.

17  I don't know where the FBI building is.  We need your

18  help.  Are you willing to help us?"

19          Batiste says, "Of course we are.  What do you

20  need?  Do you need photographs?  We'll get you good

21  footage without missing a beat.  We'll get you exactly

22  what you need."

23          And they did.  They did.

24          As I stated earlier, they took those

25  photographs.  They took videos not only of the FBI

Opening Statement by Ms. Arango                    60

 1  building, but, as I said before, of this entire
 2  courthouse complex, because Narseal Batiste -- they
 3  wanted to prove their loyalty to Al-Qaeda.  They wanted
 4  to show him additional buildings that Al-Qaeda might be
 5  interested in.
 6          And they drove Brother Mohammed around.
 7  Burson -- Patrick Abraham and Narseal Batiste drove him
 8  around, showed him a Jewish synagogue, showed him the
 9  National Guard Armory.  "These are additional targets
10  that Al-Qaeda might be interested in.  We know Miami."
11          He even says, "Al-Qaeda is weak because you
12  don't have the people on the inside.  Our borders are
13  closed here.  But we are here for you.  You supply us
14  with the funding and we will do what you want us to do.
15  We have that mindset.  We're ready, willing and able to
16  do it.  We're really, willing and able to harm this
17  country in any way.  We're here for you."
18          And he shows him -- in fact, when he brings
19  him by the FBI building, he says, "Take a look.
20  There's one little guard shack that is so easy to get
21  into.  All you have to do is just drive a truck right
22  through there.  You can get in that building no
23  problem."
24          And when he takes the photographs -- you'll
25  see those photographs -- surveillance cameras are shown

Opening Statement by Ms. Arango                          61

1    in the photographs.  The back of the buildings are

2    shown.  They had to go behind buildings in order to get

3    the back of the buildings, the antenna towers, these

4    buildings in this general area.  All the barriers are

5    shown.  Water mains are shown focused on with a video

6    as well as still cameras.

7            In fact, Narseal Batiste went even further.

8    He sat down -- and you will see that recording in the

9    warehouse.  He sat down with Brother Mohammed and

10   Brother Mohammed had a computer.

11           He said, "Okay.  Freeze it here."  He put --

12   they put the video of all these buildings in the

13   footage in the computer.

14           He says, "Freeze it here.  See that?  That's a

15   surveillance camera.  Freeze it here.  See that?  This

16   is a water main.  Do you know what you could do to

17   that?  Freeze it here.  Do you see that that's a ramp

18   going into the back of the building?  You can drive a

19   van right in there filled with explosives.  But we

20   could help you if you wanted to get inside buildings

21   and set off gas bombs.  My men are licensed security

22   guards.  They can get a job in Government buildings.

23   We can help you out."

24           He goes even further than what Brother

25   Mohammed had originally asked him.  Why?  Because they

Opening Statement by Ms. Arango                        62

```
1    wanted to prove their loyalty to Al-Qaeda.  They wanted

2    to let them know, "This is what we're willing to do.

3    And they did it.  They provided material assistance to

4    Al-Qaeda -- who they believed was Al-Qaeda.  Those

5    video footage and the photographs would have been of

6    extreme value to Al-Qaeda, anybody who wanted to blow

7    up those buildings.

8             Why did they do it?  Well, they were doing it

9    because they were trying to fund their organization.

10   The evidence will show this.  They all agreed to sell

11   out their country for money.  Whether they were doing

12   it for money or religious reasons or political is of no

13   consequence.

14            What is of consequence is what they did, what

15   they did, providing those video and photographs of

16   federal buildings, an oath of allegiance to Al-Qaeda.

17   That is material support.  That is what they provided.

18            The fact that they did so for the almighty US

19   dollar is no excuse for their conduct.

20            Ladies and gentlemen, first, and to reiterate

21   in closing here, it will be clear to you that the

22   Defendants swore allegiance to Al-Qaeda.  That in and

23   of itself is material support.

24            There is no doubt that the Defendants took

25   such an oath, and you will see them do so.
```

Opening Statement by Ms. Arango                        63

 1              Secondly, providing the surveillance photos

 2     and videos to a person that they believed was Al-Qaeda

 3     of buildings that they believed Al-Qaeda wanted to

 4     destroy is in and of itself material support.

 5              They provided that material support.  That is

 6     undisputable.

 7              These five facts, ladies and gentlemen, will

 8     be proven to you beyond a reasonable doubt.  And when

 9     you apply conspiracy law to these facts as they will be

10     shown to you throughout this case, you will reach one

11     inescapable conclusion:  It can only lead you to one

12     conclusion, which is that these Defendants are all

13     guilty of the four conspiracies charged.

14              Thank you.

15              THE COURT:  We're going to take a break.

16              Do not discuss this case either amongst

17     yourselves or with anyone else.  Have no contact

18     whatsoever with anyone associated with the trial.  Do

19     not read, listen or see anything touching on this

20     matter in any way.

21              If anyone should try to talk to you about this

22     case, you should immediately instruct them to stop and

23     report it to my staff.

24              You may leave your notebooks at your chairs.

25     Please be back in the jury room in ten minutes.

```
1              (Whereupon, the jury exited the courtroom at

2    10:42 a.m. and the following proceedings were had:)

3              THE COURT:  You may be seated for one moment.

4              The rest rooms on this floor are designated

5    for use of the jurors only.  So everybody else,

6    including visitors to the courtroom, will have to use

7    rest rooms on other floors.

8              We're in recess for ten minutes.

9              (Thereupon a recess was taken, after which the

10   following proceedings were had:)

11             THE COURT:  We're back on United States of

12   America versus Narseal Batiste, et al., Case

13   No. 06-20373.

14             Counsel, state your appearances, please, for

15   the record.

16             MR. GREGORIE:  Richard Gregorie and Jacqueline

17   Arango on behalf of the United States, your Honor.

18             MS. JHONES:  Good morning.

19             Ana Jhones and Bernadette Armand on behalf of

20   Narseal Batiste.

21             MR. LEVIN:  Albert Levin on behalf of Patrick

22   Abraham.

23             MR. CASUSO:  Louie Casuso on behalf of Burson

24   Augustin, who's present.

25             MR. CLARK:  Nathan Clark for Rotschild
```

 1    Augustine.

 2          MR. HOULIHAN:  Richard Houlihan with Naudimar

 3    Herrera.

 4          MR. VEREEN:  Roderick Vereen on behalf of

 5    Stanley Phanor.

 6          THE COURT:  All Defendants are present.

 7          Let's bring in the jurors.

 8          (Whereupon, the jury entered the courtroom at

 9    11:00 a.m. and the following proceedings were had:)

10          THE COURT:  You may be seated.

11          You may proceed.

12          MS. JHONES:  May it please the Court, counsel,

13    co-counsel and the six black young men that are in

14    trial here today, Mr. Batiste.

15          Good morning, ladies and gentlemen.

16          THE JURY:  Good morning.

17          MS. JHONES:  Once again, my name is Ana Maria

18    Jhones, and I've been appointed to represent Narseal

19    Batiste.

20          After the Government's opening, you probably

21    are wondering why we're here.  We might as well just

22    pick up and go home.

23          When you sit in this courtroom, a brand-new

24    courtroom, and you look around -- as the Court told you

25    during the course of voir dire, this is a brand-new

Opening Statement by Ms. Jhones                    66

```
 1    facility.  We have windows, its grandeur, its presence.

 2              It tells us a little bit about the importance

 3    of the function, of the role, that you are going to

 4    play in this case.  And just in case you don't know

 5    this already, this courtroom is for you, ladies and

 6    gentlemen.

 7              This is about the power not of the Government,

 8    but the power of the people, the power of you, the

 9    Constitution of the United States, as exhibited in you,

10    the power of the people to decide whether or not the

11    Government's case has any validity whatsoever.

12              You alone are the people that are going to try

13    the credibility of the witnesses and test the

14    Government's case.  And that's why we are here.

15              Let me begin by telling you the dream and the

16    real mission of Narseal Batiste, indeed, the dream and

17    the real mission of these young men that are seated

18    here before you.  Because the Government told you what

19    they believe the evidence is going to show.  They

20    haven't told you what the real evidence in this case is

21    about.

22              The real evidence in this case, ladies and

23    gentlemen, is about the real mission, the hope, the

24    hope of Narseal Batiste and the hope of all of these

25    young men to pick themselves up from their bootstraps,
```

Opening Statement by Ms. Jhones                    67

 1    to go into a city like Liberty City, a city that is

 2    laden with crime, a city that has a lot of opportunity.

 3            And Narseal Batiste saw that opportunity.

 4    Narseal Batiste saw these young men and Narseal Batiste

 5    said, "We are going to be able to do it."

 6            What Narseal Batiste did not know when this

 7    dream began early in 2004 -- what he did not know is

 8    that, by September of 2005, an informant had a plan of

 9    his own.  An informant was going to undertake and

10    crush -- unbeknownst to him, crush that dream.

11            But let me tell you a little bit about Narseal

12    Batiste.  Narseal Batiste is a 34-year-old young man

13    that was born in Louisiana.  He is one of eight

14    brothers and one sister.

15            Narseal Batiste comes from a deeply, deeply

16    religious family.  Indeed, his mother and father, all

17    of the siblings, were raised in the Catholic faith.

18    Not unlike many of us, we go and we explore different

19    religions, as did his family.

20            And sometime around the time period that

21    Narseal Batiste was in his teens, his mother and father

22    and his older brother, Siltwan, started deviating away

23    from the Catholic church and they decided -- they

24    adopted the tenets of the Baptist religion, as did

25    Narseal Batiste.

Opening Statement by Ms. Jhones                    68

1              In the Batiste household, religion was a daily

2      affair.  The talk of God and Jesus Christ was a daily

3      affair, not the talk of terrorism and not the talk of

4      violence, but the talk of religion and doing for your

5      fellow man.

6              You will hear from people that will tell you

7      that Narseal Batiste, as a young man, was a member of

8      the Guardian Angels in Chicago.  Narseal Batiste always

9      had a calling to serve, always had a calling to serve.

10             Narseal Batiste, unfortunately, from the time

11     that he can remember, was a poor individual.  Narseal

12     Batiste, when he was in high school -- and Narseal

13     Batiste graduated from high school -- and Narseal

14     Batiste, when he was in high school, met his

15     sweetheart, Miranda Vasquez.

16             Minerva Vasquez became pregnant during his

17     last year of high school and shortly thereafter they

18     had their first child, Giovanni.

19             After Giovanni came Narcasia, Nicholas and

20     Little Prince.  And Narseal Batiste began -- his

21     financial situation began to get worse throughout the

22     course of time.  Narseal Batiste was told by his

23     parents that, "You must look after your own.  You have

24     to support your family."

25             And, indeed, Narseal Batiste, while he lived

1    in Chicago -- that's exactly what he attempted to do.

2           Sometime thereafter, Narseal Batiste, along

3    with his family, moved to Miami.  And in Miami, he went

4    to North Miami.  And he lived in this one-bedroom

5    apartment with his wife and his four children.

6           And while Narseal Batiste was working in North

7    Miami in different jobs -- he worked at one time for

8    Waste Management and he worked at other times selling

9    flowers, arrangements that he and his wife had put

10   together -- sometime during the course of his free time

11   on the weekends, Narseal, Minerva, his children, would

12   go to this park in North Miami called the Oak Grove

13   Park.

14          This park is on 6th Avenue in North Miami, and

15   it is a beautiful park.  You may or may not be familiar

16   with it.

17          It is laden with trees.  And at any time of

18   the day, from the hours of operation, which are 6:00 to

19   6:00 p.m. -- at any given time that you go to that

20   park, ladies and gentlemen, you will see children

21   playing on the swing sets, people talking, different

22   people with guitars singing, people communing.

23          Most of the people that go to the park go for

24   physical exercise and go to basically hang out and

25   socialize.  There are some people, not unlike, Narseal

Opening Statement by Ms. Jhones                    70

```
 1    Batiste, that would go to that park with his children
 2    because that was what they could afford.  That's what
 3    they could afford.
 4             They didn't go to movies.  They didn't go to
 5    malls.  They didn't go to Disney World.  That's what
 6    they could afford.
 7             Narseal Batiste, on the weekends with his wife
 8    and his children, would go to that park, Bible in hand,
 9    not the Koran, but the Bible in hand.  They won't tell
10    you about that.  It doesn't fit the plan.
11             And with the Bible in hand, Narseal Batiste
12    would sit down, read the Bible with his children.  And
13    other kids would come.  Other parents would come.
14             You're going to hear about that.  And once the
15    Bible studies were put aside, Narseal Batiste then
16    began to do his martial arts in the park.
17             Narseal Batiste likes to show off.  And,
18    indeed, he would do the martial arts and other little
19    kids would want to participate.
20             And that was not an unusual thing for
21    Mr. Batiste, because, in fact, in 2005 -- or -- in the
22    beginning of 2005 -- and you will hear from this -- a
23    witness that will talk to you about this -- Narseal
24    Batiste and his wife would go to a community center in
25    Liberty City and they would give martial arts lessons
```

Opening Statement by Ms. Jhones                71

 1    to children there.  Narseal would receive a small fee

 2    for that.  That was his part-time job.  And his wife

 3    volunteered.

 4           While they were doing that, the kids were

 5    receiving the martial arts along with the other

 6    children.  These were the activities that defined this

 7    man.  These were the activities that became to define

 8    these other young men.

 9           Narseal Batiste at the park -- he met a couple

10    of other individuals:  Patrick Abraham.  Patrick

11    Abraham, you will hear, like every one of these guys,

12    is a hard-working man.  He and Narseal Batiste started

13    talking about how they could make more money.

14           Narseal Batiste selling flowers on the side

15    was not working out.  And Patrick Abraham was doing

16    stucco.  And they had an idea.  They had an idea to

17    build a business.

18           "Why don't we get a construction business.

19    Forget about working for other people.  Let's get a

20    construction business and make all the money ourselves.

21    And maybe we could even employ more people."

22           Plan No. 1.

23           Plan No. 2:  Patrick Abraham, Narseal Batiste,

24    had a deep, deep feeling and connection with God.  And

25    that is not a crime in this country yet.  Not yet.  And

Opening Statement by Ms. Jhones                    72

 1    he had a deep connection with God.

 2            Patrick Abraham was going through some

 3    problems -- some marital problems.  He was lonely.

 4            He found a friend in Narseal Batiste.  He

 5    found solace in the Bible teachings that he and Narseal

 6    Batiste would engage in.

 7            And you know what happens, ladies and

 8    gentlemen, when you're down and out and no one wants to

 9    lend a hand and somebody comes around?  You feel

10    empowered.  You feel empowered.  You feel that God has

11    answered your prayers.

12            So there began the union of Narseal and

13    Patrick Abraham.  But the union didn't stop there.

14    Because what happens when you find a connection?  What

15    happens when you find somebody that cares?  What

16    happens when you find somebody that shares in the dream

17    that you have?

18            You want to tell everybody about it.  You want

19    to spread the word and you want to say, "Come on with

20    me.  Come on.  Let's do this.  Let's do it together."

21            And little by little came the other men, who

22    were hungry, unemployed and inspired.  Hungry,

23    unemployed and inspired.  Not a crime yet in this

24    country.  Not yet.

25            So this is what's going on in 2005.

1              At all times, ladies and gentlemen, every time

2    you see Narseal Batiste, he either has a hammer in his

3    hand or his children's hands in another, a family man

4    who works and tries to make a living.

5              You're not going to hear anything about

6    Narseal Batiste going to clubs, Narseal Batiste having

7    weapons, Narseal Batiste beating people up on the

8    streets.  You're not going to hear it.  He was too busy

9    working, reading the Bible and trying to support his

10   family.

11             You won't hear it, ladies and gentlemen.

12   You're not going to hear it.

13             So that's what was going on in 2005 -- in 2004

14   and 2005.

15             But then a confidential informant, who I will

16   call Confidential Informant No. 1, a/k/a "The Thug,"

17   buys an AK-47 in the streets of Liberty -- of North

18   Miami.  They didn't tell you about that.  But don't

19   worry.  Because you know what?  You are the ones with

20   the power.  You are the ones that are going to decide

21   these facts.

22             Confidential Informant No. 1 buys an AK-47.

23   And -- he buys an AK-47, which, of course, is a crime.

24   And he can't find it.  He loses the AK-47.  He loses

25   it.

Opening Statement by Ms. Jhones                     74

1              By the way, you will also hear that

2     Confidential Informant No. 1, the guy I call "The

3     Little Thug," had also -- was also arrested by

4     Immigration and Customs Enforcement.  You're going to

5     hear from his own words.  Another little problem.  He's

6     not a US citizen, by the way.

7              This country doesn't like non-US citizens who

8     buy AK-47s.  It's a problem.

9              So in September of 2005, "The Little Thug,"

10    who has never paid a dime of taxes in the United

11    States, ever, who was given the privilege of lawful

12    permanent residency in the United States and has never

13    ever, ever -- he doesn't even know what a 1040 is.

14    Maybe it's a model brand of a truck.

15             "The Little Thug" has a problem, and that

16    problem is he has lost an AK-47.  And not unlike what

17    the Government just finished telling you, that he

18    thought that Mr. Batiste was preaching violence -- no.

19             "The Little Thug" thinks, "I have a problem.

20    I know these little suckers who are running around the

21    streets of North Miami with a Bible in their hand and

22    need money.  Let me see what I can do with this."

23             So in September of 2005, we don't quite know

24    how it went down, ladies and gentlemen.  Unlike what

25    the Government has told you, we don't know how it quite

Opening Statement by Ms. Jhones                    75

 1    went down.  Because you know what?  He didn't record

 2    these conversations.  We don't know exactly what

 3    happened in September of 2005, because you're not the

 4    going to hear any recordings.

 5            Now, the Government is going to tell you that

 6    the first recording ever, ever, between Mr. Batiste and

 7    "The Little Thug" took place in -- on, I think,

 8    October 29th.  That's not true, ladies and gentlemen.

 9    And you'll hear evidence of that.

10            And so "The Little Thug" meets up with

11    Mr. Batiste not by accident.  Understand that "The

12    Little Thug" was running a scam in a convenience store

13    in North Miami, which was close to the Oak Grove Park.

14    That's how he met Mr. Batiste.

15            And in this little convenience store where he

16    was dealing his marijuana and his -- purchasing his

17    AK-47s -- in this little convenience store in North

18    Miami where he was doing all this community service,

19    Mr. Batiste, Patrick Abraham and these young men from

20    time to time, while they were exercising and jogging --

21    because they would do that.  And I'm going to get to

22    that in a minutes in terms of where the exercising fits

23    in.

24            Every once in a while, Mr. Batiste would go in

25    and talk to this gentleman.  That's how they met.

Opening Statement by Ms. Jhones                              76

1           You will hear from "The Little Thug's" own

2   mouth that he met this gentleman -- he met Mr. Batiste

3   sometime in January-February of 2005.  And from

4   January-February of 2005 until September of 2005,

5   Mr. Batiste never talked any violence with him.  There

6   was no terror talk.  They would just talk.  "The Little

7   Thug" will tell you that.

8           But then, all of a sudden, from night to

9   day -- all of a sudden, in September or October of

10  2005, Narseal Batiste became a violent jihadist.  All

11  of a sudden.

12          Well, unfortunately for the Government, facts

13  get in the way.  Facts get in the way.

14          And here is what happens:  Mr. Batiste decides

15  after having met Mr. Abraham, after starting to get

16  little jobs here and there, construction jobs here and

17  there -- Mr. Batiste decides to try and find a place

18  where he could rent so he could do both his work with

19  the community that he wants to do -- he wants to reach

20  out in Liberty City.  He wants to reach out in a place

21  where there is need.

22          Up until September of 2005, the little bit

23  that he was doing here and there, he was doing it in

24  the park.

25          But then he felt he's going to be able to do

1    this.  They're going to be able to make enough money.

2    "I'm going to go ahead and rent a place."

3           And he goes to Liberty City and he see this

4    warehouse -- and you're going to see a picture of it --

5    a place with no windows, a place that for years has not

6    been rented.  Nobody wanted it.  Until this day, it

7    continues to be -- it is no longer rented since

8    Mr. Batiste was forced to vacate those premises.

9           And Mr. Batiste signs a lease.  You will see

10   it.  The lease was signed in September of 2005.

11          And I may be wrong on the figure, but it

12   was -- I think it was approximately $2,000 a month.

13   It's a little bit ambitious, he will soon find out, to

14   run a place like that when you're just starting off a

15   business.

16          He really didn't have a lot of experience with

17   running his own business.  So he didn't realize it, but

18   really early on he's getting in over his head.  But you

19   know what?  He was driven not by violence, not by

20   greed.  He was driven because he had made a connection,

21   a connection.

22          He wanted to prove to himself -- to his

23   family, to himself and to these guys that they could

24   make it, they could support themselves, they don't have

25   to use anybody's help, they're going to be able to

Opening Statement by Ms. Jhones                    78

 1   support themselves, their families and make a

 2   difference.

 3            So he rents this warehouse.  The bills, of

 4   course, create a little bit of a pressure for him.

 5            What happens in October of 2005, ladies and

 6   gentlemen?  You may remember.  We had not one, but two,

 7   hurricanes.

 8            Hurricane Wilma and Katrina come around.  That

 9   proved to be a great opportunity for these young men,

10   because everybody in the city of Miami and

11   Ft. Lauderdale was looking for people to do work.

12   Everybody needed construction work.  Everybody needed

13   helpers.

14            And guess what?  While other people were going

15   around there looting, stealing, buying AK-47s, these

16   guys were on the phone, "What can we do?"  They opened

17   an account with AT&T so they could -- and they had a

18   merchant account so they could receive credit card

19   payments from prospective -- from prospective clients.

20   They entered into a contract so they could have

21   advertising on the Internet.  Again, proved to be a

22   little bit over their heads.

23            And they said, "We are going to do it, man.

24   We're going to do it.  We're going to do this.  Azteca

25   Corporation is going to do it.  We're going to have

Opening Statement by Ms. Jhones                    79

 1    jobs.  We're no longer going to have worry about people

 2    turning us down for reasons that have nothing to do

 3    with our ability or our motivation.  We're going to do

 4    it, man.  We're going to support ourselves."

 5          Sure enough, you're going to hear from a

 6    gentleman by the name of Mike Sharpe that says, "Oh,

 7    yeah.  Yes, Ms. Jhones."

 8          I mean, he's going to come in here and tell

 9    you these guys went all the way to Ft. Lauderdale.  "I

10    was desperately looking for somebody to pick up a tree

11    that had fallen.  I could not do it on my own.  These

12    guys rented the equipment.  For a week they worked at

13    my house.  They did an incredible job.  I referred them

14    to someone."

15          You're going to hear several witnesses that

16    are going to talk about the work ethic of these young

17    men.

18          And -- I'm going to move forward a little bit.

19          In February of 2006, when the Government

20    decides to wiretap the phone -- the Azteca phone, the

21    business phone, and wiretap a phone that the FBI had

22    given to Narseal Batiste for free -- Narseal Batiste

23    could not resist it.  That was wiretapped -- that was

24    wired as well.  You're going to learn that there are

25    15,000 recorded conversations from February until June

Opening Statement by Ms. Jhones                    80

1    of 2006.

2              Ladies and gentlemen, they're not going to

3    play them all for you.  I hope they do.  I hope they

4    do.  They didn't tell you anything about that in their

5    opening.  But I hope they do play those calls for you.

6              But I'll tell you what.  In the calls that

7    you're going to hear, on 95 percent of the calls, in

8    the background what you hear are hammers, construction

9    equipment, saws.

10             You're going to hear Narseal talking to these

11   guys, talking to his wife, who, by the way, nine times

12   out of ten went with him to the construction sites

13   because she was the one that was keeping the books.

14   She had no idea what she was doing, but it was a joint

15   effort.

16             You're going to hear witnesses tell you that

17   most of time when they saw Narseal or Patrick or

18   Stanley or any one of these guys at the jobsite --

19   whatever Narseal would go, they're going to tell you

20   they came -- "He came with his kids.  He came with his

21   wife."

22             This is a man who wanted to bring down the

23   United States of America.  I guess now they bring their

24   families with them while they're doing it.

25             The work continued.  But Narseal Batiste had

 1    no idea what he was doing.  He was underbidding the

 2    jobs.

 3          He did not -- there were people that wouldn't

 4    pay.  He underestimated what it took to run a company.

 5    Indeed, ladies and gentlemen, you will learn that

 6    Narseal Batiste and his wife had a bank account at Bank

 7    of America.

 8          But guess what?  In 2004, they closed the bank

 9    account -- not Narseal Batiste.  Bank of America -- for

10    insufficient funds.  You'll hear from Bank of America.

11          The guy did not even have a bank account.

12    Unfortunately, Narseal Batiste was dirt poor and had a

13    lot of ambition.  He wanted to prove himself.  He

14    wanted to prove himself.

15          Without a bank account and with an informant

16    breathing down his back, the talk begins.  The talk

17    begins, ladies and gentlemen.

18          You will hear, in September -- not in

19    September -- in October and November and December, up

20    until December 16th -- you will hear "The Little Thug,"

21    as I call him, calling Narseal Batiste on the phone,

22    calling him, hanging up, calling him.  Narseal Batiste

23    won't call him back.  Calling him, calling him, calling

24    him.

25          "Narseal," "Brother Naz, come on.  Answer the

 1   phone.  "Narseal, come on.  Brother Naz, answer the

 2   phone.  I got your 30 grand for you.  The guy's going

 3   to give me the money."

 4          Let me tell you what that's about.  This

 5   "Little Thug" had this convenience store under his

 6   name.  It wasn't his, the evidence will show.  But it

 7   was in his name.

 8          The true owner, according to "The Little

 9   Thug," promised this informant that he was going to

10   give him $30,000 for the business.  It's a little store

11   in North Miami.

12          Well, the gentleman is a gentleman by the name

13   of Faisal.  Faisal doesn't come up with the cash.  "The

14   Little Thug" is mad.  He has an AK-47 that's missing.

15   He doesn't have the money that Faisal told him he was

16   going to give him.  Faisal is throwing him out of the

17   store.

18          And what does he do?  He does what a lot of

19   people do.  He talks to Narseal Batiste and says,

20   "Could you help me with Faisal, man?  Could you help

21   me?  Could you help me here see if I can get this money

22   back?"

23          Narseal says, "Sure."

24          And you're going to hear the conversations,

25   ladies and gentlemen, that are recorded with the little

Opening Statement by Ms. Jhones                    83

1    wiretap.  These are not wiretapped conversations.

2    These are body wires.  We don't know where these body

3    wires are located.  It's like top secret.

4         But what we do know is that "The Little Thug"

5    was selectively, selectively, recording conversations.

6    And you're going to hear, when he calls Mr. Batiste,

7    when, finally, Narseal returns the phone call, on

8    several occasions, Narseal says to him, "Did you see

9    Faisal?  Did you get your $2,000 from Faisal?  Are you

10   going to get the money from Faisal?"

11        Narseal Batiste doesn't say, "Oh, by the way,

12   where is Osama bin Laden?  Oh, Jeff Fort, where is he?

13   Where's my main man?  Oh, by the way, where are my

14   explosives?  Oh, by" -- no.

15        "Where is the $2,000 Faisal was going to give

16   you?  Where is that $30,000?"

17        "Anything you can do, man.  Anything you can

18   do to help me.  Anything you can do, man.  We have so

19   much work.  We can't pay the bills.  Anything you can

20   do."

21        You're going to hear it.  They didn't tell you

22   about that.

23        Let me tell you why they didn't tell you about

24   that.  Because this case is a 100 percent setup.  This

25   is a manufactured crime.  This is not like what they're

1    telling you, that Mr. Batiste was out there, a violent

2    jihadist wanting to harm the United States.  No.

3          What this is about is a man who was trying to

4    do the right thing and got caught in a web of deceit

5    and arrogance, because he's no little angel over

6    there -- and I'm going to talk to you about that,

7    also -- and "The Little Thug" wrapped him and got him

8    where he wanted him.

9          But that wasn't enough.  Because, ladies and

10   gentlemen, if you think "The Little Thug" is a bad

11   dude, just wait till you meet the second guy, "The

12   Muscle."  Oh, my God.  You are in for a treat.

13          "The Little Thug" -- who, by the way, never

14   found the AK-47.  Who knows how many innocent lives

15   were killed at the hands of that AK-47 that these

16   people let that thug --

17          MS. ARANGO:  Objection, Judge.  Improper

18   argument.

19          THE COURT:  Sustained.

20          MS. ARANGO:  And move to strike, Judge.

21          MS. JHONES:  You will hear the evidence on the

22   AK -- I'm sorry.

23          THE COURT:  The motion to strike is granted.

24          The jury is instructed to disregard the last

25   statement.

1          MS. JHONES:  Thank you, your Honor.

2          You will hear the evidence about the AK-47 for

3     yourselves.

4          Unlike what the Government just told you for

5     an hour and 15 minutes, that Narseal Batiste wanted

6     lists and Narseal Batiste wrote up these lists, you

7     will hear yourself, ladies and gentlemen, that "The

8     Little Thug" tells Narseal Batiste as early as

9     November 21st of 2005, "Give me the list, Mr. Batiste.

10    You have to get a list.  You have to be organized.  You

11    have to do this.  You have to do that.  You want your

12    money, this is what you have to do."

13         December 14th, again, "Narseal, what about

14    that list?"

15         That didn't come from his mind.  That wasn't

16    his idea.  That was part of the setup.  Narseal Batiste

17    doesn't produce a list in November.  Narseal Batiste

18    doesn't produce a list on December 14th.  Narseal

19    Batiste doesn't produce a list until "The Muscle,"

20    Informant No. 2, comes into play.

21         Informant No. 2 you will meet, on

22    December 16th of 2005 -- you will hear, ladies and

23    gentlemen, that from October to December 16th, despite

24    efforts by the FBI and "The Little Thug" to get Narseal

25    Batiste to meet with this guy, Narseal Batiste was

 1    hesitant.

 2             This gentleman arrives into -- he says he

 3    arrives.  He really didn't -- Miami International

 4    Airport on December 16th.  And on December 14th --

 5    December 16th, earlier on in the day, you're going to

 6    hear "The Little Thug" calling Narseal saying, "Brother

 7    Naz, man, he's coming.  You have to go.  Come on, man.

 8    You have to go.  Go to the airport.  Go pick him up,

 9    man.  Go, go, go."

10             Now, ladies and gentlemen, when somebody wants

11    to do harm to the United States -- I think all will

12    agree that people that want to do harm are driven.

13    They're driven.  They're going to jump at the chance.

14             Narseal Batiste was turning the other way.

15             You will see the recording on 12-16.  They're

16    not going to play the entire thing for you.  Maybe they

17    will.  I hope they do.  If they don't, hopefully,

18    you'll get an opportunity to see the whole recording.

19             You will determine, ladies and gentlemen, who

20    is in charge in that recording on December 16th of

21    2005.  I'll tell you right now, it's not Narseal

22    Batiste.  It's "The Muscle."

23             One informant was not enough for these people.

24    They needed to bring two.

25             Unlike what the Government told you, that

Opening Statement by Ms. Jhones                    87

1  after they heard Narseal Batiste say all these things,

2  that's when they brought in this gentleman, that's not

3  true, ladies and gentlemen.  That is absolutely false.

4        You will hear as early as November 7th of 2005

5  that the FBI already had a plan to introduce a second

6  informant into the sting operation.  They didn't tell

7  you about that.

8        And the reason they didn't tell you is because

9  this is a setup.  This is two informants with the

10  assistance of the FBI taking advantage of people who

11  had a dream, people that dared -- dared to hope.

12        Narseal Batiste meets "The Muscle."  You're

13  going to hear this man pound on the counter of that

14  hotel room as he's eating his little French fries paid

15  for by the US Government, by the way.

16        And you're going to hear him say, "I don't

17  want to hear about Jeff Fort.  I don't want to hear

18  about any of that stuff.  I want to hear about jihad.

19  What are you going to do?  What are you going to do?

20  What are you going to do?"

21        And Narseal Batiste -- you're going to see

22  him.  The guy looks like a clam.  This is the violent

23  guy, the jihadist.  You're going to see who's in charge

24  in that call -- in that meeting.

25        And the guy says, "Write it down.  Write it

Opening Statement by Ms. Jhones                    88

 1    down.  Write down that list.  Write it down."

 2            The guy was so out of control that Anthony

 3    Velazquez had to call him and interrupt him.  Of

 4    course, Narseal Batiste, the experienced criminal,

 5    didn't realize it.  Anybody would have known that he

 6    was being set up.  But Narseal Batiste was, like,

 7    clueless.

 8            The FBI calls this informant two times during

 9    that meeting to say, "Calm down, man.  Take it light.

10    Take it light."  They didn't tell you about that.

11            The message in this case says, "You dare to

12    dream and, boy, you're in trouble."

13            Narseal writes down the list.  The list is

14    torn up by "The Muscle Man."  It's torn up.  The second

15    list -- we're never going to see what happened with the

16    torn-up list, by the way.

17            The second list is produced.  That's on

18    December 16th, 2005.  Then, after December 15th -- 16th

19    of 2005, guess what happens?  Narseal Batiste

20    realizes -- he goes right back to "The Little Thug" and

21    says, "What's going on here?  This is not what I

22    expected.

23            The guy says, "Don't worry about it.  Don't

24    worry about it.  Don't worry about it."  You're going

25    to hear the calls.

1          Then "The Little Thug" convinces Narseal,

2     "Come on, man.  Just keep it going.  Keep it going.

3     You'll see.  You're going to get your money.  Keep it

4     going.  You're going to be able to do this thing with

5     Azteca.  You're going to be able to feed your children.

6     You're going to be able to serve the community."

7          The real mission?  "Just keep it going, man.

8     Keep it going."

9          Narseal Batiste still hesitates.  You're going

10    to see how many times this guy called him and Narseal

11    Batiste is dragging his feet.

12         And then, on December 22nd, after "The Thug"

13    worked on Narseal Batiste yet again, Narseal agrees to

14    meet with "The Muscle" again.

15         This time, the meeting takes place at the

16    warehouse that Narseal's rented in Liberty City.

17    Inside the warehouse, you know, the one that they say

18    it's too dangerous to go to that place and record all

19    that stuff, they have to get them another one.  That

20    one?  There were recorded conversations on

21    December 22nd, almost three hours' worth.

22         Narseal, the violent jihadist, starts walking

23    around and starts -- you're going to hear it -- starts

24    telling "The Muscle," "Look what we're doing in here.

25    We're going to get carpeting and we have electrical

Opening Statement by Ms. Jhones                    90

1    work.  Man, we've been working really hard on this

2    place.  Look at the plaster."

3            The violent jihadist is talking to this

4    informant about the way he's remodeling his Embassy.

5            And guess what happens in that December 22nd

6    meeting, ladies and gentlemen?  Narseal Batiste hasn't

7    produced what these informants want.

8            So "The Muscle" says, "Did you get the other

9    list for me?"

10           Because the first list they weren't happy

11   with.  They wanted something that looked even worse,

12   you know, something that looked better, something that

13   looked more dangerous.  You know?

14           This is a sting operation.  You know?  You

15   have to make some guy do what you have to do on a sting

16   operation.  "One little list that mentions some pistols

17   and guns is not enough.  We wanted more."

18           You're going to hear "The Muscle" say to

19   Narseal Batiste, "Where is the list?  I told you -- I

20   told you I wanted the list.  Where is it?"

21           Again, who's in control, ladies and gentlemen?

22   Who's in control?

23           December 29th, another meeting.  This was in a

24   car at Bayside.  You know, the recording device didn't

25   work that day.  It just broke.  The recording device

Opening Statement by Ms. Jhones                    91

 1    didn't work.

 2            And I'm not going to bother getting into the

 3    details of what happened, because you're going to hear

 4    it all.  But trust me.  Keep your eye on the ball here.

 5    The recording didn't work.

 6            And in this meeting you're going to hear "The

 7    Little Muscle" -- well, actually, he's not "The Little

 8    Muscle" -- "The Big Muscle" tell you about Narseal

 9    Batiste telling him that, if he could put buildings up,

10    he could bring buildings down.

11            And in that meeting, Narseal Batiste is --

12    that's where he asks for $50,000 and he asks for SUVs.

13    He even designated the color of the SUVs that he

14    wanted.  That's on December 22nd.

15            And, ladies and gentlemen, meetings such as

16    this continue throughout the course of this sting

17    operation.  Talk after talk after talk.

18            One of the interesting things that you're

19    going to observe is that at no time when Narseal

20    Batiste -- because Narseal says outrageous things,

21    ladies and gentlemen.  And I could not stand before you

22    with a straight face and tell you that he didn't.

23            Narseal Batiste said the most outrageous

24    things.  But guess what?  He only said it to the

25    informant.  That's all.  He talked the talk and he

Opening Statement by Ms. Jhones                    92

 1   walked the walk.

 2          Of 15,000 recorded conversations, the

 3   Government will not be able to bring in one, not one,

 4   recorded conversation, wiretaps directly from

 5   BellSouth, not calls that are manipulated by

 6   informants, wiretaps directly from our telephone

 7   company, two phones, 15,000 conversations -- you will

 8   not be able to hear Narseal Batiste talk about his

 9   violent -- his desire for violence, his desire to

10   overthrow the United States of America, his desire to

11   bring down Sears Tower, his desire to bring down FBI

12   buildings, his desire to help the jihadists overthrow

13   the United States Government.

14          You're not going to hear it because it does

15   not exist, because Narseal Batiste did not have that

16   intent.  He did not have that intent.  You won't hear

17   it.  It doesn't exist.

18          Let me tell you what you will hear.  They're

19   not going to play them all for you.  It doesn't fit the

20   profile here.  It doesn't fit.

21          You're going to hear Narseal talk about all

22   the jobs.  You're going to hear Narseal talk about the

23   money that he owes to people.  You're going to hear

24   Narseal talk about the real, real mission.

25          The other thing you're going to hear about is

Opening Statement by Ms. Jhones                    93

1    going to be approximately three, maybe four,

2    conversations with a gentleman by the name of Sultan

3    Kahn-Bey, who is a gentleman who has not been charged

4    in this case and who is a gentleman that is a

5    jive-talker.

6            He never talked violence with this gentleman.

7    He talked a lot of garbage.  No violence.  No overthrow

8    of buildings.  No explosives.  No guns.  None of that.

9    You're not going to hear it.

10           You're going to hear the terrible, terrible

11   stuff when Narseal Batiste is talking the talk and

12   walking the walk with informants.

13           And, by the way, during the course of him

14   talking to these informants, let me tell you what the

15   informants try to get Narseal to do and Narseal said,

16   "No way, Baby Cakes.  It ain't gonna happen."

17           This so-called investigation that started as

18   early as October of 2005 -- "The Muscle" really,

19   really, really, really wanted Narseal Batiste -- I

20   think I -- no.  It's okay -- he really wanted Narseal

21   Batiste to get weapons.  He really wanted Narseal

22   Batiste to get explosives.  You know, the tools of

23   terrorists?  You know, explosives, guns?

24           Narseal Batiste said, "No.  Huh-uh."

25           He wrote out a list when this guy was pressing

Opening Statement by Ms. Jhones                    94

1    him.  He wrote out a list for guns.

2          When this guy said, "I want a list.  I want

3    guns," Narseal Batiste went to a 7-Eleven and got one

4    of those magazines and wrote out the names of the guns

5    from a 7-Eleven magazine.

6          When Narseal thought this guy was actually

7    going to deliver him guns -- you will hear about it --

8    January 11th -- Narseal -- January 11th, January 28th,

9    throughout the course of January, February, March,

10   April, May, every time these people wanted to give him

11   guns, he said, "No.  No guns.  We have our own guns.

12   No guns.  I don't want them.  No."

13         Guess what happened?  When the FBI, through

14   "The Muscle," wanted to give Narseal Batiste

15   explosives -- tools of terrorists, right? -- tools that

16   belonged to violent people, Narseal Batiste said, "No.

17   No explosives."

18         Well, the informants -- "The Muscle" says,

19   "Well, I have this explosives guy from London.  He

20   really knows how to bring down buildings.  I'm going to

21   bring him down so you can meet him."

22         "No.  I don't want him.  No.  I have my own

23   explosives guy.  My brother does explosives.  No.  I

24   don't want him."

25         But they had to make a case.  They had to make

Opening Statement by Ms. Jhones                    95

 1   a case.  You can't make a terrorism case without

 2   weapons.  You can't make a terrorism case without

 3   explosives.

 4         So they kept on insisting and insisting.  And

 5   you're going to hear January, "No."  February, "No."

 6   March, "No."  April, the informant is desperate.

 7   Narseal Batiste won't meet with the explosives guy.  He

 8   won't do it.

 9         The guy says, "Come on, please.  Just come.

10   Just come."  You're going to hear that pathetic call.

11   "All you need to do is say 'hi,' 'bye-bye.'"  I am not

12   kidding you.  You're going to hear it.

13         Narseal Batiste says, "No."

14         The sting didn't happen the way the Government

15   wanted it to happen.  They're going to come up with a

16   bunch of excuses, ladies and gentlemen.  They're going

17   to say it didn't happen for A, it didn't happen for B,

18   it didn't happen for C, a bunch of excuses.

19         But the bottom line is they can't prove it

20   because he did not have the intent.  These young men

21   are six black men that were trying to make a living.

22   They had hope.

23         And this man was keeping the hope alive,

24   keeping the hope alive, because little by little,

25   ladies and gentlemen -- and you're going to see this

1    muscle -- the guy is dragging him in and dragging him

2    in.  "Come on, Narseal.  Come on.  Come on.  I'm going

3    to give you a little money.  Come on.  A little bit.

4    Just a little more."

5            April, he gives him a thousand bucks.  Narseal

6    Batiste thought he won the Lotto.  Maybe for you and I,

7    a thousand dollars isn't a lot of money.  That was a

8    fortune for this man.

9            And then, on April 5th, they give him $3,500.

10   Narseal Batiste almost went nuts.  "Come on, Narseal.

11   Come on.  Just a little bit further.  Come on.  Meet

12   with the explosives guy.  I'll give you some money.

13   Come on.  Come on.  Come on."

14           Even in the face of money, he said, "No.  I'm

15   not meeting with any explosives guy.  I'm not getting

16   any guns.  I'm not doing it."

17           I want to talk to you about March 16th.  On

18   March 16th, Narseal Batiste goes to this warehouse that

19   the Government has wired.  There's cameras,

20   microphones, in addition to the microphones that are

21   being carried by "The Muscle."

22           And Narseal Batiste is going to think -- the

23   evidence is going to show Narseal Batiste thinks, by

24   this time, after for months money has been promised to

25   him -- Narseal Batiste thinks that he's going to go and

Opening Statement by Ms. Jhones                    97

1    pick up his 50 grand in this warehouse on March 16th.

2             Well, no 50 grand, ladies and gentlemen.  What

3    they gave Narseal Batiste, unbeknownst to him, was a

4    videocamera.  And I think I have to stop for a moment

5    and set up the scene for you a little bit better.

6             You guys are going to hear it all for

7    yourselves, but I want you to remember this:  When

8    Narseal Batiste starts talking the talk and walking the

9    walk and talking about the Sears Tower that he's going

10   to bring down and -- which happens, by the way, on

11   December 22nd in that meeting in the warehouse --

12   Narseal Batiste doesn't talk about blowing up any FBI

13   buildings.  Narseal Batiste doesn't talk about blowing

14   up any Miami offices or courthouses or anything like

15   that.  He doesn't talk about that.

16            Narseal Batiste is making it up as he goes

17   along and, because he's from Chicago, oh, the Chicago

18   Sears Tower occurred to him.  "We're going to blow up

19   the Chicago Sears Tower."

20            But because -- by March of 2006, these

21   informants had been recording him and recording him and

22   recording him.  And guess what?  Nothing happens.

23   Nothing happens.

24            A lot of work.  A lot of Bible.  A lot of

25   family.  A lot of hope.  A lot of effort.  But no

1    terrorism.  No violence.

2              You're going to hear witnesses that are going

3    to come here and tell you what they were doing.

4    Nothing to do with violence, ladies and gentlemen.

5    Everything to do with hope.

6              And by March of 2006, these FBI informants

7    have not produced.  They haven't produced.

8              By the way, I don't know what the tab is up to

9    now.  But last time I checked, "The Little Thug" was up

10   to 40 grand, tax-free, from the FBI.  40 grand.  I'm

11   sure it's a lot more now, last time I checked.

12   "Muscle" -- "The Muscle" was up to over 100 grand,

13   US taxpayer dollars, tax-free.

14             They had an incentive to make a case, ladies

15   and gentlemen.  They had an incentive to make a case.

16   They didn't tell you about that.

17             The United States Department of Justice, the

18   most powerful investigative agency in the world, the

19   people that have the power, the people that make cases,

20   the people that accuse people -- why can't they tell

21   you about that?

22             If this is a search for the truth, how -- many

23   of you, I'm sure, have been to the courthouse -- state

24   courthouses around here in Miami, the seals that are

25   above that say, "We who labor here seek the truth."

Opening Statement by Ms. Jhones                    99

1          If what we're here to do is get at the truth,

2    why can't they tell you that they paid these guys to

3    set these six black men up?  Why can't they just bring

4    it out and tell you, "Well, we paid them, but we paid

5    them because of this"?

6          They're the most powerful agency in the world.

7    Unlimited resources brought to bear against six black

8    men who dared to dream and dared to hope.

9          I'll show you I can stop that.  I'll show you

10   I can put an end to that.

11         But you know what?  In this beautiful building

12   where justice is done, the power shifts from them to

13   you.  That is the true meaning of our country, ladies

14   and gentlemen.

15         March 16th, the informants haven't produced.

16   The money keeps on coming to them, by the way.  They

17   keep on paying them.  But they haven't produced.

18         Narseal Batiste is such a fool that he goes

19   there with the brothers, thinking the money's coming.

20   And guess what happens?  The money doesn't come.

21         Before "The Muscle" tells him about this

22   terrible plan of blowing up FBI buildings, before any

23   of that happens, what happens?  He tells him -- the

24   informant tells him to take an oath to Al-Qaeda.

25         These guys didn't know that was coming, ladies

Opening Statement by Ms. Jhones                100

1   and gentlemen, just like Narseal didn't know that, on

2   March 10th, five days before that, an oath was coming

3   for him, too.

4           Taking an oath to Al-Qaeda is not a crime.

5   Taking an oath to Al-Qaeda is not a crime.  Taking an

6   oath to Al-Qaeda is not a crime.

7           MS. ARANGO:  Objection, Judge.  That is an

8   improper statement of the law.

9           MS. JHONES:  That is exactly a proper

10  statement of the law.

11          MS. ARANGO:  And, Judge, the Government would

12  move to strike that statement as an improper argument.

13          THE COURT:  I'm going to sustain it.

14          Move on, please.

15          MS. JHONES:  Narseal Batiste is tricked into

16  taking an oath to Al-Qaeda.  I call it the drive-by

17  oath, ladies and gentlemen.  He's in a car and the

18  informant administers an oath.

19          Because Narseal Batiste hasn't delivered,

20  hasn't delivered, hasn't blown up any towers, hasn't

21  gotten any guns, hasn't gotten any explosives, the

22  FBI's getting impatient.  They're getting impatient.

23          So it is the informant, the informant, who

24  comes up with the idea of the FBI buildings.  And

25  unlike what the Government just told you, that

Opening Statement by Ms. Jhones                    101

1    Mr. Batiste said, "Great.  Wonderful.  No problem" --

2    unlike what -- that statement that they gave to you,

3    the Department of Justice -- a representative of the

4    Department of Justice, you're going to see the

5    transcript.

6         What Narseal says is, "That is going to be

7    difficult."  Narseal Batiste doesn't want to look like

8    a fool in front of his brothers.  And he says, "That is

9    going to be difficult."

10        And guess what happens after that, ladies and

11   gentlemen?  I've lost count.  But for approximately an

12   hour, Narseal Batiste starts arguing with this

13   informant about, "You told me you were going to give me

14   money.  You haven't given me money.  Where is my money?

15   You haven't done it.  Why didn't do you this?  Why

16   don't do you that?"

17        He didn't say, "Oh, I can't wait.  I can't

18   wait to blow up those buildings, to take those

19   pictures.  I can't wait.  I can't wait."

20        No.  "Where is my money?  Where is my money?

21   Where is my money?  Where is my money?"

22        And the informant got so desperate -- you're

23   going to see it -- he got so desperate and so afraid

24   that Narseal Batiste was going to say, "No.  I'm not

25   going to take the pictures," the guy started to cry.  I

Opening Statement by Ms. Jhones                    102

 1    kid you not.  The guy started to cry.

 2              You will not be able to appreciate by my words

 3    the level of manipulation visited upon Narseal by this

 4    man who I call "The Muscle."  You will not be able to

 5    appreciate it until you see him take that stand and you

 6    see that man.

 7              You will not be able to appreciate it until

 8    you hear that man's desperation to make a case so his

 9    100 grand-plus keeps on coming, while these guys in the

10    background of those telephone conversations and you

11    hear the hammer and the saws and the machines are

12    trying to make a living.

13              The Government used the words "the germ of an

14    idea."

15              You know what, ladies and gentlemen?  We have

16    all been really affected by 9/11 in this country.  We

17    have.  It was a terrible time.  But our country is not

18    going to succumb to fear.

19              The germ of the idea that Narseal Batiste had,

20    the intent that Narseal Batiste had, was to make a

21    living to perpetuate his dream, to be able to provide

22    for his family, his wife, his children, the brothers

23    and more brothers.

24              He's not ashamed of having recruited these

25    people.  He would recruit more, because people in

Opening Statement by Ms. Jhones                    103

 1   Liberty City don't have jobs.  People can't have --

 2   can't get jobs.  That was his true dream, his true

 3   calling, ladies and gentlemen.

 4          But, by the way, if you dare to have a thought

 5   that is outside of the norm -- the Government has

 6   mischaracterized what the Moorish Science Temple is,

 7   ladies and gentlemen.

 8          There's a lot of ground to cover here.  It's

 9   all going to come out.  You're going to be able to see

10   it.  The Moorish Science Temple is not a violent

11   organization.

12          By the way, Narseal Batiste was not trying to

13   create a Moorish Science Temple sect.  Narseal Batiste

14   was trying to merge tenets of the Moorish Science

15   Temple, a totally legitimate organization, with another

16   organization called the Universal Divine Saviors.

17   You're going to see evidence of that.

18          Narseal Batiste, having had the experience and

19   the upbringing that he had in the United States of

20   America, where you are free to believe whatever you

21   choose to believe because that is our privilege and our

22   right -- he wanted to blend Christianity, Judaism and

23   other religions.  That's what he wanted to do.  That's

24   not a crime.

25          But little by little, little by little, with

Opening Statement by Ms. Jhones                    104

1    the manipulation -- "Come on, Narseal.  Come on.  Just

2    a little bit more.  Come on.  Talk some more.  Come on.

3    A little bit more."

4         Little by little, he loses his way.  He

5    doesn't realize, because he -- not loses his way

6    because he wants to do this crime.  No.  He loses his

7    way because he didn't put a stop to it, because he was

8    already underneath the complete control of "The

9    Muscle."

10        You don't fabricate crime.  You don't bring

11   charges to people when you have manufactured the

12   charges.  That is not what the Department of Justice

13   does.  The evidence will show that that's what was done

14   here.

15        THE COURT:  You have five minutes.

16        MS. JHONES:  Thank you, your Honor.

17        You cannot buy your way into a conviction.

18   You don't pay informants who are despicable -- and you

19   will hear about their backgrounds.  You don't pay these

20   people hundreds of thousands of dollars, allow them not

21   to pay taxes on this money, to set up people who have a

22   dream.

23        We encourage people to dream.  We encourage

24   people to support themselves.  We encourage people to

25   do the right thing.

Opening Statement by Ms. Jhones                    105

1           I am not going to make any excuses for the

2    words and the stuff that Narseal said to those

3    informants, ladies and gentlemen.  It is awful.  But

4    you're going to be able to observe it for yourself.

5           On February 19th, when he's talking to the

6    informant about 9/11 and he's singing, he's doing that

7    while he's watching an NBA game, the All Star Game on

8    the TV the informant has.  Narseal Batiste is, like,

9    "9/11, uh-huh."  And he's looking at the star game.

10          He's not proud of that, ladies and gentlemen.

11          But you are here to decide intent.  You are

12   here to decide whether or not Narseal Batiste had the

13   intent to commit these offenses, agreed.  Because

14   that's what he's charged with, agreeing.  He's not

15   charged with doing anything.  He's charged with

16   agreeing to do something.  That he really meant it?

17   That he really meant it?

18          The evidence in this case will unequivocally

19   show that you can't pay people to set people up.  You

20   want to find out the true intent of a person?  You

21   don't pay somebody to do that.

22          Narseal Batiste, indeed, all of those

23   brothers, are innocent, completely, 100 percent

24   innocent.

25          The only true verdict to return in this case,

Opening Statement by Mr. Vereen                    106

```
 1    ladies and gentlemen, is a verdict of not guilty on all

 2    four counts.

 3            Thank you.

 4            THE COURT:  Mr. Vereen.

 5            MR. VEREEN:  Thank you, your Honor.

 6            May it please the Court, counsel for the

 7    Government, co-counsel and gentlemen.

 8            Ladies and gentlemen, good morning.

 9            THE JURY:  Good morning.

10            MR. VEREEN:  Let's do that again.

11            Good morning.

12            THE JURY:  Good morning.

13            MR. VEREEN:  By way of introduction, my name

14    is Roderick Vereen.  I represent Stanley Phanor.

15            Mr. Phanor is the gentleman -- stand up,

16    Stanley.

17            He's the gentleman that is standing before you

18    right now.

19            You can have a seat, Stanley.

20            I'll try not to get as animated as some folks

21    in here today.

22            But I want to be very succinct with regards to

23    what I tell you, because what the lawyers say, as the

24    Court has already explained to you, is not evidence.

25    It's simply a blueprint of what we expect the evidence
```

 1     to show.

 2              Having said that, I think that, as a juror,

 3     one of the things you're going to do is reflect back on

 4     what the lawyers told you at the beginning of the case.

 5     Some people have opinions about lawyers, specifically,

 6     defense lawyers, and that we will try to spin a story

 7     on you and convince you of what really doesn't exist.

 8              And so during my opening statement, I'm going

 9     to allude and direct your attention to what I know will

10     be the evidence in this case.

11              On June the 23rd of 2006, Stanley Phanor was

12     arrested by agents of the Federal Bureau of

13     Investigation, commonly referred to as the FBI.

14              And he, along with these other gentlemen that

15     sit before you, were charged with four acts of what the

16     Government considers be to be acts of terrorism.

17              They're accused of four inchoate offenses

18     called conspiracies.

19              And as the Government alluded to in their

20     opening statement, the bottom of the placard, they gave

21     you a summary of the definition of what a conspiracy

22     is.

23              A conspiracy doesn't require any act to be

24     committed.  It is the intent that is being charged,

25     that you had the -- in essence, the illegal intent and

```
 1    that you've agreed with somebody else to commit certain

 2    violations of the law.

 3          The Government has not charged any of these

 4    Defendants with having committed any of those

 5    conspiracies.

 6          You heard the Government say, "Well, they took

 7    the oath and the oath is material support."

 8          Well, they have not charged these Defendants

 9    with the act of taking an oath.  You heard the

10    Government say they took photographs and videos and

11    that is providing material support.

12          Again, the Government has not charged these

13    Defendants with having supplied material support to

14    whom they believe was Al-Qaeda by the taking of videos

15    and by the taking of photographs of common buildings.

16          You will see that these -- these photographs

17    and the video that was taken is something you can walk

18    outside right now with your camera phone and do the

19    exact same thing and that would not be a violation of

20    the law.

21          Now, Mr. Phanor has pled not guilty to these

22    offenses and he has subjected himself to the

23    jurisdiction of the courts of the United States in

24    order to have his day in court.

25          A jury of his peers has been selected.  Ladies
```

Opening Statement by Mr. Vereen                    109

 1    and gentlemen, you are that jury.  And as my

 2    co-counsel, Ms. Jhones, has said to you already, it is

 3    not the Government that has the power in this

 4    courtroom.  It is you.  Because it will be you at the

 5    end of this trial that will decide the verdicts of not

 6    only Mr. Phanor, but with regard to the rest of the

 7    Defendants as they sit here today.

 8            As the Judge has already told you, this is a

 9    case that involves six separate trials.  You

10    collectively, as one jury, have to decide six separate

11    trials.

12            So when you're sitting there and you're taking

13    your notes with regard to what's being said, you have

14    to divide that six different ways.  Sometimes there

15    will be common information with regard to all of these

16    gentlemen who are sitting in this courtroom.

17            And that is how you decide a rational verdict

18    in this case.

19            Now, in order to understand why it is that

20    Stanley Phanor is sitting in this courtroom today, I

21    have to walk you through a trail of events.

22            Stanley Phanor's association with these

23    gentlemen did not begin in 2005.  In fact, it was in

24    the summer of 2003.

25            Stanley Phanor was working at a construction

 1    site.  And while at that construction site, he was

 2    taking a break.  And Stanley Phanor is an avid reader.

 3    He spends a lot of time reading.

 4          Some people refer to him as reclusive, more of

 5    an introvert.  But that's what he does.  He reads a

 6    lot.  He reads a lot about different countries.  He

 7    reads a lot about different religions.

 8          His education only went up to high school, but

 9    he didn't let that stop him from gaining knowledge

10    other ways.

11          So he's taking a break and reading about

12    Egypt, when he's approached by Patrick Abraham, the

13    gentleman that's seated right here, who's also working

14    at this site.

15          Now, they didn't know each other at this time.

16    And he's approached by Mr. Abraham and he notices what

17    he's reading.

18          "Hey" -- he inquires of Stanley, "What is this

19    you're reading?"

20          Stanley begins to tell him, "Well, I'm just

21    reading up, you know, about Egypt, you know, countries

22    I haven't been to, you know, that I only read about."

23          And he proceeds to do that.

24          And Abraham inquires as to, you know, "What

25    else do you read about?"

 1          He says, "Countries, religions."

 2          He says, "Well, you know, we represent a --

 3    Narseal and a couple of other guys" -- I mean, not --

 4    guys that are not seated here today -- but he says, "We

 5    get together, you know, and we discuss things like

 6    religion as well, you know.  We talk about common aims,

 7    interests, goals.  We talk about what we can do for our

 8    communities.  We talk about the plight of the black

 9    family and why it is in such a crisis, the lack of the

10    fathers in the homes, you know."

11          And they talk about these things.  And Stanley

12    really hasn't taken an interest into it yet.

13          He says, "Well, you know, why don't we just

14    exchange information and the next time we have a

15    meeting I'll invite you to it.  You check us out.  If

16    you like what we're talking about, you know, feel free

17    to become -- you know, come around when we have our

18    meetings.  We meet up at parks.  We do martial arts.

19    We try keep ourselves in shape."

20          Look at them.  All of -- they're all

21    good-looking gentlemen who are in shape.  That's one of

22    the things they stress.

23          And he -- Patrick doesn't go in depth to him

24    as to, you know, everything that they talk about and

25    the community events they try to do for the kids and

1    for other individuals in the neighborhood.

2            But he invites him out.  So Stanley's

3    impressed.

4            He says, "I'll tell you what.  Next time you

5    have a meeting, invite me, and I'll be more than happy

6    to come on out."

7            So, finally, he gets a chance to meet with

8    Narseal.

9            And Stanley's from the -- when I say he's from

10   the hood, the street.  He was young at that time.  This

11   is 2003.  Now it's 2009.  So we're talking about six

12   years ago.

13           Stanley still had the lingo of these young

14   kids today in the hood, you know.  And they have a

15   phrase when they meet somebody.  You know, now it's,

16   "What up, dawg?"  Back then, it was, "What's up, kid?"

17           So when he's introduced to Narseal, Narseal

18   introduces himself, "Hi.  I'm Narseal."

19           He says, "Yeah.  What up, kid?"

20           Narseal is like, "Hold up man.  Wait.  Wait.

21   We respect each other.  We are men.  We don't refer to

22   each other as 'kid,' the 'N word.'  We call each other

23   by their names.  Oh, we say" -- they commonly refer to

24   each other as "Mo," M-o.

25           You will find out that "Mo" is what they call

Opening Statement by Mr. Vereen                113

1    each other who practice the Moorish Science Temple

2    religion, if you will.  They call each other "Mos."

3            Now, you will find out that there's a

4    process -- you know, there's a difference between

5    attending a church and being a member of a church.  You

6    can go to a church and not be a member.

7            But to become a member, you have to accept the

8    hand of fellowship.  They may require that you go to

9    classes to understand what the church is all about.

10   The only one that had even gone through that process

11   was Narseal Batiste.  The rest of these gentlemen had

12   not.

13           Even though they were calling each other Mos,

14   they had just adopted that because these are some of

15   the things that Narseal had taught them, because as

16   Ms. Jhones has already said, Narseal was up in Chicago

17   before he came down to Miami.

18           In Chicago -- Chicago was almost like the

19   black Mecca at that time, back in the '60s.  You had

20   all kinds of organizations.  You had Operation Push.

21   That was headed by Jesse Jackson.  You had the Black

22   Panther Party, the Nation of Islam with Lewis

23   Farrakhan.  And we'll get into that later on.

24           So you had all these different organizations.

25   All of these organizations, even the Moorish Science

Opening Statement by Mr. Vereen                    114

1    Temple, which also was headquartered in Chicago -- they

2    all talked about the betterment of their communities.

3           Some had ways of doing it one way.  Other

4    organizations had ways of doing it other ways.  Martin

5    Luther King:  Nonviolence.  Malcolm X:  By any means

6    necessary.

7           So Narseal knew of all the stories, especially

8    when he started learning more about the Moorish Science

9    Temple.  They talked about those that were doing things

10   the right way.  They talked about those that did things

11   the wrong way.  And the Government made reference to

12   this gentleman that they referred to as Jeff Fort.

13          Jeff Fort was the leader of the Black --

14   excuse me -- the Blackstone Rangers.  The Blackstone

15   Rangers started in 1968.  Narseal was not even born

16   until 1974.  He wasn't even born until 1974.

17          Now, why is that important?  Well, you're

18   going to find out later on when you start getting into

19   the evidence, Narseal meets with Confidential Informant

20   No. 2 when he makes reference to that.  But I don't

21   want to get ahead of myself.  Let me just bring it

22   back.

23          When Stanley meets with Narseal and they're

24   talking about the plight of the black neighborhoods --

25   you go on one street, you've got alcohol being sold

Opening Statement by Mr. Vereen                    115

 1    from the stores -- you know, just look how they're

 2    built.  Gas stations, liquor stores, strip clubs, strip

 3    clubs, strip clubs, guys on this corner selling drugs,

 4    guys on that corner selling drugs, women over here

 5    selling whatever.

 6              So he gets them to see this.  "Walk with me.

 7    Let me show you how our neighborhoods are built and

 8    designed and then go look at the other neighborhoods.

 9    You won't see that.  Because we tolerate it, and we

10    shouldn't."  He says, "Just come with me."

11              Narseal would wear this garb.  And I call it

12    religious garb because it's like a robe.  And he'll

13    sometimes wear this cool coffey hat.  Sometimes he

14    wears what he calls his little turban.  And he'll put a

15    stick in his hand like a staff, you know, looking like

16    some Biblical character.

17              But he says, "Just watch how people respond to

18    this."  He tells the guys, "I'm going to walk down the

19    middle of the street," off of 62nd Street, guys on the

20    corner appearing to be selling drugs.  And that's

21    probably what they were doing.

22              Narseal tells two other guys, "Y'all walk on

23    this side.  Two other guys, y'all walk on this side.

24    And watch me walk straight down the middle and I'm

25    going to stop right in the hole."

Opening Statement by Mr. Vereen                116

1           And Narseal does it.  These guys stand back

2    watching.

3           Now, this is Stanley Phanor's first time

4    watching Narseal do something like this.  And knowing

5    the city, you know you got to be out of your mind or

6    you got to be very confident in what you're saying

7    about how you expect people to respond to you.

8           So Narseal does.  He walks right up to where

9    these guys are slinging.  That's a street term for

10   selling dope.  These guys are looking at Narseal like

11   he's crazy, and these guys are standing back looking at

12   Narseal like he's crazy.

13          Narseal looks at the guy and says, "Hey, man.

14   Let me ask you a question.  Do you know God?"

15          These guys are looking at Narseal and,

16   finally, he engages one of the guys and they're talking

17   to him.

18          He's like, "No."

19          And he's like, "Well, let me tell you about

20   him."

21          And Narseal proceeds to talk about God.

22          He gets these guys to stand around and look at

23   what they're doing to this neighborhood.

24          He says, "You all are up here selling drugs in

25   this neighborhood.  You're bringing this neighborhood

Opening Statement by Mr. Vereen                117

 1    down."

 2                He didn't have any weapons on him.  He wasn't

 3    intimidated by them.  And he wasn't using this guys as

 4    guards or as his reinforcement.  He just wanted them to

 5    watch what he was doing.  And so he did.

 6                He actually got the guys to stop and leave

 7    that particular corner and got one of them to say he'd

 8    never come back to that particular corner again and try

 9    to sell drugs.

10                Stanley was impressed with that.  He said,

11    "You know what?  I do want to meet with you all.  I

12    want to learn more.  I want to learn more about this

13    Moorish Science Temple thing."

14                So that's how his association began.

15                Now, let me fast-forward now.

16                Narseal was in the process of building his

17    company that Ms. Jhones has already referred.  The name

18    is Azteca Stucco & Masonry.

19                Now, Stanley was working odd-and-end jobs.  He

20    wasn't a permanent employee of a construction site.  So

21    he would constantly go down to labor pools and try to

22    get jobs.

23                Narseal said, "Look, I can let you work on

24    some of the contracts that I have."

25                Now, Narseal is not a general contractor in

Opening Statement by Mr. Vereen                    118

```
 1    the sense of he is not -- he doesn't build buildings
 2    like this.  He doesn't even build buildings.  He does
 3    stucco work.  They mud the wall.  They do tile.
 4            That's what he does.  He's not a contractor.
 5    He doesn't build buildings.  The whole phrase about, "I
 6    can put buildings up and I take them down," he's never
 7    put a building up.  That's not what he does.
 8            So he gives these gentlemen who are
 9    unemployed, can't find jobs.  He gives them the
10    opportunity to work.
11            He says, "Look, man.  If I get you all jobs,
12    you all got to help me out, too, because I got to bid
13    on contracts."
14            And the bidding process is, when there's a
15    contract available -- and you'll find out that Narseal
16    goes to this certain company that assists small
17    businesses with assistance.
18            If there's some contracts available, they call
19    him up and say, "Look, you can bid on this contract.
20    You can bid on that contract."
21            But you've got to be able to put money down on
22    some of these contracts.  It's like bonding you just in
23    case you screw it up.  They got some money where they
24    can try to fix it.
25            So that's what he does.
```

1           He says, "Listen" -- you know, this warehouse,

2    you know, that he's trying to put together that

3    Ms. Jhones referred to -- he's trying to fix it up.  He

4    wants to make this a business.  He is really trying to,

5    you know, get out of the gutter.  He is trying to do

6    something with his life.

7           He tells these guys, "If you all want to be

8    part of that, just chip some of the money back in.

9    Don't just come and I give you a job, you make the

10   money and go.  Give something back.  Help me out, man.

11   If you all help me out, I'll help you all out."

12          Stanley is good in the books.  Stanley was

13   assisting him with organizing.  You heard Ms. Jhones

14   makes reference to the fact that Narseal is all over

15   the place.

16          There are thousands and thousands and

17   thousands of intercepted phone calls between

18   Mr. Narseal -- I mean, Mr. Batiste and his wife,

19   talking about paperwork, talking about behind on bills,

20   talking about lack of money, "We don't have this.  We

21   can't do that.  They're going to turn off our lights.

22   The credit cards are over.  Our account is closed.  The

23   bank said we can't even use this credit card until we

24   put some more money down on it."

25          There are thousands of those type of phone

Opening Statement by Mr. Vereen                    120

 1  calls -- or hundreds of them.  The Government has all

 2  of that.  This whole issue about money, watch how this

 3  plays into this case.

 4          So Stanley is onboard now.  He then meets the

 5  gentleman that Ms. Jhones referred to as "The Little

 6  Thug."  I'll refer to him as Confidential Informant

 7  No. 1.

 8          Stanley only knew this guy by the name Habibi.

 9  They call him Habibi.  You will see throughout the

10  videotape they refer to him as different names.  But

11  it's the same person.

12          And they find out that he has some legal

13  problems.  Why?  Because Narseal goes to the store one

14  day and they're surrounded by ICE agents, Immigration.

15          Don't know what it's about.  Doesn't approach.

16  He backs away.  Hey, they're doing their thing.  But

17  they're looking for CW No. 1.

18          CW No. 1 gets in contact with him and says

19  he's got some legal problems, some immigration

20  problems.

21          Narseal, "Well, what can do I for you?"

22          You know, Habibi is living inside of the

23  store, in the back room.  He doesn't have a place to

24  live.  He's homeless.  He lives inside that store that

25  he had in conjunction with the other gentleman that

1    Ms. Jhones made reference to.

2           Narseal says, "Man, listen.  I got this

3    place" -- the place that they refer to as the Temple or

4    the Embassy -- "You can sleep over there, man.  You can

5    sleep on the floor over there.  I'll let you use that

6    place, ma'am.  You don't have a place to stay?  You can

7    live over there until you get on your feet.

8           He says, "Okay.  That's fine."

9           These gentlemen will go to work and work the

10   contracts that Narseal was able to get.  They were

11   small contracts, 6- or $7,000 here, $10,000 there,

12   maybe, but it was very small contracts.  They were just

13   doing stucco work.

14          The Embassy, mind you, was never open.  You

15   will see pictures where these guys were, you know,

16   doing stucco.  They really tried to clean this building

17   up and tried to clean up that area they were building

18   over there in the city.

19          It never happened.

20          Habibi then tells Stanley Phanor that he was

21   supposed to be coming into $30,000.  You heard

22   Ms. Jhones make reference to that.  He told Narseal

23   he'd give him $10,000 of that money if he'd just help

24   him get it back.

25          How did he want him to get it back?  He wanted

Opening Statement by Mr. Vereen                    122

1    Narseal to go over there while he confronted the guy

2    that owed him this money, you know, and try to make it

3    look like Narseal was his backup, you know, "This is my

4    weight right here."

5         And the man wasn't impressed with that.  He

6    wasn't impressed with it.  In fact, he didn't give him

7    anything and ended up selling the store, changed the

8    name on it, put it in his wife's name, just cheated CW

9    No. 1 out of all his money.

10        CW No. 1 started coming around to the meetings

11   and started talking about the Koran.  For the first

12   time, he brought up the matter of jihad.  Now, no one

13   agreed with his views of jihad.  And "jihad" is a term

14   that's used to -- for holy war.

15        Now, Stanley Phanor actually got into an

16   argument with Habibi about his views on jihad and told

17   him, "Listen, man.  I read a lot about religions.  I

18   don't know one religion that advocates the killing of

19   children, women and men.  I don't know a religion that

20   does that."

21        Then CW No. 1 tries to say, "No.  No.  No.

22   When I use the word 'jihad,' I don't mean bad jihad.

23   There's good jihad, too."

24        And I think there's a videotape or an

25   audiotape where that conversation -- where he makes

```
 1   reference to that, you know, about good jihad and bad
 2   jihad.
 3           Now, that was the only character that Stanley
 4   Phanor met.
 5           You're going to hear about this other
 6   gentleman by the name of George Gray, who called
 7   himself Master Athea.
 8           He walks around usually in either
 9   camouflage -- he's not in the military -- he's an older
10   guy -- or he wears this navy blue suit with these gold
11   stars on it, as if he's some type of a general, and
12   usually some type of dark-colored cowboy hat that
13   actually matches the suit.
14           The FBI had contacted him and made known their
15   concerns with regard to Narseal and these gentlemen and
16   asked him to wear a wire, because he, of course,
17   disputed that, you know, your --
18           MS. ARANGO:  Judge, I would object to the
19   misstatement of facts regarding FBI contacting Master
20   Athea.  There's evidence to support that, Judge.
21           MR. VEREEN:  Well, whatever the case may be,
22   I'll rephrase it.
23           THE COURT:  Okay.
24           MR. VEREEN:  The FBI is in contact with Master
25   Athea and he agrees to wear a body wire and engage
```

Opening Statement by Mr. Vereen                    124

1   Mr. Batiste in a conversation to dispel, if you will,

2   these notions about jihad.

3        Master Athea tells them -- Narseal tells them

4   about Master Athea.  Master Athea at that time was

5   living up in Chicago, I believe, early on and back in

6   2004.  He wanted these gentlemen to meet Master Athea

7   because he looked at Master Athea as his spiritual

8   advisor.  He really did.

9        Master Athea is very well versed in religion.

10  He has his own beliefs sometimes with regard to certain

11  things.  But he's well versed about the Bible as well

12  as -- these gentlemen are as well.

13       They take a trip up to Chicago, a couple of

14  them, not all of them.  They take a trip up to Chicago.

15  The first and only time in 2004 Stanley Phanor had ever

16  gone to Chicago to try to locate Master Athea and, at

17  that time, he was told Master Athea is not in Chicago

18  anymore.  He's now in Tennessee.

19       But while there, they meet this other

20  character by the name of Sultan Kahn-Bey.  Now, Sultan

21  Kahn-Bey held himself out as a member -- I mean,

22  indoctrinated member, card-carrying member, of the

23  Moorish Science Temple and wears his robe which bears a

24  Masonic emblem on it as well as this fez.

25       And let's talk about that for a minute.

1          The teachings that the Moorish Science Temple

2     ascribe to is a combination of different religions.

3     It's a combination of different organizations.

4          One of the organizations is the Masonic lodge.

5     And you will see throughout the course of this trial

6     the Government is going to introduce evidence that has

7     on it the Masonic emblems.  They're not Masons.  These

8     gentlemen are not Masons.  Sultan Kahn-Bey is not a

9     Mason.  But they don this Masonic emblem on his robe.

10          Sultan Kahn-Bey allowed these gentlemen to

11     read the books on the Moorish Science Temple.  As the

12     Government already said, this is a legitimate religion.

13     When you follow it or not, it's a legitimate religion.

14          And what they ascribe to is to have a

15     sovereignty within the United States pretty much like

16     the Indians.  Pretty much like the Indians.  They have

17     their own sovereignty within the United States.  They

18     have their own laws that govern them.  But they're not

19     superior to the United States.

20          So they felt that the Moorish Science Temple

21     should be that type of body.  They want to have their

22     own type of passports.  They want to have their own

23     type of driver's licenses.  They want to have, you

24     know, their own type of legal documentation, although

25     it's not recognized by the United States or by any

Opening Statement by Mr. Vereen                    126

1    other Government within the United States.

2            Now, CW No. 1 started working for the

3    Government as an informant.  And we would proffer to

4    you that he did it for purposes of trying to get out of

5    his own legal problems.

6            So he concocted a plan to try to snare Narseal

7    and the rest of these gentlemen.  But, mainly, his

8    target was Narseal in exchange for $50,000.

9            And the problem he faces was that Narseal was

10   not as dumb as he thought Narseal would be and Narseal

11   actually tried to flip the script and use him to get

12   this money.

13           So now CW No. 1 is working for the Feds.  And

14   as Ms. Arango had alluded to, they want him to play the

15   role.  So he did play the role, because every single

16   time there was a conversation where he was a

17   participant of it that was recorded he knew it was

18   being recorded.

19           So the things he said, he knew were being

20   picked up by the recording.  The things he did he knew

21   was being videotaped -- there was a video recording.

22   You see him staging the scenes sometimes, getting

23   prepared for the arrival of Narseal Batiste.

24           I first want to talk to you about what took

25   place on November 7th, 2005.

Opening Statement by Mr. Vereen                    127

1            Now, CW No. 1 had already been making himself

2     visible amongst of these guys, calling himself -- I

3     guess, trying to work his way in.

4            There was a particular meeting on November

5     the 7th of 2005 between Burson Augustin and CW No. 1

6     where they arrived together in a vehicle.

7            During that conversation, CW No. 1 was

8     attempting to get Burson to come over to his apartment

9     and started rambling on about something and then out of

10    nowheres he says, "Islam."

11           Now, this is a recorded conversation.

12           Out of nowhere -- when you hear this

13    conversation, out of nowhere -- he's rambling.  You

14    can't hear what he's saying.  All of a sudden, "Islam."

15           Now, it's my suggestion that the reason he

16    said that is because he wanted now to try to invoke the

17    Islamic ideology, jihad, and associate it with these

18    young men.

19           Stanley Phanor is a Roman Catholic.  He is not

20    Islamic.  He's not Muslim.  He's a Roman Catholic.

21           During that same conversation, Burson tells

22    them, "Listen, we don't chase women.  We don't do

23    drugs."  He says he's a vegetarian and that they are

24    moving on financially.

25           Because you're going to find out that the

Opening Statement by Mr. Vereen                128

 1    tenets of masonry require that you subdue your passions

 2    and try to improve yourself.  It's something you're

 3    supposed to live by daily.  It's what they call

 4    standing on the square.

 5          You're going to hear Narseal talk about

 6    standing on the square, that he fell off the square or

 7    he's not on the square.  He's referring to he's not

 8    acting the way he's supposed to be acting.  He's not

 9    governing himself by the principles that we are taught

10    in the Moorish Science Temple.

11          That is the first time you're going to see

12    that CW No. 1 brings up Islam and jihad.

13          CW No. 1 then tries to tell Burson, "Look,

14    man.  It's not all about the finances."  And then he

15    tells him -- he says his rich uncle is coming down and

16    that he has sufficient financial support.  His rich

17    uncle is coming down and he has all the financial

18    support.

19          Now, Stanley Phanor was not a part of that

20    conversation.

21          Let me move you ahead now three days later.

22          On November the 10th of 2005, Narseal for the

23    first time meets with Confidential Informant No. 1 over

24    at his apartment and he tells him that he's been up for

25    a while working and that he's tired and will have to go

1    home.

2            Stanley Phanor was not present.

3            On November the 21st, 2005, a meeting takes

4    place between Narseal and CW No. 1 at CW No. 1's

5    apartment.

6            CW -- or CI No. 1 inquires if Narseal has

7    fixed up the Embassy.

8            Narseal advises him that he's waiting on some

9    money from a construction job.

10           Now, I expect the evidence will show that, at

11   that time, Narseal starts spinning the story about the

12   Blackstone Rangers and he makes reference to that while

13   he's talking to CW No. 1.

14           I told you the Blackstone Rangers was an

15   organization started by Jeff Fort back in the year of

16   1968 before Narseal was even born.

17           And, actually, Narseal tells him then he was

18   the leader of the Blackstone Rangers.  And you're going

19   to find out, ladies and gentlemen, that nothing could

20   be farther from the truth, because by the time Narseal

21   Batiste was born, the Blackstone Rangers had change

22   their name to the El Rukns.

23           Jeff Fort had gone to prison because of his

24   drug dealing.  I mean, when I talk about the Blackstone

25   Rangers, Blackstone Rangers originally started out as a

1    community organization.  But when Jeff Fort realized

2    that he can swindle the Government out of money, it

3    became more directed towards gang activity.

4         There were murders taking place by people who

5    didn't want to swear, you know, to follow his orders.

6    They had women prostituting, robberies.  They were

7    committing every type of crime that they could possibly

8    commit to get this money.

9         Well, Jeff Fort was eventually sent to prison

10   because of his involvement.  While in prison -- and you

11   heard Ms. Arango make reference to the fact that he was

12   still controlling this he organization from the

13   outside.  Yeah.  He did.

14        Because what he was able to do is say that he

15   converted to a religion that then allowed him to meet

16   with other members of his organization for religious

17   purposes.  While in there, they were trading

18   information and he was giving them directions as to

19   what he wanted them to do.

20        Well, Lewis Farrakhan, would -- before Jeff

21   Fort went to prison, had used Jeff Fort as his security

22   force, because they were organized.  These guys were

23   organized.

24        But when Lewis Farrakhan found out that he was

25   committing these crimes, Lewis Farrakhan cut all

Opening Statement by Mr. Vereen                        131

```
 1    association with him.  It was Lewis Farrakhan that

 2    introduced Jeff Fort to Moammar Kadhafi.

 3          So now Jeff Fort is in prison and he has his

 4    guys reach out to Moammar Kadhafi.  So they reached out

 5    to Moammar Kadhafi.  They started to have these

 6    consideration about, "We can bring harm to the United

 7    States."  What was their mission?  They were going to

 8    shoot down a passenger plane in the United States.

 9          Jeff Fort had his men meet with undercover

10    agents who were acting on behalf of -- who they thought

11    were acting on behalf of Moammar Kadhafi and they got

12    this missile.  But instead of giving them a missile

13    that could be activated, the trigger was actually

14    converted and, instead of being a trigger, it was a

15    beeper, a signal device, so they can track it.  And

16    they were able to track it.

17          When they got back into the United States and

18    those guys picked it up, they all got indicted.  Jeff

19    Fort got indicted with them and they were convicted of

20    conspiracy to commit terrorism.

21          That's how he got convicted.  That is the

22    story that is told throughout the Moorish Science

23    Temple.  And they know about it.  Narseal knows about

24    it.

25          I'll refer you now to December the 16th.
```

Opening Statement by Mr. Vereen                    132

1          December the 16th of 2004 was the first time

2    that Narseal has an opportunity now to meet this

3    Confidential Witness No. 2.  Now, this is the person

4    that CW No. 1 told them is coming down.

5          So now he's introduced to CW No. 2.  And, mind

6    you, none of these guys know that Narseal is meeting

7    with him on December 16th of 2005.  Nobody knows.

8          The phones are being tapped.  Narseal's phone

9    is tapped.  There's no conversation where Narseal tells

10   them after he meets with CW No. 2, "Man, I just met

11   Al-Qaeda.  I just met somebody with Al-Qaeda.  We are

12   hooked up.  We're in."  There's no conversations on

13   December 16th of 2005 that that occurs.

14         What happens is, when Narseal meets with

15   him -- and I want you to watch this video -- CW No. 2

16   now is playing this Al-Qaeda representative.  But he

17   doesn't tell Narseal that.  He doesn't at any time

18   during that conversation say, "Hey, I'm from Al-Qaeda.

19   I understand you're looking for me.  You want

20   something.  What is it?"  No.

21         Narseal starts talking about Jeff Fort again.

22   Now he's saying there's No. 1 -- CW No. 2.  He's says

23   there's now a CW No. 2.

24         He starts talking about Jeff Fort and how he's

25   in the same position as Jeff Fort, and he said Jeff

Opening Statement by Mr. Vereen                    133

 1    Fort, when he got himself in trouble -- because he

 2    didn't do -- you know, he was using religion the wrong

 3    way and he went out there and tried to do this and

 4    tried to do that and he was the first black man

 5    convicted of terrorism in the United States.

 6             And CW No. 2 has no idea as to what Narseal

 7    Batiste is talking about because he doesn't know Jeff

 8    Fort.  He doesn't know the history of Jeff Fort.  He

 9    doesn't know what Narseal is talking about.  And they

10    start having this conversation about, you know, "What

11    is it that you want?"

12             And Narseal says, "I know that you think I'm

13    going to say money, but money doesn't mean anything to

14    me."

15             Now, I want you to listen very carefully to

16    that videotape because they're going to play it.  By

17    the end of that conversation, Narseal says he's broke

18    and really needs the money and he could get more

19    contracts for his business if he had the money.

20             CW No. 2 tells him -- he says, "Well, write

21    down the things that you need and" -- you know, "for

22    this mission."

23             Narseal didn't come prepared to write anything

24    down.

25             I want you to see this note.  It's written on

Opening Statement by Mr. Vereen                    134

 1    one of those hotel pads.  And Narseal is searching for

 2    things to write.  He has to play this role now because

 3    CW No. 1 told him what kind of role he has to play when

 4    he gets there.

 5           And you'll see when Narseal showed up he had

 6    his staff in his hand and his little coffey hat on his

 7    head.  And I think he goes so far as saluting him.

 8           But Narseal starts writing down the things he

 9    wants.  And he says "pitols" -- p-i-t-o-l-s -- and CW

10    No. 2 looks at that and says, "Pitols?"  He meant

11    pistols, pistols.

12           The Government has that, and I'm sure they're

13    going to enter it into evidence.  I think he even asked

14    for some knee-high ankle boots.  He doesn't know what

15    to put down on this piece of paper.  So he's writing

16    anything.

17           Narseal also in that same conversation starts

18    telling him -- because he's inquiring now -- CW No. 2

19    is inquiring about, "Who are your men, these soldiers

20    you have.  Who are they?"

21           Narseal said, "Yeah.  Well, you know, I have

22    soldiers.  I teach them, you know, train with them and,

23    you know, I train with them how to jump off of

24    buildings."

25           The guy says, "You have them jumping off of

Opening Statement by Mr. Vereen                    135

1    buildings?"

2              He says, "Yeah.  They jump off of buildings."

3              Ladies and gentlemen, there will be no

4    evidence whatsoever in this case that any of these guys

5    jump off of buildings.  There won't be any evidence

6    that these guys are jumping through hoops of fire.

7              I know some of you have probably seen these

8    videotapes of Al-Qaeda when they're training and they

9    run and jump through hoops of fire.  There won't be any

10   of that.  Monkey bars.  Won't be any of that.  Climbing

11   up -- there won't be any of that.

12             The only weapons seized in this case from the

13   Government -- I think they may have gotten one or two

14   firearms that was -- that belonged to -- didn't belong

15   to Stanley Phanor and, I think, some of these flea

16   market swords -- these Samurai flea market swords and

17   maybe some of these bolo knives that don't -- that

18   aren't sharp, you know.  You can get them from a flea

19   market.

20             This is what they seized, along with some

21   books on construction, some books on -- I think they

22   may have gotten a few Bibles, a couple of Korans.  They

23   didn't get any poisons out of the warehouse or the

24   Embassy that they said they were going to use to poison

25   salt shakers.  They didn't get any of that.

Opening Statement by Mr. Vereen                    136

1          They didn't get any tools of the trade.  They

2     didn't get any blueprints of any buildings that they

3     had planned on blowing up or knocking down, like the

4     Sears Tower.  I think the Empire State Building was one

5     of those buildings as well, the FBI building.  None of

6     that.  They didn't have any of that.  No explosives.

7     No detonators.  They didn't have any of that.

8          But let's go on with the conversations.

9          So now we fast-forward to December the 1st.

10         Narseal has -- there's another conversation

11    about money.  This time he's talking to CI No. 1.  He

12    tells him he has land in Alabama and he is -- they talk

13    about this money thing.

14         He says, "Look, I can get some money through

15    my construction business, but it's going to take me

16    roughly a year to get it."  And he says the business is

17    doing well.

18         Ladies and gentlemen, you're going to find out

19    through the conversations he might as well have been

20    bankrupt.  He was actually financially destitute.  He

21    didn't have any money.  He was behind in his bills.  He

22    was having financial problems.

23         Again, the Government had intercepted a number

24    of conversation between he and his wife.  They didn't

25    have food.  Narseal makes reference to the fact that he

Opening Statement by Mr. Vereen                    137

 1    hadn't bought new clothes in two years.

 2              What's really interesting about this case is

 3    that the Government, you know, gave Narseal things such

 4    as the boots.  There was a camera that was given to

 5    Narseal to take pictures.

 6              Do you know what Narseal did with that camera?

 7    He pawned it at a flea market -- or pawned it at a

 8    pawnshop so he could feed his kids.  That's what he did

 9    with it.  He pawned it so he could feed his kids.

10              CW No. 1 tells Narseal that, you know, CW

11    No. 2 is not just going to hand over a bunch of money.

12    "You've got to show him something.  You've got to give

13    him something.  They're smarter than that."

14              And this is all on the videotape and the

15    audiotapes.

16              He said, "They're smarter than that.  You just

17    can't" -- and CW No. 1 still hasn't said, "Oh, yeah.

18    Well, he's supposed to be from Al-Qaeda."

19              He says, "He's smarter than that.  You've got

20    to give them something."

21              Narseal said, "Look, man.  I've been around

22    Arabs my whole life and I know how to communicate with

23    them" -- now, this is, again, part of Narseal's plan --

24    "I know how to communicate with them.  I know what to

25    say.  Just get me in.  Just get me in.  I know what to

Opening Statement by Mr. Vereen                        138

 1    say to this guy to get what I'm trying to get."

 2            Narseal was going to try to get the money.

 3    CI No. 1 says, "Listen, I'm going to try to get you

 4    some money even if it's pocket change this.

 5            Again, this is on the videotape.

 6            Narseal says, "Hey, man, that's great."

 7            Now, during that same conversation, the CI

 8    tells Narseal -- says, "Listen, man, when we open the

 9    mosque" -- again, this is CW No. 1 playing his role.

10    He wants to bring Islam into it to try to say, "I'm a

11    jihadist."  Okay?

12            The Government's theory, I suspect, in this

13    case is they're trying to say that these guys have gone

14    from radicalization to jihadization.

15            There's a process where a person is

16    indoctrinated into the ideology of jihad, to Islam, to

17    where they become more than just a radical.  They are

18    now jihadists.  They are ready to be kamikazes.

19    They're ready to go kill themselves in the name of

20    Islam -- Allah akhbar, Islam.

21            That is what I believe their theory is in this

22    case.

23            So now you have CW No. 1 saying, "We are going

24    to build this mosque, man."

25            He was talking about turning it into some type

Opening Statement by Mr. Vereen                    139

 1    of Embassy so they can do business.

 2              He said, "No.  We're going to turn it into a

 3    mosque and, when we do it, it's going to be an Islamic

 4    mosque."

 5              And this is all on videotape.

 6              CW No. 1 then tells Narseal to change the name

 7    of the Moors.  "Don't call yourselves Moors anymore.

 8    Change the name of the brothers."

 9              They call each other "brother."  Brother this,

10    Brother that.

11              "No.  Change the name.  Don't do that anymore.

12    Change the name."

13              CW No. 1 says, "If you do that, I can get you

14    money.  I can get you intelligence.  I can get you

15    weapons."

16              It doesn't work.  They don't change their

17    names.  They still consider themselves "Mo" and they

18    call each other "Brother" this or "Brother" that.

19              Now, during that conversation -- I don't know

20    how much y'all remember the Black Panther Party and the

21    marching they used to do with the rifles.

22              But Narseal tells CW No. 1 that he planned on

23    getting his guerrillas.  They were going to march to

24    Jeb Bush's office and they were going to announce, "We

25    are here as the Moors.  We are here."

Opening Statement by Mr. Vereen                    140

1          CW No. 1 says, "Wait a minute.  Now, you

2    mentioned two different things.  You mentioned war and

3    you mentioned marching."

4          He says, "They are two different things.  They

5    are two very different things."

6          CW No. 1 then states to Narseal, "Well, what

7    you need to do" -- and this is in the recording, ladies

8    and gentlemen -- "What you need to do is place a bomb

9    inside of a restaurant so you can kill hundreds of

10   people.  That way, you won't lose any of your

11   soldiers."

12         Now, this is CI No. 1 for the Government that

13   comes out with this raging jihad.

14         Let me repeat what I just said:  "Place a bomb

15   inside of a restaurant and kill hundreds of people.

16   That way, you won't lose any of your soldiers."

17         Narseal laughs at him.

18         CI No. 1 doesn't stop there.  He says, "You

19   all can steal airplanes and take over the base and take

20   the soldiers hostage."

21         The Government's confidential informant says

22   that, not Narseal Batiste.

23         So who was it that planted this evidence -- or

24   planted this information?  It was the Government's own

25   informant, ladies and gentlemen.

Opening Statement by Mr. Vereen                    141

1          Now, I expect the evidence will show that

2    Narseal Batiste was never serious about blowing up

3    anything.  Now, I'm not his lawyer.  Ms. Jhones is.

4          There's this trickle-down theory that can

5    sometimes happen in a trial.  You say, "Oh, well, we

6    got this one up here.  We believe that he did.  So if

7    he believed, then it just trickles down to everybody

8    else."

9          Well, I'm telling you that the evidence is

10   going to show that he didn't have the intent.  So

11   there's nothing to trickle down to the rest of these

12   guys, as I expect the evidence will show.

13         Narseal says some other stupid things during

14   the conversation with regard to -- "If you're gonna

15   have a master plan, then you have to do something to

16   cause chaos in the streets and cause a major

17   distraction:

18         What was his idea as to how to cause a major

19   distraction in the streets of the country of the United

20   States?

21         Go have one gang member go punch another gang

22   member.  And somehow that was supposed to start a

23   national disaster, because one gang member punched

24   another gang member.

25         That's his idea of how to start chaos in the

Opening Statement by Mr. Vereen                    142

1    streets.

2            He makes mention of blowing up the Sears Tower

3    and the Empire State Building.  Narseal continues to

4    laugh when CW No. 1 makes reference to blowing up a

5    restaurant again.

6            CW No. 1 asked Narseal about the number of

7    soldiers that he had in Chicago.  Narseal had made

8    reference to the fact that he had 5,000 soldiers.

9            Ladies and gentlemen, again, I expect the

10   evidence will clearly show in this case Narseal did not

11   have one soldier in Chicago.

12           CI No. 1 then asked Narseal during the

13   conversation, "How much money do you need?"

14           And Narseal responded, "$100,000."

15           Then it went down to $10,000.

16           CI No. 1 tells Narseal, "Let me see if I can

17   get you that this week."

18           Narseal responds, "Man, if you do, I can fix

19   up my van and we can travel to Chicago and I can

20   introduce you to some of my soldiers that are Arab and

21   black."

22           That never happens.

23           On December the 22nd of 2005, CW No. 2 now

24   comes to the Embassy.  During that meeting, he gives

25   Narseal a cellular phone and advises him that he had

Opening Statement by Mr. Vereen                    143

 1    purchased some boots for the brothers, but he needed
 2    the shoe sizes.
 3            Now, all these guys -- some of the guys,
 4    anyway, are at the Embassy and they're working.
 5    They're cleaning this place up.  They're working.
 6            I think Narseal is in the back room with
 7    CW No. 2 and I believe he yells out to the brothers,
 8    "Man, what's your shoe size?  What's so-and-so's shoe
 9    size?"  Because CW No. 2 is supposed to be getting them
10    some boots, you know.
11            CW No. 2 asks, "Well, how are the brothers
12    doing?"
13            He says, "I told the brothers a little bit
14    about you."
15            Now, Narseal didn't go into detail with none
16    of these guys with regard to who CW No. 2 was or what
17    his intent and plans are or what the conversations that
18    he'd been having with CW No. 2 about getting his money
19    really was.  They didn't know about this $50,000.  This
20    is something that Narseal, for the most part, had kept
21    to himself.
22            Narseal continued emphasizing the importance
23    of the money and that he wanted to bid on a plastering
24    job, but was required to put up a cash bond to ensure
25    that the work gets done.

Opening Statement by Mr. Vereen                    144

1          Narseal talked about how frustrating that was

2    and says, "Man, this is how they keep the small

3    businessman out of work.  They require these bonds that

4    you can't place.  If you can't place the bond, you

5    can't bid for the job."

6          So Narseal needs his money so he can try to

7    get big jobs.

8          During that conversation, Narseal expresses

9    that to CW No. 2.

10          And then CW 2 was talking about bringing about

11    a war on jihad.  But his men were not ready for that

12    mentally nor physically.  That's what he says.

13          "Look, man, you're talking about waging war.

14    You're talking about jihad.  Man, my men ain't ready

15    for that mentally nor physically.

16          This is in the conversation.  You will hear

17    that if the Government plays it.  I'm assuming they

18    will.

19          Narseal tells him during that same

20    conversation, "Man I only have 10 soldiers in Chicago."

21          Now we've gone from 5,000 to 10 soldiers in

22    Chicago.

23          They continue discussing the Sears Tower.

24    Narseal tells him that the Sears Tower had tunnels

25    under it.  I don't know if it does or not, but that's

Opening Statement by Mr. Vereen                    145

 1        one of the things that was said.

 2                CW No. 2 asked Narseal, "Man, why do you refer

 3        to the Embassy by that name?"

 4                Narseal said, "Because once we get this place

 5        fixed up, man, we will be able to interact with other

 6        countries."

 7                That was his plan, you know, to interact with

 8        other countries, you know, selling this, selling that.

 9                "We'll just be able to do a whole lot, man.

10        We'll be in big business."

11                CW No. 2 asks Narseal, "Man, when do you plan

12        on moving your soldiers to Louisiana so they can

13        train?"

14                Now the Government needs more activity on the

15        part of Narseal.

16                So now CW No. 2 says, "Well, when are you

17        going to move your soldiers to Louisiana so we can

18        train them?"

19                Narseal's response was, "Listen, I can send

20        two soldiers right now for training because I need the

21        rest of them here to do work in Miami."  Two.

22                On December the 28th, 2005, Narseal had

23        another conversation with CW 2 and tells him that he

24        explained some things to the brothers and told them

25        that CW No. 2 was going to help him with the finances.

Opening Statement by Mr. Vereen                    146

1          And Narseal expressed that they were

2    skeptical.  Wait a minute.  He says, "I told them some

3    things about you and they're skeptical about you."

4          Let's go now to January the 11th, 2006.

5          CW No. 1 makes contact with Patrick Abraham

6    and advises him that he spoke with Narseal and that

7    Narseal met with CW No. 2 and had a bad impression of

8    him.

9          Patrick then states to CW No. 1 that they

10   didn't want anything from CW No. 2 except his financial

11   help.

12         "Man, look, we just want the money."

13         Now, these are recorded conversations, ladies

14   and gentlemen.

15         "We don't want anything from CW No. 2 except

16   financial help."

17         He said, "Don't worry about getting firearms.

18   Just give up the money."

19         CW No. 1 then starts telling Patrick about

20   organizing attacks in different states at one time.

21         Patrick Abraham tells him, "We are not

22   interested" and that they're not going to attack

23   anyone.

24         Patrick reiterates, "This is all about the

25   finances.  Just help with the finances.  That's all."

Opening Statement by Mr. Vereen                147

 1              Recorded conversations.

 2              A week later, January the 18th, Narseal has a

 3    meeting with CW No. 1 and Patrick and expressed how

 4    upset he is that CW No. 2 doesn't trust him enough to

 5    give him the money and that CW No. 2 keeps pushing him

 6    for some proof of an army.

 7              Recorded conversations.

 8              CW No. 1 tells Narseal that he did not want to

 9    tell him which organization his uncle worked for, but

10    that he would arrange another meeting between them.

11              So here we are, still on January 18th of 2006,

12    and CW No. 1 is still saying to Narseal, "I don't want

13    to tell you which organization my uncle works for, but

14    I will arrange another meeting between you."

15              Now, during the months of February, March --

16    well, February, March, Narseal and CW No. 2 continue to

17    go back and forth regarding a warehouse that CW No. 2

18    promised Narseal that he would get for him.

19              Now, unbeknownst to him and in the guise, the

20    FBI had already set a camera up inside of the building

21    the day before CW No. 2 gave the keys to Narseal.

22              So at this point, the Government has now

23    offered up a building and they put cameras in it to

24    videotape what's going on.  They want to see the

25    marching.  They want to see the drills they're going

Opening Statement by Mr. Vereen                    148

1    through.  They want to certificate September their

2    plans.

3              Ladies and gentlemen, they got absolutely

4    nothing.  You want to see any videotape of these guys

5    marching, you know, doing any training?  You won't see

6    any of that.

7              What you'll see is these guys having a meeting

8    and trying to conduct a meeting kind of like what they

9    believe would take place in lodges.  It doesn't matter

10   what type of lodge it is.

11             You have somebody usually at the front of the

12   door called a tiler.  This person is a person who lets

13   people in or lets people out and makes sure nobody

14   interrupts the business as they're having the meeting.

15             Some people call them sergeant-at-arms.  They

16   are to protect the inside and make sure there's no

17   eavesdroppers on the outside.

18             That's what you will see happening on the

19   videotapes.  You will see somebody usually positioned

20   at the door.  Sometimes the door is open.  Sometimes

21   the door is closed.

22             THE COURT:  You have five minutes.

23             MR. VEREEN:  Thank you, Judge.

24             And so that's what you will see on these

25   videotapes.

Opening Statement by Mr. Vereen

1          I want to go to March 16th.  That is the day

2     the video of what the Government references as to

3     Al-Qaeda takes place, where they take this commitment.

4          And the Government says, "Oh, they all knew

5     what was going to take place.  They all knew they were

6     going to have this meeting and take the oath to

7     Al-Qaeda."

8          Ladies and gentlemen, I expect the evidence

9     will show nothing can be farther from the truth.

10         Narseal places the call and he calls around

11    and he says, "Something very important is going to go

12    on tonight."

13         And he talks to Stanley Phanor and tells him,

14    you know, "Come on over.  Something big is going to go

15    down tonight."  He doesn't tell him what it is.

16         They all show up and Narseal and CW No. 2 have

17    already agreed this was going to be done.  They're the

18    only ones that know.  So these guys are dumbfounded

19    with regards to what's going to take place.

20         And, in fact, when they start -- try to get

21    them to take this oath, ladies and gentlemen, you will

22    find out it was said three different ways because they

23    don't understand what this is and CW No. 2 will say it

24    one way, a second way, and then a third way.

25         Stanley Phanor says to Narseal, "Hold up.  Is

1    this all right to do?"

2            Imagine that.  A terrorist asking that.  "Is

3    this all right to do?"

4            And Narseal says, "Yeah, Bro.  Yeah.  Yeah."

5            Then he tells him to go ahead and read it.

6    They read it and recite what they hear.  Listen to the

7    oath.  Nothing in the oath says, "We're going to blow

8    up any buildings in America."  Nothing in the oath

9    says, "We're going to wage holy war against the United

10   States."  Listen to it.

11           Let me speed it up.

12           Narseal has a conversation on March the 26th,

13   because the brothers had now told Narseal about their

14   displeasure about his association with CW No. 2.

15           On March 26th, CW No. 2 meets with Narseal and

16   Narseal advised him that he wanted to have a more

17   in-depth role with Al-Qaeda, because Brother said,

18   "Man, we don't" -- Narseal is telling them, "This guy's

19   not Al-Qaeda.  He may just be saying that.  He's not

20   Al-Qaeda."

21           Narseal says, "I'll prove it to you."

22           Narseal contacts him and says, "Listen, I want

23   to have a more in-depth role with Al-Qaeda."  And he

24   said, "By the way, the brothers are no longer

25   involved."  He tells him that.  "The brothers are no

1   longer involved."

2          Sultan Kahn-Bey comes down to Miami on April

3   the 11th, 2006, and there's a big blowout.  He doesn't

4   like what's being done down here between he and

5   Narseal.  They have a blowout because Sultan Kahn-Bey

6   is a hustler and he wants in on the money.

7          Narseal says, "I'm not giving you anything."

8          Sultan Kahn-Bey says, "You know what?  You're

9   kicked out of the organization."

10          April the 11th.

11          On May the 24th, Narseal has a conversation

12   with CW No. 2 and he advises him that he's been kicked

13   out of the Moorish Science Temple.

14          At that same time he has a conversation with

15   his wife, Minerva, and he tells her essentially, "I got

16   to start from scratch all over again with the business

17   because all of the brothers -- everyone has gone their

18   separate way."

19          A month later, Stanley Phanor is arrested and

20   he's charged with being a member of a conspiracy.

21          And this is a conspiracy the Government says

22   that dealt with the blowing up of buildings.

23          Ladies and gentlemen, use your common sense.

24   Use your common sense.  Don't go by what I said.  You

25   go by what you listen to with regard to the evidence

1    that's presented in this case.

2            I'm confident that, at the end of this case,

3    you will find not only Narseal and -- I should say not

4    only Stanley Phanor, but you're going to find the rest

5    of these men not guilty of this.

6            This is a story that's been concocted by the

7    Government to try to establish that these guys are

8    domestic terrorists, and nothing could be farther from

9    the truth.

10           I thank you for your time and your patience.

11           Your Honor, I tender.  Thank you.

12           THE COURT:  We're going to break for lunch.

13           Do not discuss this case either amongst

14   yourselves or with anyone else.  Have no contact

15   whatsoever with anyone associated with the trial.  Do

16   not read, listen or see anything touching on this

17   matter in any way.

18           If anyone should try to talk to you about this

19   case, you should immediately instruct them to stop and

20   report it to my staff.

21           You may leave your notebooks in your chairs.

22   Please be back in the jury room at 2:30.  Enjoy your

23   lunch.

24           (Whereupon, the jury exited the courtroom at

25   12:58 p.m. and the following proceedings were had:)

```
 1              THE COURT:  You may be seated for one moment.
 2              Will you let us know, please, when the jurors
 3    have gone down the elevators.  Thank you.
 4              Mr. Houlihan, you're next up.  Correct?
 5              MR. HOULIHAN:  Yes, ma'am.
 6              Would you mind -- I don't think I'll be
 7    30 minutes.  But with five minutes left, if I keep
 8    talking too much --
 9              THE COURT:  Sure.
10              MR. HOULIHAN:  Thank you.
11              THE COURT:  I'm giving everybody a five-minute
12    warning --
13              MR. HOULIHAN:  Thank you.
14              THE COURT:  -- whether you ask for it or not.
15              THE COURT SECURITY OFFICER:  There are three
16    or four using the rest room.
17              THE COURT:  So, Patricia, let everybody know
18    when they have exited.
19              We're in recess until 2:30.  Wait for
20    Patricia.
21              (Thereupon, a luncheon recess was taken, after
22    which the following proceedings were had:)
23              THE COURT:  Good afternoon.
24              We're back on United States of America versus
25    Narseal Batiste, et al., Case No. 06-20373.
```

```
 1              Counsel, state your appearances, please, for
 2     the record.
 3              MR. GREGORIE:  Good afternoon, your Honor.
 4              Richard Gregorie and Jacqueline Arango on
 5     behalf of the United States.
 6              MS. JHONES:  Good afternoon, your Honor.
 7              Ana Maria Jhones on behalf of Narseal Batiste,
 8     who is present.
 9              MR. LEVIN:  Your Honor, good afternoon.
10              Albert Levin for Patrick Abraham.
11              MR. CASUSO:  Louie Casuso on behalf of Burson
12     Augustin, who is present.
13              MR. CLARK:  Nathan Clark on behalf of
14     Rotschild Augustine.
15              MR. HOULIHAN:  Richard Houlihan with Naudimar
16     Herrera.
17              MR. VEREEN:  And Roderick Vereen on behalf of
18     Stanley Phanor, who is present.
19              THE COURT:  All Defendants are present.
20              Are you ready, Mr. Houlihan?
21              MR. HOULIHAN:  Yes, ma'am.
22              THE COURT:  Let's bring the jurors in.
23              (Whereupon, the jury entered the courtroom at
24     2:41 p.m. and the following proceedings were had:)
25              THE COURT:  You may be seated.
```

Opening Statement by Mr. Houlihan                    155

1                Good afternoon, ladies and gentlemen.

2                You may proceed, Mr. Houlihan.

3                MR. HOULIHAN:  Thank you.

4                If it please the Court.

5                Good afternoon.

6                THE JURY:  Good afternoon.

7                MR. HOULIHAN:  I hope you had a good lunch.

8     You'll find out that there's very few good places to

9     eat around here.  So if you do find one, don't tell

10    anybody.

11               I'd like to start off with the least important

12    fact you're going to hear.  That's my name.  Because I

13    like to think it's important, but it's really not.

14               My name is Richard Houlihan.  I was introduced

15    to you during jury selection, but I just wanted to

16    reintroduce myself.

17               More importantly is my client.  This is

18    Naudimar Herrera.  Naudimar is the citizen accused of

19    being a conspirator in four separate counts in the

20    indictment.

21               Now, the purpose of opening, as you've been

22    told, is to give you kind of a road map of what type of

23    evidence you should expect.

24               However, since I've been preceded by my two

25    esteemed colleagues, I don't want to repeat everything.

```
 1    You know, you've been through enough.  So I'm just
 2    going to try to cut it down and really refer it more to
 3    Naudimar and tangentially to the remaining five.
 4              First of all, you've seen Naudimar.  Who is
 5    he?
 6              He's a young man.  I believe the evidence will
 7    show you he's a good, decent kid.  He was born in
 8    December of 1983, here at Jackson.
 9              Naudimar's dad, the evidence will show you, is
10    named Israel; his mom, Maribel.  Both Mother and Father
11    were born in the Dominican Republic.  They became
12    naturalized as US citizens.
13              Naudimar, since he was born in the United
14    States, obviously is a US citizen.
15              Naudimar's primary language is English.  In
16    fact, I think he would be a little embarrassed to say
17    that his knowledge of Spanish is kind of poor, even
18    though he can speak a little bit.
19              Naudimar is very close with his dad, Israel.
20    Now, his dad's father, Naudimar's grandfather, was a
21    Christian missionary -- or Christian minister in the
22    Dominican Republic for 55 years.
23              I know you've heard -- now this is the third
24    defense lawyer that's talked to you about Christian.
25    At the end, I'll show you why it's relevant.  But,
```

1    please, I suggest to you, it is important.

2            Naudimar, as a young man, dropped out of North

3    Miami Senior High School in the ninth grade.  Not a

4    smart move.  In fact, his dad and he didn't fight, but,

5    you know, like all dads, like, "Son, what are you

6    doing?"

7            You know, in the 21st century in America, you

8    need an education.  But Naudimar, like many young men,

9    think they know what to do, they can take care of it,

10   they can take care of themselves.

11           So Naudimar for a couple years struggled.  And

12   his dad and his mom -- but his dad let him struggle,

13   let him see what it's like.

14           Naudimar worked in a succession of jobs.  He

15   would dig trenches.  He would bus tables.  He worked at

16   the Foot Locker over here at Bayside.

17           And this is when Mom, Dad and Naudimar are

18   living in North Miami around Oak Grove Park.  I believe

19   the evidence will show you Oak Grove is approximately

20   146th Street and Northeast 6th Avenue.

21           Well, as Naudimar is struggling and his

22   pride -- you know, he's not going to admit, "I made a

23   mistake" so easily, he runs into and is introduced to a

24   man who you've heard now as Narseal Batiste.

25           Batiste invites Naudimar to his home with

Opening Statement by Mr. Houlihan                    158

1   others and it's in an area that Naudimar has always had

2   a deep interest in.  And I know this sounds corny, but

3   it's true.  "What is my relationship to my creator?"

4           Narseal had Bible classes -- Bible study

5   classes.  Naudimar attended.

6           Over time, this teacher-student relationship

7   developed into a friend relationship.  Naudimar began

8   to trust, to respect, Narseal Batiste.

9           Naudimar additionally at the same time would

10  love -- you'll hear evidence -- the United States

11  Marines.  Naudimar would go to Barnes & Noble or a

12  library and get a book on the Marines and sit there and

13  pore through it and make notes, Sempre Fidelis.  He

14  loved that idea.

15          But even though he was in his young 20s, he

16  couldn't enlist -- he was told he couldn't enlist,

17  since he dropped out in the ninth grade.

18          Well, Naudimar's relationship with Mr. Batiste

19  develops over time after a teacher and friend -- and in

20  the Bible study classes, I think you should know up

21  front, it was eclectic.  They would study the Christian

22  Bible, the Talmud and the Koran.

23          This relationship, at Narseal's suggestion --

24  he said, "Naudimar, why don't you work with me?"

25          Now, what does that mean?  There's a company.

Opening Statement by Mr. Houlihan                159

1    You've heard its name already.  It's called Azteca.

2    It's a construction company.  The owner/operator was

3    Narseal Batiste.

4              "Naudimar, work with me.  I can teach you a

5    trade.  Now, you're going to come in on the low rung.

6    You're going to be a go-fer.  I'm going to pay you

7    minimum wage.  But you can start learning."

8              And construction, as we know, in Miami for a

9    long period of time was doing pretty well.

10             Now, Narseal and Azteca -- Naudimar agreed --

11   did well.  Their reputation in the construction field

12   was very good.  They did good-quality work.

13             One problem, though -- and we see this now

14   like in Wall Street and the mess we're in as a people,

15   as a country -- Batiste didn't know how to run a

16   business.  Totally inept.

17             So Batiste brings in Stanley Phanor to run the

18   business for him.

19             Now, Naudimar's doing his thing now.  He

20   stopped working at Foot Locker.  He's working full-time

21   for Azteca.  He gets paid $7 an hour, but it's

22   sporadic.  Naudimar is living at home with Mom and Dad,

23   who have now relocated to North Miami Avenue and

24   41st Street here in Miami.

25             Naudimar's dad tells him, "Son, you know the

Opening Statement by Mr. Houlihan                    160

1    ways of the world.  In business, you don't get paid

2    sporadically.  That's not how it's done.  You know,

3    please.  You're my son.  I love you.  What's going on

4    here?"

5           Now, Naudimar, again, because of pride, "Dad,

6    I have it under control.  You know, I'm not stupid,

7    Dad.  I'm going to take care of it."

8           And Naudimar really had a wish that, at some

9    point, he's really going to succeed, he's going to

10   become an owner of this corporation, at Batiste's

11   suggestion, and he's going to able to buy his own

12   family, his mom and dad, a little house.  That's going

13   to be Naudimar's goal.  Not bad for a high school

14   dropout, huh?

15          Now, why would Naudimar feel he's going to

16   make this money?  Because they do good work and Narseal

17   Batiste told him and the others, "Kickback when I pay

18   you.  Give me back some of the money and we're going to

19   put it into the corporation.  We're going to build this

20   corporation up and that's how you're going to a part

21   owner of this."

22          Now, to Naudimar, "Hey, that's great.  I can

23   make a capital contribution."  He doesn't know what

24   those words mean, but he can invest in this company and

25   he's going to have an interest.  He's going to make

Opening Statement by Mr. Houlihan                161

1    money.

2              He would talk to his dad when his dad would

3    ask him and his dad would say, "Listen, Naudimar.

4    Please, that's not how it's done.

5              "Dad, I know what I'm doing.  Trust me."

6              Well, time goes along.  And you're going to

7    hear -- I'm just going to be very brief with this --

8    there's going to be hundreds, if not thousands, of

9    hours of audiotapes, of videotapes.  I think you,

10   ladies and gentlemen, have kind of got the drift up to

11   this point.  I'm not going to go into all of that.

12             Please, as a juror, remember context.  We all

13   know that in our own lives.  As the evidence is

14   presented to you, you always have to have in your mind,

15   "Is this in context?" and, "What is the context?"

16             Because, as we all know, in our conversation,

17   you can take a 20-, 30-second blurb or a minute blurb

18   and make it sound totally different from what the

19   conversation was about.

20             Now, one thing -- one conversation that I

21   would like to bring up to you, because Naudimar on

22   these hundreds, if not thousands, of hours is almost

23   never seen or heard.  He's out doing his own thing.

24   He's working, whatever.  Okay?

25             But on January 28th of 2006, as you've heard

Opening Statement by Mr. Houlihan                    162

1    already, there's what's called a Keys trip.  That's

2    when both paid informants traipse down to Marathon with

3    Patrick Abraham and Naudimar in the car.

4           This is the longest continuous taping in this

5    entire case.  The two paid informants are with these

6    two young men five, six hours, because they're driving

7    from Liberty City down to Marathon.

8           They stop at a convenience store.  Paid

9    Informant No. 2 buys some chips, gives them to

10   Naudimar, who's up in the front, you know, eating.

11          They go see Narseal Batiste, the two paid

12   informants alone.  Batiste is going to tell these

13   people, "Don't discuss with the guys, with anybody,

14   what you and I are talking about."

15          What he is talking about, obviously, as you

16   can gather, is doing things to make money.  And it

17   appears that Narseal Batiste for whatever reason was

18   having a horrible time financially.  And as a guy, I

19   realize, you know, his wife had to be getting on him.

20   He loved his kids.  You know, it's just a hard time.

21          But he decides, I guess, to play a game.  He's

22   going to tell these two paid informants what they want

23   to hear.  And as an American -- I think all of us, as

24   Americans, can say, you know, "You really are

25   disgusting.  You're shameful.  You're just," you

Opening Statement by Mr. Houlihan                    163

 1    know -- you know, "Get out of my sight."

 2              But that doesn't make it a crime, as you'll

 3    hear from the instructions at the end of the trial.

 4              But, anyway, after this meeting -- this

 5    private meeting, the two paid informants get into the

 6    car, traipse back to Liberty City.  And they actually

 7    go to Miami Beach.

 8              But -- so it's about five hours -- five and a

 9    half hours of continuous taping.  Everything's

10    recorded.  There's a transcript, which you can hear.

11              Now, the -- Naudimar's participation in

12    this -- when you see it, I'd like to point out a couple

13    of things.  Number one, he says to the paid informants,

14    "I'm about peace and love."  He sounds like a '60s

15    hippie.  "I'm about peace and love."

16              Now, neither one of these paid informants call

17    him on it.  Neither one says, "What do you mean, you're

18    about peace and love?  I thought you liked Al-Qaeda and

19    I thought you wanted to do this and that."  No.  Nobody

20    says anything.

21              Also on this trip, the Paid Informant No. 2,

22    who I would like to, with your permission, concentrate

23    a little bit on -- Paid Informant No. 2 is the big gun,

24    I believe, that you'll see for the Government's case.

25              By "big gun" I mean the following:  He is the

Opening Statement by Mr. Houlihan                    164

1    main person.  This person who you'll see, named Assaad,

2    is a dual national.  He was born, I believe, in Syria,

3    but he has Syria and Lebanese nationality.

4              He will admit being trained in the Syrian

5    military.  I'm going to cross him and maybe

6    unsuccessfully, but the evidence may show you that the

7    military really is intelligence -- Syrian intelligence.

8              This man is a trained killer, by his own

9    words.  He knows how to kill.  He speaks six languages.

10   Now he has sold his services to the FBI.

11             Well, even -- he fancies himself as a James

12   Bond figure.  When he comes in, you know, he'll be

13   dapper.  He's really something.  And, in fact, I will

14   ask him, you know, about James Bond and see what his

15   reaction is, unless he's been forewarned.  Well, you

16   know, that's what I expect, him to look like, "Hey, I'm

17   great.  I'm really good."

18             But during this four-, five-, six-hour time

19   with Patrick and Naudimar, the paid informant we just

20   went over is talking in Arabic to the other paid

21   informant.

22             They kind of forget they're being recorded,

23   because you're going to hear, through translation, them

24   referring to Naudimar as "a dumb ass."  That's a quote,

25   "dumb ass."  In fact, at a point, he refers to both

Opening Statement by Mr. Houlihan                165

```
 1   Patrick, who's driving, and Naudimar, as "dumb asses,"
 2   plural.  And that's a quote.
 3            Another statement he makes -- and it's a
 4   quote -- "Oh, look at them.  They're peeing in their
 5   pants."
 6            This is an informant who fancies himself, he's
 7   in control, he's in charge.  And when Naudimar is with
 8   him for six hours, this trained killer, this Syrian
 9   military, he doesn't get anything said by Naudimar that
10   in any way is incriminating, unless one takes, "I'm
11   about peace and love" as an incriminating statement.
12            Lastly -- I'm being brief because I think you
13   ladies and gentlemen just want to get down to the meat
14   of this.
15            Lastly, I'd like to talk about an area called
16   forensics.  Forensics basically, as I mean it and I
17   think it's used in court -- is the application of
18   science and scientific techniques to court matters.
19            For example, having nothing to do with our
20   case, examples would be there's a home burglary.
21   Somebody takes fingerprints.  There's a fingerprint.
22   There's a lift.  The scientist comes in and identifies
23   this lift taken from a doorjamb or window or whatever
24   to a standard card of a defendant.  That's science.
25            Now, as a juror, you get piece of information.
```

Opening Statement by Mr. Houlihan          166

 1   That's science.  That's evidence, hard evidence.

 2          Another example would be, for example, DNA.

 3   We all have heard of this, as Americans, where DNA --

 4   scientists come in and say, "One in five trillion, this

 5   is the person whose blood this belongs to," for

 6   example.

 7          Well, let's apply this to your job, because

 8   the answer is going to be there isn't any.  That's

 9   where I'm going with this.  There is no forensic

10   evidence.

11          June 22nd, 2006.  That is the date of the

12   indictment in this case.  That is the date the FBI very

13   professionally -- and they were correct to.  That's

14   what the law -- the protocol is, the procedure is --

15   went in front of the federal magistrate, raised -- an

16   agent raised his hand and basically said, "I want a

17   search warrant for this place you've heard of already

18   called the Embassy."

19          The Embassy is located at 6260 Northwest 15th

20   Avenue in Miami.

21          The agent said to the judge, "I have probable

22   cause to believe" -- and then listed, "This is the type

23   of evidence I'm looking for."  He received a search

24   warrant.

25          And, on June 22nd, 2006, you're going to hear

Opening Statement by Mr. Houlihan                167

1    about the execution of the search warrant.  The

2    execution was done professionally.

3            And "professionally" means, among other

4    things, nobody knows about it because you don't want a

5    bad person hiding evidence, destroying evidence,

6    removing evidence or adding evidence.

7            And it was done with SWAT going in first into

8    this Embassy, because the doors were locked gaining

9    entry, and then ERTU.  And the Feds love acronyms.

10   It's Evidence Response Team Unit.

11           But what it is is a highly skilled FBI CSI

12   team, criminal scene investigation, highly skilled.

13   There are six, seven people on the team.  They go in

14   there.  They all have their jobs.  They all know what

15   they're looking for because they've been briefed by the

16   FBI, their compatriots, their colleagues.  "What are we

17   looking for?"

18           Without going into and belaboring each and

19   every thing, I'd like to mention some of the things

20   they looked for.

21           For example, blueprints.  That makes sense in

22   the case where, supposedly, somebody wants to blow up

23   the Sears Tower or the Empire State Building or

24   whatever.

25           Well, there aren't any.  They never found any.

Opening Statement by Mr. Houlihan                    168

1          Drawings, sketches, schematics of buildings,

2   because, again, the nature of the case.  They never

3   found any.

4          Maps showing locations of buildings.  This

5   highly skilled team never found any.

6          Documents and information regarding Sears

7   Tower, specifically.  Zero.  Nothing.

8          Instruction manuals for bomb-making.  Okay.

9   Guess what?  They found nothing.

10          Construction manuals for firearms training.

11   Zero.  Nothing.

12          And then in a -- along with other things, in a

13   very kind of general -- there's like a legal, big catch

14   phrase.  In other words, whatever I can find.

15          And the way it was phrased, I believe the

16   evidence will show you, will be, "documents, records,

17   news accounts, magazines and articles relating to

18   terrorism, terrorist organizations, Al-Qaeda and Osama

19   bin Laden, Islamic fundamentalism, seditious activities

20   and organizations."

21          Now, I could go through these one by one, but

22   I think you've got the drift.  Zero.  Nothing.

23          And these team members will testify to you

24   about the search.  It took hours.  They took a lot of

25   evidence, a lot of books.  They took martial arts,

Opening Statement by Mr. Houlihan                     169

1    wooden swords.  But nothing, zero, concerning what you

2    just heard, in the most general way it could possibly

3    be phrased.

4            What they did find was computers.  As we know,

5    computers have hard drives.  Hard drives have taken

6    down some of the biggest corporations in the United

7    States either because of e-mail or what's on the hard

8    drive.

9            So the FBI had them and, as you know, the FBI

10   laboratory -- the main one is in Quantico, Virginia,

11   the evidence will show you.  But they have at their

12   resources everything they want to use.

13           The examined the hard drives.  And what did

14   they find on these hard drives related to what we're

15   here for?  Zero.  Nothing.  Not one thing.

16           The evidence -- the ERTU leader is actually

17   the number two in command.  His name is Lunn, L-u-n-n.

18   The one guy who evidently was the boss, like most

19   bosses, he was somewhere else, you know.

20           But Detective Lunn, Agent Lunn, also will say

21   to you, I believe, that, "Look, we're not basically as

22   stupid as we look.  When we go to a crime scene, we

23   know a bad person can want to hide things.  They're not

24   going to leave out on the dining room table bad stuff,

25   generally.  So we specifically here and in any case

Opening Statement by Mr. Houlihan                    170

1    looked for hidden areas, maybe up in the ceilings,

2    maybe things cut in the floors.  We really went over

3    that place.

4              "Did you find any hidden areas?

5              "No."

6              Well, he also will tell you, "We looked for

7    money because people who have bad plans have money."

8    He will tell you, I believe the evidence will show you,

9    that, "I was surprised that there was no money there."

10             In fact, the only thing having to do with

11   money was an FP&L -- this is how thorough these guys

12   and gals are -- an FP&L notice of termination of power

13   for nonpayment.  It was on the couch -- or stuck in

14   between two cushions of the couch.  That's the only

15   thing in this place related to money.

16             Mr. Batiste -- and I believe the power bill

17   was in Burson Augustin's name.  But, basically,

18   "Mr. Batiste, you can't pay the power.  We're going to

19   shut it off unless you come up with some money.

20             That is my basic summary of what the case is

21   going to be about.  Like I said, I wanted to be brief.

22             And as you've been told, you know, even though

23   there's six of us here, six clients, six lawyers,

24   technically, it is one trial for each one individually.

25   The law is fantastic, you know.  To save money, to save

 1    time, they're going to have one huge trial for

 2    everybody.

 3              But I believe Judge Lenard at the end will

 4    tell you that it's United States versus Naudimar

 5    Herrera and each one other.

 6              Each verdict is separate.  Each verdict is

 7    distinct.  You know, this is not one for all and all

 8    for all, whatever the Three Musketeers statement is.

 9              But at the end of the trial, the evidence that

10    you're going to see, the evidence you're going to hear,

11    is that Naudimar Herrera is a good and decent young

12    man, maybe was too prideful, but he was misled.  He

13    trusted when he shouldn't have.  Naudimar Herrera would

14    not now, ever, hurt his country, the United States of

15    America.

16              And at the end, when we -- I have the

17    opportunity of addressing you in what's called a

18    closing argument, I will ask you, after you hear the

19    purported evidence, the lack of evidence, what should

20    be there if this is true, but it isn't there, to return

21    the one and only true verdict.  That's not guilty.

22              Thank you for your time.

23              THE COURT:  Mr. Clark.

24              MR. CLARK:  May it please the Court, counsel

25    for the Government, co-counsel.

Opening Statement by Mr. Clark                    172

 1                    Good afternoon.

 2                    THE JURY:  Good afternoon.

 3                    MR. CLARK:  My name is Nathan Clark.  I

 4      represent Rotschild Augustine, who's seated next to me,

 5      just stood up.

 6                    As you have heard from the Government, he is

 7      charged with providing material support to Al-Qaeda,

 8      sedition, waging war against the United States.  And as

 9      you can see, he denies all these charges.

10                    I submit to you that these charges are

11      ridiculous.  The evidence in this case is going to show

12      that they're ridiculous.

13                    I'm going to explain to you in a nutshell --

14      and I'm going to try to be as brief as possible -- what

15      the evidence is actually going to show in this case in

16      order, because the presentation of the evidence is very

17      important, how the order of it -- that you can jump all

18      over the place or you can methodically go through it

19      and it'll explain why he's not guilty in this case.

20                    First of all, you've heard the Government

21      suggest that the evidence in this case is going to say

22      that there was a longstanding or existing desire to

23      levy war against the United States.  I'm going to tell

24      you the evidence is not going sustain that.  It's not

25      going to be the evidence in this case.

Opening Statement by Mr. Clark                    173

1          The evidence in this case -- this case started

2    in late 2005, approximately, October, 2005.  At that

3    time, Rotschild Augustine was 22 years old.  He was

4    born at Jackson Memorial Hospital.  He's a US citizen.

5    He's living with his mother and his stepfather in North

6    Miami.

7          He had graduated from Michael Cropp High

8    School.  He attended Miami-Dade Community College for

9    some classes.  He did not complete that, but he made

10   that effort.  Catholic religion.  He treasures his

11   United States citizenship.  He has many social friends

12   who are all United States citizens.

13         And he has basically normal relations that

14   anybody else would have in 2005.

15         You're going to hear evidence of

16   12,000 wiretaps in this case, that there are something

17   like 12,000 wiretaps.  You're never going to hear

18   Rotschild Augustine say anything about going to blow up

19   buildings or levying war.  It just didn't exist.

20   There's no evidence of that whatsoever that's going to

21   come in this case.

22         He has no resentment against this country.

23   There's going to be no evidence of that.  There's

24   radical Islamic training.  He's never owned a gun.

25   He's had no plans to do any harm and there were no

Opening Statement by Mr. Clark                    174

1    plans or bombs of any sort.

2            In fact, what it's going to show in this case

3    is that, in about 2005, like anyone else, he wanted to

4    get a job and earn some money to pay his bills and meet

5    his obligations of self-support.

6            He happened to get a job with a company called

7    Azteca, Incorporated, which happened to be owned and

8    operated by Mr. Batiste and his wife, Minerva.

9            Now, you're going to hear evidence in this

10   case that this company that he had did excellent work.

11   They worked regularly and did really good home

12   construction work and landscaping as well.

13           And Mr. Rotschild Augustine worked for minimum

14   wages, but he worked.  He had a job.

15           And he associated with his brother and some of

16   these other gentlemen here because they also worked for

17   Mr. Batiste's business.

18           And the evidence is going to show that they

19   had a location where his construction office was that

20   was on Northwest 60th Street and 15th Avenue.  Maybe

21   you recall being asked if you were familiar with that

22   area in jury questions.

23           And the evidence is going to show that this

24   little building that was rented where their office

25   equipment for Mr. Batiste was is right on

Opening Statement by Mr. Clark                    175

1    Northwest 60th Street, open and obvious to the public.

2              What is known as the Pork and Beans projects,

3    I believe, is across the street.  You can see into this

4    building, see this building completely.  It's totally

5    visible.  It's not a secret place of any sort.

6              So the evidence is going to be that it would

7    be ridiculous for anybody to allege or conclude that

8    this was a place for secret operations or any kind of

9    seditious activity to take place.

10             It may sometimes be referred to as the temple

11   or perhaps the Embassy.  And that's where he had

12   equipment.  You'll see pictures and photographs of

13   inside this building and what was in there.

14             And there's going to be undisputed and

15   credible testimony from at least -- I know at least one

16   person, Elsie Hamler, who used to run what is known as

17   the Contractors' Resource Center.

18             The Contractors' Resource Center is a

19   nonprofit organization that assisted people in the

20   construction business with getting jobs.  And they

21   assisted Mr. Batiste and he came -- they recommended

22   him because he and his workers did such a good job.

23             You will also hear testimony from people at

24   Parks and Recreation.  Some of the other counsel -- I

25   may cover some things that have already been covered,

Opening Statement by Mr. Clark                    176

1    and I apologize.  I'll try to make it succinct and move

2    through things.  But forgive me if I cover a few things

3    that my co-counsel covered.

4           You will hear testimony from people next door

5    who were familiar with the -- Mr. Batiste and his

6    business there and the activities that occurred there.

7    Nothing was done in secret.

8           You're going to hear testimony about some of

9    the spiritual activities under Moorish Science.  You're

10   going to hear some of that.  The evidence will be that

11   Moorish Science is something that was founded by a

12   Noble Drew Ali in, like, the early 1900s.

13          And what it was was a spiritual fitness

14   program, if you will, or a spiritual -- maybe a

15   religion or just a spiritual activity that involved

16   blended Judaism, Christianity and Islam and ways of

17   studying spiritual fitness.

18          And it will -- the evidence will come in in

19   this case that Mr. Batiste, in October of '05 and

20   before, had tried to obtain charitable money to help

21   fund that building there and those kinds of activities,

22   clearly, legitimate activities.

23          And there should be evidence that he attempted

24   to get some public funding for these kinds of

25   activities to take place in Liberty City.

Opening Statement by Mr. Clark                    177

1          And all this was done in the open.  In fact,

2    you've heard something about a Yemen flier.  The Yemen

3    flier was something having to do with this organization

4    that is supposed to be -- it's urged that this is some

5    kind of evidence of criminal intent.

6          Well, the fax number on the Yemen flier

7    actually went back to the Contractors' Resource Center.

8    You'll hear evidence from Elsie Hamler that anytime

9    they got faxes, they reviewed it all.  So if there was

10   anything inappropriate, it would be absurd that that

11   fax number was something that would be sent there.

12         It's clearly -- the Yemen flier had to do with

13   legitimate activities because all faxes went back to

14   Elsie Hamler, who runs the Contractors' Resource

15   Center.

16         And you will see that they studied the Bible.

17   They studied the Sermon on the Mount.  And Mr. Batiste

18   and his wife did seek contributions to do that ministry

19   that they had.

20         Now, essentially, the evidence is going to

21   prove that, before Abbas, this confidential witness

22   that you've heard sometimes referred to as CW No. 1 --

23   because there's going to be -- Elie Assaad is CW No. 2.

24   Mr. al-Saidi is CW No. 1.

25         Before he even came into the picture, there

Opening Statement by Mr. Clark                    178

 1   were no explosives, no plans of sedition.  There's --
 2   there was no Sears Tower ideation.  That was not even
 3   an issue.  No weapons at all.
 4         All the activities that were at this place
 5   were either construction or Moorish Science and were
 6   done in an open and public manner and nothing was done
 7   in secret.
 8         And Mr. Augustine, Rotschild Augustine, had --
 9   did simply work there and showed up there to get jobs
10   on a regular basis so he could do some work.
11         So in about '05, how did this case get
12   started?  What's the evidence going to show how this
13   case got started?  None of this stuff was in existence.
14         Well, the evidence is going to show that
15   Mr. Abbas, who is CW No. 1, is actually a paid street
16   informant.  He makes a living off threatening people to
17   go to the FBI, trying to make cases for the FBI.
18   That's how -- his motive is money.  That's what he
19   does.
20         And, basically, he was -- when this case got
21   started, it actually was not about Mr. Batiste.  It was
22   actually about a guy named Faisal Hassan.
23         The evidence is going to show that Mr. Abbas
24   was actually working at a grocery store as a clerk for
25   Faisal Hassan.  And Hassan and Mr. Abbas -- Mr. Abbas

Opening Statement by Mr. Clark                    179

1    has his own criminal history.  He has a tendency to --

2    you're going to see he has a tendency to lie and do

3    things for his own self-interest.

4            He got Mr. Hassan to put the store in his name

5    so they could carry on Food Stamp fraud and Welfare

6    check fraud and have illegal weapons and do other

7    things.  He actually put the store in Mr. Abbas's name

8    to do that.  And Mr. Abbas was doing that himself.

9            But Mr. Abbas was clever.  He decided he

10   wanted -- after he did that, he said, "I want -- now I

11   want $30,000 for you to take the store out of my name."

12   So he used it to extort Mr. Hassan of this -- for this

13   money.

14           And he said -- Mr. Hassan said, "You know

15   what?  I'm not giving you any money."

16           So what did the paid street informant do, who

17   has a history of working with the FBI?  He says, "I'm

18   going to call the FBI.  I'm going to threaten you with

19   the FBI with all this Food Stamp fraud and all this

20   other stuff."

21           So he got into this fight with Mr. Hassan,

22   trying to extort money out of him using the FBI.  And

23   he did call the FBI eventually.  And, frankly, the FBI

24   wasn't interested and he couldn't seem to get their

25   attention.

Opening Statement by Mr. Clark                    180

1          So then he said that Mr. Hassan was a Muslim

2   and involved in a local mosque and had some radical

3   Muslim ideas.  That still didn't get them interested.

4          So then he said that he was involved with a

5   radical Muslim organization that Mr. Batiste was

6   running.

7          And he kept on.  So they finally -- he got the

8   FBI interested in looking at this case.

9          Essentially, what has happened is the evidence

10  will show that, in 2005, the FBI entered into a

11  contract for pay with this Mr. Hassan [sic] to

12  basically set up Mr. Batiste to create, manufacture,

13  make up, a case of domestic terrorism for the FBI's

14  credit and for its own Government's administration, for

15  its own political news flash against -- ultimately,

16  against Mr. Rotschild Augustine, who has no resentment

17  or anything against this country.

18         The -- specifically the evidence is going to

19  show that they had a plan to promise Mr. Batiste money

20  as a charitable contribution for a legitimate Muslim

21  activities.

22         In other words, Mr. Abbas -- the plan was for

23  Mr. Abbas to go to Mr. Batiste and say, "I've got a

24  rich uncle and, if you will help Muslim activities --

25  legitimate Muslim activities, we'll give you money.

Opening Statement by Mr. Clark                    181

1   You can get money and we'll help you with your

2   charitable activities."

3             What's in it for Mr. Abbas?  Well, he said, "I

4   want to get a cut of the money.  I want to get like a

5   finder's fee if I get you this money.  My relatives

6   over in the Middle East have lots of money."

7             This is the plan launched by Mr. Abbas and the

8   FBI together.

9             It's what the evidence will show in this case

10  when you read the transcripts that have been -- the

11  wiretaps that have been taken of their conversations

12  and hear the testimony.

13            So from October to December the 16th, for two

14  and a half months, Mr. Abbas said, "I'm going to spend

15  some time showing you how to portray yourself in a

16  manner suitable for this rich uncle to get the

17  contribution of the money."

18            And the plan was without -- Mr. Batiste didn't

19  know this, but the plan that the FBI had was to bring

20  another paid street informant, who's CW No. 2, to pose

21  as this rich uncle.

22            His name is Elie Assaad.  I've referred to him

23  as CW 2.  He is paid money.  And he's not only going to

24  get money, but he's going to get some valuable asylum

25  benefits.  He's going to get the right to live in this

Opening Statement by Mr. Clark                    182

 1    country when he otherwise couldn't live in this country

 2    and -- to play his role in this case.

 3            First, he was to be a rich uncle supporting

 4    Muslim charitable causes.  But the plan was for CW 1

 5    and CW 2 together to alternate meetings with

 6    Mr. Batiste to meet with him and to basically coach him

 7    up and induce him with this money over a period of time

 8    to try to make seditious statements against the

 9    Government.

10            You've heard the word "sedition" by the

11    Government mentioned in this.  It's -- basically,

12    sedition is -- well, it's going to be levying war

13    against the United States.

14            And the -- knowing that Mr. Batiste did not

15    intend at all to commit these acts, except just to get

16    this money.

17            So the evidence will show that this case was a

18    manufactured and fictitious case of domestic terrorism

19    and not a case of real terrorism, a manufactured case

20    for the political and media purposes of the FBI and the

21    administration at that time.

22            Now, let me just speak briefly about some of

23    the specific evidence that supports this that you will

24    hear from the witness stand and read in the transcripts

25    of this case.

1       There will be a tape -- there was a period of

2   time when discussions were had that were not on tape.

3   One of the things that happened is, by the agreement,

4   Mr. Abbas had the right to have the -- turn the

5   recorder off and on whenever he wanted to.

6       So if he didn't want to record something

7   because it might exonerate Mr. Batiste and my client,

8   he could just turn off the recorder.

9       But we do know that he recorded something on

10  11-7 and, despite -- that's November the 7th -- and

11  despite trying to talk to him for six weeks -- at least

12  six weeks, he still couldn't get Mr. Batiste to say the

13  things he wanted him to say.

14      So he started -- he went to meet with

15  Mr. Batiste.  He ended up meeting with Mr. Burson

16  Augustin, but he started telling him that, "The devil

17  is in Iraq, Palestine and Afghanistan.  The devil made

18  the President" -- referring to President Bush -- "The

19  US is bad to Muslims.  My uncle is bringing the money.

20  You've got to appear like you're organized to get this

21  money from my uncle, sympathetic to Muslim causes."

22      He told him in that conversation, "You've got

23  to get it together.  Don't make me look stupid."

24  Because he's telling him, "This is a scam.  We're going

25  to scam this guy of money.  You've got to pretend so

Opening Statement by Mr. Clark                    184

1    you don't make me look stupid."  You're going to read

2    that in the transcript and evidence in this case.

3            Then on November the 10th, you're going to see

4    a meeting between Mr. Abbas and Narseal Batiste and

5    he's going to have CNN with bombings on TV when he gets

6    there so that there's political option -- opportunities

7    to talk.  That's what the evidence is going to show.

8            And he's going to -- going to tell him, you

9    know, "You've got to get -- for the mosque, you've got

10   to get video.  I'm going to get videos from home for

11   you" -- you know, like, from Yemen, where he's from --

12   "so I can make this look like you're in a mosque."

13           And he also talks in that meeting about his

14   dispute with Faisal Hassan, because he's going to deny

15   that that's the reason he originally went to the FBI,

16   but it's going to be in the evidence in this case.

17           And he's going to have war on the TV and he

18   says he's going to buy some thing to turn the little

19   construction business in Liberty City into a mosque.

20   He's going to buy some things for it.

21           And he's going to go to New York for that.

22   And then there's going to be -- on November the 21st,

23   you're going to hear a tape.  If that wasn't

24   preposterous enough, Mr. Abbas is actually going to

25   read from a jihad book to Mr. Batiste to try to -- so

Opening Statement by Mr. Clark                              185

1    he would be familiar with terminology so that he would

2    look like he knows what he's talking about.

3           And he's -- he told him, "You need to be

4    someone who supported mosques."  He asked him if he'd

5    ever seen the movie *Fahrenheit 9/11* because he wanted

6    him to understand that this is the kind of talk that he

7    needed to talk.

8           He's also asking him if he'd ever seen a CD on

9    9/11 and he told Narseal Batiste that President Bush

10   had ignored the problem and didn't know what to do on

11   9/11 to try to engender this seditious kind of talk.

12          And he's told him, "Once I see you acting like

13   you know what you're talking about, this money is going

14   to come through."

15          Now, meanwhile, Rotschild Augustine knows

16   nothing about this.  This is all between Abbas and

17   Mr. Batiste.

18          And he says, "You need to fix the mosque up"

19   and he continued to talk about the policies of the

20   United States.  He says, "We need to have -- look like

21   there's Muslims wherever we go" and he said "You still

22   haven't fixed up the place to make it look like a

23   mosque.  You've got to get this done."

24          And it's November 21st.  He's still trying to

25   coach him up to make it look like they're doing some

1    seditious activity.

2         So -- now, you may hear argument that

3    Mr. Abbas is just present to make a connection to CW 2.

4    And the evidence is going to show you that was not the

5    case.  He was there to coach all this stuff up to

6    manufacture and create a case that didn't exist.

7         Then, of course, finally, they make

8    arrangements to have Mr. Batiste actually go to the

9    hotel room and meet Mr. Assaad for the first time.

10   That's December the 16th.  So he's trying to coach him

11   up for two months, two and a half months.

12         And when they get there in the meeting,

13   Mr. Batiste is going to be wearing, comically, a rod --

14   he's going to have a rod and a staff and he's going to

15   have a turban on to try to get this money that he and

16   Mr. Abbas are supposedly going to share.

17         And when they -- after they talk, they

18   continue to talk and Mr. Batiste tells him, "I'm just

19   exhausted financially.  I just want to get the money."

20         And he said, "What you are going to do for

21   it?"

22         He says -- Mr. Vereen, my co-counsel, has told

23   you he said, "I'm going to march downtown to the

24   officers of Jeb Bush."

25         And to tell you how much the FBI was coaching

Opening Statement by Mr. Clark                    187

1    up this case, the evidence is going to show that,

2    during this meeting -- the meeting wasn't going the way

3    the FBI wanted it to go.

4            So they started making telephone calls to

5    Mr. Assaad in the room to say, "Look, you've got to get

6    him to say something else.  You've got to get him to do

7    something else."  Four telephone culls.

8            One of the telephone calls -- they finally

9    just said, "That's not working.  You've got to shut

10   this down."

11           So before the meeting ended, Mr. Assaad, CW 2,

12   told Mr. Batiste, "You've got to give me something

13   stronger if you want this money.  You've got to talk

14   stronger."

15           So -- and he says "I like the word 'bring it

16   down.'  You need to work on this until Monday and come

17   back.  We'll see you again on Monday so you can make

18   even more -- try to make a stronger talk of sedition so

19   you can get this money."

20           So what happens now?  Remember, the FBI

21   directs all these informants in everything they do.

22   They review these tapes immediately.  They know what's

23   going on.

24           The FBI chose to send Mr. Abbas back to talk

25   again to Mr. Batiste to tell him what he did wrong and

Opening Statement by Mr. Clark                    188

1    how to coach him up again on what to do right.

2              So the evidence is going to show that

3    Mr. Abbas, CW No. 1, now meets with Mr. Batiste again

4    and tells him -- starts off talking about how he wants

5    to blow himself up and go to heaven and that this guy

6    has billions of dollars overseas.

7              He'll try to deny that.  You'll hear evidence

8    that he'll try to deny it and say, "I wasn't referring

9    to that" when he was referring to promises of more

10   money to Mr. Batiste.

11             He says, "You've got to be organized and

12   they're not going to hand a lot of money to nobody for

13   nothing.  I'm going to try to get you as much money as

14   I can, even if it's pocket change for a while."

15             And he says "Don't promote the Moorish Science

16   stuff anymore.  That's making me look bad.  Don't say

17   that.  Maybe you need to change your name to make it

18   look like you're more sympathetic to Muslim causes."

19             The evidence is going to show that he even

20   suggested keeping it a secret because he realized that,

21   if this stuff got out, that it never would fly.  My

22   client wouldn't have anything to do with this.

23             So the evidence is going to show that he

24   basically told him in this meeting -- that he suggested

25   to him the plan of carrying a bomb in a restaurant,

Opening Statement by Mr. Clark                    189

 1    which Mr. Vereen told you.

 2            And he said -- and Mr. Batiste said, "That's

 3    what you want me to talk about?  That's the kind of

 4    attack they're going to do?"

 5            And Mr. Abbas said, "Exactly.  Thank you,

 6    Brother.  Exactly.  That's what you need to say to get

 7    this."

 8            This is what the evidence is going to show in

 9    this case, is at that meeting that idea of Sears Tower

10    even comes up.  That's in December.  None of this stuff

11    was ever in existence whatsoever.

12            And nobody ever intended to blow up the Sears

13    Tower.  The evidence is going to show nobody was ever

14    going to blow up the Sears Tower.  It was all about

15    creating a case on tape for political and media

16    purposes.

17            THE COURT:  You have five minutes.

18            MR. CLARK:  Thank you, your Honor.

19            There's going to be other tapes of these

20    discussions.  And, essentially -- now we're in

21    January -- Mr. Batiste couldn't get the money and got

22    tired of this stuff.

23            So Mr. Abbas, in early January, had to come

24    into the picture again to try to put everything back

25    together, and he says, "I'm going to get you the money,

Opening Statement by Mr. Clark                    190

 1    but you still need to organize more.  You still need to

 2    do some other things."

 3           And they finally arranged this meeting that

 4    you heard in the Keys, perhaps, this January 28th

 5    meeting.  And the thing goes, again, preposterous.  He

 6    basically tells him -- tells Mr. Batiste at that

 7    meeting that, "Nobody's gonna give you any money

 8    because you might run away with it."

 9           The Government knew at that point that nobody

10    intended to blow up anything.  It was just whether he

11    was going to run away with the money.

12           It's at that time that they introduced this

13    idea of having another warehouse where they could set

14    up a camera and try to get people to show up at that

15    warehouse to take photographs of this oath.  And in

16    February -- that didn't happen for a while.  They kept

17    trying to do that.

18           On February 19th, the case was to the point of

19    absurdity where people are saying they're going to have

20    horses and donkeys in a ground war against the United

21    States.

22           Finally, this oath thing.  The oath was --

23    they wanted to use the element of surprise.  So the

24    Government -- this was not rehearsed.  Nobody knew

25    there was going to be an oath.

1          And then, even when they started this thing,

2     Mr. Phanor, Mr. Vereen's client, tried to stop it.  He

3     didn't even know what they were talking about.

4          My client didn't understand it.  You will see

5     that in the tape.

6          After that, when they -- after this oath was

7     done, basically, the organization broke down because

8     they didn't want to have anything to do with it, in

9     about a month.

10          The Government continued to try efforts to

11     revitalize this thing, knowing that nobody was

12     intending to blow up any building whatsoever.

13          They basically arrested my client on June

14     the 22nd of 2006 and charged him with sedition and

15     material support of Al-Qaeda.

16          And I believe, after you hear the evidence in

17     this case and see what has happened in this case,

18     you'll do the right thing.  You'll return a not guilty

19     verdict for my client and these other Defendants.

20          I want to thank you for your time and

21     attention.

22          THE COURT:  Mr. Casuso.

23          MR. CASUSO:  Thank you, Judge.

24          May it please the Court, counsel, ladies and

25     gentlemen.

Opening Statement by Mr. Casuso                    192

1          My name is Lou Casuso.  I represent Burson

2   Augustin over there.

3          A smart guy once said that the law is too

4   important to be left to the lawyers.  And this is why

5   you're here.  This case needs your common sense.  It

6   needs your everyday reason.  It needs your life

7   experiences to see it for what it is.

8          First of all, let me tell you what the case is

9   not about.  It's not about Osama bin Laden.  It's not

10  about terrorism.  It's not about Al-Qaeda.

11         My client, Burson Augustin, was 20 years old

12  in 2005.  The problems of the Middle East were not a

13  part of his life.  Dirt poor.  Born in the United

14  States.  He's an American citizen, and he loves this

15  country.

16         He worked for that man over there, Narseal

17  Batiste, as a laborer, making minimum wage.  He wasn't

18  a punk.  He wasn't out there on the streets selling

19  drugs.  He wasn't sticking a gun in anybody's face.  He

20  was working.

21         Again, let me tell you something:  Poor

22  people, poor people, don't take over the world.  Poor

23  people are concerned about paying for their food,

24  paying for their mortgage.  He worked for Narseal

25  Batiste, who sometimes, you've heard, couldn't even put

Opening Statement by Mr. Casuso                    193

 1   food on his table.

 2            And what happens here?  Like the prosecutor

 3   said -- because, you know, again, this case is also not

 4   about moral fortitude.  And we resent the fact that the

 5   prosecutor stood up here and says he sold his country

 6   for money.

 7            They have the money.  We don't.  They have the

 8   money.  They brought in the first informant.  They

 9   bring in the first informant, who, by the way, you'll

10   see.  You'll see what this guy is all about.  Okay?

11            He had scams going on in New York, where he

12   came from.  As a matter of fact, when -- after you

13   listen to him, you're going to wonder, "What the heck

14   is this guy doing in this country?  Why is this guy

15   permitted?"  He's not a citizen.  He's from Yemen.

16   What's he doing here?  He had immigration problems.

17            They bring him back from Yemen to set up these

18   people.  And what's he saying?  Oh, he's got the money.

19            You know what?  These people -- again, these

20   people are survivors here, like trying to run a

21   business, trying to make -- minding their own business.

22            This other man wants to have a church.  God

23   bless him.  Nothing wrong with that.

24            They bring him back with the promises of

25   money.  Poor people.  Okay?  We're not saying we're

Opening Statement by Mr. Casuso                          194

1   going to give money to some rich guy.  We're going to

2   offer money to dirt poor people trying to make a

3   living.  Offering money, 30,000 bucks.

4           This case is like a movie.  Okay?  It's like a

5   movie.  Everyone in this case is an actor.  Everyone

6   has a part to play.

7           The informant is making money.  You've heard

8   he made about 40,000, plus he fixed up some problems

9   that he had.

10          The second informant, about $100,000.  He's

11  making money.  He's keeping it going.

12          Narseal Batiste:  He's after the money, also.

13          And I've got a 20-year-old over his head here.

14          Narseal Batiste.  He wants, I think they said,

15  $50,000.  "We're going to give you $50,000 to take an

16  oath.  You can have the $50,000.  Take the oath," as if

17  this were the Spanish Inquisition, "Renounce the devil

18  or you'll be burnt at the stake.  Take the oath and you

19  can have the money.  You can have the money."

20          But the Government says, "Gee, they sold their

21  country."  Who are they?  Who are they to set the moral

22  tone here?

23          You know something?  The Judge is going to

24  tell you this is a criminal case.  Okay?  It's not a

25  class in philosophy.  It's not a class in college about

Opening Statement by Mr. Casuso                195

```
 1    who's got the higher moral ground.

 2           This is a criminal case.  That means there's

 3    two rules of the road:  presumption of innocence and

 4    reasonable doubt.

 5           They have to -- they have the burden of proof.

 6    They have to convince you beyond a reasonable doubt.

 7    If they can't convince you beyond a reasonable doubt,

 8    your vote is not guilty.  End of story.  It's time to

 9    put an end to this case.  It's gone on long enough.

10    It's time to put it to bed.

11           The evidence that you're going to hear is

12    basically that.

13           The informants are baiting Narseal Batiste.

14    He wants to get the money.  The informants want to get

15    their money.  So they're keeping this thing going.

16           What does the charges indicate to you?  Four

17    charges of conspiracy.  You know what that means?

18    Nothing happened.  Nothing happened.

19           After months and months and months of talk,

20    nothing happened.  You're going to sit here for months.

21    And this is what you're going to hear:  Talk and more

22    talk and more talk and no action.  Talk and more talk

23    and more talk.

24           Now, the Judge is going to tell you -- because

25    after we hear the -- after you hear the evidence and --
```

Opening Statement by Mr. Casuso                    196

1    your job is to, one, use your common sense and your

2    everyday reason.

3           Number two:  Please pay attention to the

4    evidence.

5           Number three:  Please follow the Judge's

6    instructions.

7           If you do that, you do your job.  If you do

8    your job, justice is done.  If we do our job, justice

9    is done.

10          Follow the instructions.  Follow the law.

11   Listen to the evidence.  And at the end of the case,

12   hopefully, you come out with a just verdict.

13          But what is the Judge going to tell you?  She

14   told you already when she read you the conspiracy

15   instruction.  Very important.

16          What's the bottom line?  The bottom line,

17   because nothing happened -- because I suggest to you

18   that this case should have stopped when they offered

19   Mr. Batiste explosives, firearms and he said, "No."

20   This case should have stopped.  They should have pulled

21   the plug on this.

22          But you know the thing about Governments?

23   They hardly ever say they're wrong.  They hardly ever

24   say they're wrong.  So they kept it going.

25          When he refused -- can you imagine going in a

Opening Statement by Mr. Casuso                    197

1   restaurant and putting poison in salt shakers?  This

2   guy can't even put food on his table.  He's going to go

3   into a restaurant and put poison in the salt?  It's

4   crazy talk.  It's nonsense.

5          But the Judge is going to tell you what you

6   need to find out here, what they need to prove to you

7   beyond a reasonable doubt.

8          Was there an intent to wage war on the United

9   States?  Was there an intent?  In other words, all

10  these conspiracy charges, was there an intent to carry

11  them out?

12         What was the intent?  Was there a specific

13  intent to carry out these crimes?  If you find the

14  evidence lacking, there's no case.  It's all talk.

15         And I suggest to you -- and I'll sit down in a

16  minute -- I suggest to you that the evidence -- that

17  you will have many -- not one -- many reasonable

18  doubts.

19         Why?  Because if there is an intent to wage

20  war and an intent to provide aid to Al-Qaeda, all these

21  things, he would have taken the guns.  He would have

22  taken the explosives.  They would have at least found

23  evidence, maybe, like some fertilizer and ammonia, like

24  where that building was blown up in Oklahoma.

25  Something.

1           But when it came down to the nitty-gritty,

2      when it came down to the brass tacks, it didn't happen.

3      And that, ladies and gentlemen, is intent.  That is

4      what intent is.  That one you can take to the bank.

5           This is what this case is about.

6           Again, thank you -- well, first of all, thank

7      you very much for serving.  You have your work cut out

8      for you, believe me.  You're going to be listening to

9      this nonsense for a while.

10          But when you listen to it, was there an intent

11     by these men to commit a crime?  And as far as Burson

12     Augustin, 20 years old, what war is he going to wage on

13     the United States?

14          Thank you very much.

15          THE COURT:  Mr. Levin.

16          MR. LEVIN:  Yes.  May it please the Court.

17          Ladies and gentlemen, you've heard a lot so

18     far.  So I figured that, rather than speak my opening

19     statement, I was going to sing it.  I'm kidding, of

20     course.  I figured that would get your attention.

21          But as Mr. Casuso has said, first of all,

22     thank you.  Thank you for serving as jurors in this

23     case.  The system of justice that we live under would

24     not work without you.

25          A long time ago, a lawyer who became a federal

Opening Statement by Mr. Levin                    199

 1    judge who's now in Congress, in giving a closing

 2    argument said, "Why do they call them the Government?

 3    They're not the Government.  They're prosecutors."

 4         You're the Government.  You're the Government.

 5    You're the Government because you people decide.  You

 6    have the final say.

 7         We're grateful for that.  We're grateful for

 8    that as Americans, as US citizens.  We're grateful that

 9    we live in a society that allows for this process.

10         Again, my name is Albert Levin.  I represent

11    Patrick Abraham.

12         Patrick Abraham, stand up, please.

13         Patrick came to the United States in 1997 from

14    Haiti with a dream.  That dream never included ending

15    up in this nightmare as a Defendant in a so-called

16    terrorism case.

17         Now, I can't help but be repetitious to an

18    extent.  But I'll try to put a different spin on it, if

19    I can.

20         Mr. Casuso just told you this is like a movie.

21    I can tell you this:  Steven Spielberg, Spike Lee and

22    Ron Howard would marvel at the script that has been

23    produced, written and directed by the prosecutors and

24    the FBI in this case.  They would marvel at it.

25         Why is that?  Because of "The Thug" and "The

Opening Statement by Mr. Levin                    200

1   Muscle," as Ms. Ana Jhones described, who've also been

2   referred to as CI 1 and CI No. 2.  Abbas al-Saidi would

3   be "The Thug" in Ms. Jhones's terminology.  Elie Assaad

4   would be "The Muscle" in Ms. Jhones's terminology.  CI

5   No. 1 is Abbas al-Saidi.  CI No. 2 is Elie Assaad.

6        You've already heard little snippets about

7   these people.  But, but for these people, none of these

8   Defendants would be sitting in front of you today.

9        But for this case being manufactured as a

10  result of -- and Mr. Casuso and Mr. Clark have opined

11  or given an opinion that it's because of an

12  administration that really needed to save face after

13  9/11.

14        I briefly want to digress --

15        MS. ARANGO:  Objection, Judge.  Improper

16  argument.

17        THE COURT:  Sustained.

18        MR. LEVIN:  I briefly want to digress because,

19  during the jury selection process, which was an

20  exhaustive one and somewhat of an unusual one, you were

21  asked a lot of questions about being able to put aside

22  9/11 and what happened on 9/11 and the notion of

23  terrorism and you responded that you could put that all

24  aside and decide this case based upon the evidence

25  that's adduced in this courtroom.

1        Well, what's that evidence going to be?  I'll

2   be brief.  Ms. Jhones gave a tremendous outline of what

3   she suspects the evidence to be.  Mr. Vereen likewise

4   gave an overview of what he expects the evidence to be.

5        The evidence is going to come from that

6   witness stand.  You people are going to have the final

7   say.  You're going to decide what the evidence is in

8   this case.

9        But, unmistakably, I submit what the evidence

10  is going to show is that "The Thug," Abbas al-Saidi,

11  came to the United States in 1993.  He started working

12  in convenience stores in New York City.  Within two or

13  three years thereafter, he became an informant for the

14  New York City Police Department.

15        That's the way he learned how to make a

16  living, to rat out people, to make cases.  You'll have

17  to determine his credibility, ladies and gentlemen,

18  because that's what this is.  This is a search for the

19  truth.

20        What is the truth?  You'll decide what the

21  truth is in this case.

22        But that creature -- and you'll see him.

23  Okay?

24        That creature is going to come in here and

25  tell you, "Yeah.  I used to pick" -- "Yeah.  These guys

Opening Statement by Mr. Levin                    202

1   would come in my convenience stores in New York and I

2   knew they were into drugs.  So I'd call up and I'd get

3   paid.  Yeah.  I knew some of them were into drugs.

4   But, you know, I wouldn't call up on them."

5           He becomes, in essence, a selective informant.

6   Okay?

7           Then in the early 2000s, he starts calling up

8   and he develops a relationship with a guy named

9   Branzetti, Detective Branzetti out of New York, where

10  he tries to make terrorism cases.

11          He learns the ropes.  He learns the system.

12  He knows what he needs to do to make a buck, to make

13  his welfare.  He also knows what he needs to do to stay

14  in this country:  satisfy the Government.

15          This guy should have been deported years ago,

16  years ago, for his pot-smoking and his other illicit

17  activities.

18          You'll decide and you'll judge his credibility

19  when he takes that witness stand.

20          Well, he decides, "Oh, I've had enough of

21  New York" for whatever reason.  He leaves New York.  He

22  comes down to South Florida, living on Miami Beach with

23  his girlfriend, a woman named Stephanie Jennings.  One

24  night he beats the crap out of her, gets arrested, gets

25  put in jail.

Opening Statement by Mr. Levin                    203

 1          What does he do?  He picks up the phone.  He

 2   calls Detective Branzetti, who puts him in touch with

 3   Special Agent John Stewart of the FBI, the gentleman

 4   seated at that table.

 5          Stewart goes over and meets with him, hears

 6   some information.  A plan is concocted.  Conversations

 7   are unrecorded.  You won't know what Abbas al-Saidi

 8   said to Batiste.

 9          I'll submit to you what he said to Batiste

10   was, "I got another guy coming down here.  He's a

11   wealthy relative of mine from the Middle East.  Pretend

12   you're into ideology that's radical.  Pretend you're

13   going to want to do bad things to this country.  And I

14   guarantee that, at the end of the day, there's going to

15   be money waiting for you.  Your pot of gold is going to

16   be at the end of the rainbow."

17          It gets worse.  Because then what happens?

18   Another informant is injected into these proceedings.

19   Why do I say that Spielberg, Howard and Spike Lee would

20   marvel at this script?

21          Because a guy named Elie Assaad, who's been an

22   informant for the FBI since 1999, working in Chicago --

23   and that's the only way he's ever made money, as an

24   informant, and he will tell you that from that witness

25   stand, as an informant for the United States

Opening Statement by Mr. Levin                           204

```
 1   Government.  That's the only way he's ever made money.

 2          As Ms. Jhones said, I don't know what the

 3   figures are these days.  I would submit to you that

 4   we're probably up to 125- to $150,000 that he's made in

 5   this case as an informant with regard to his activities

 6   and his assistance to the Government.

 7          Now, what I'm about to tell you is absolutely

 8   the truth.  Elie Assaad also goes by the name of Tony

 9   Montana.  Tony Montana.  If that doesn't speak volumes

10   about this man, I don't know what does.

11          You might recall the movie Scarface.  Tony

12   Montana was a notorious, ruthless drug dealer who came

13   to this country -- or, based on the movie, came to this

14   country in the early '80s.

15          Elie Assaad said, "Well, I kind of liked the

16   name.  I was walking around South Beach" -- where he

17   had an apartment, mind you, on the ocean, on the

18   Government's dime -- "and I acquired the name Tony

19   Montana."

20          He may also tell you that, at a prior

21   proceeding, the name Tony -- the name Montana came from

22   his wife's Hispanic side of the family.  When he was

23   under oath, he said that.

24          He will be shown during this trial to have

25   lied under oath previously.  The Judge is going to read
```

1    you a number of instructions on the law at the end of

2    this case.  She's already read you one of them on the

3    law of conspiracy.

4            Part of the instruction is that mere presence

5    at the scene of a crime or transaction or the mere fact

6    that persons may have associated to discuss common aims

7    or interests does not thereby establish a conspiracy.

8            She's going to tell you that.

9            Another instruction she's going to give you

10   is:  How do you evaluate the credibility of witnesses?

11           She's going to tell you that the law says that

12   a person who's a paid informant or seeks to gain a

13   benefit by their testimony -- that testimony must be

14   evaluated by you, the jury, with more caution, more

15   caution.

16           Imagine a yellow light over that jury box when

17   "The Thug" and "The Muscle," Elie Assaad and Abbas

18   al-Saidi, testify, because the Judge herself at the end

19   of this case is going to tell you that that type of

20   testimony must be evaluated with more caution than the

21   testimony of a witness that does not have anything to

22   gain or is not testifying because they're being paid or

23   is not testifying because they hope to receive a

24   reduction in a sentence.

25           That doesn't apply in this case.

Opening Statement by Mr. Levin                          206

1              Proof beyond a reasonable doubt, Her Honor

2    will tell you, is proof of such a convincing character

3    that you would be willing to rely and act upon it

4    without hesitation in the most important of your own

5    affairs, whatever they may be.  Relationships,

6    employment, moving your residence.  It's the highest

7    burden in the law.  And they have that burden of proof.

8              The bottom line for you to decide is intent.

9    That's what this case comes down to:  What did Patrick

10   Abraham intend?

11             Did he intend to wage a war against the United

12   States?  Absolutely not.

13             Did he intend to blow up any buildings?

14   Absolutely not.

15             Did he intend to lend material support to a

16   foreign terrorist organization, Al-Qaeda -- pretend

17   Al-Qaeda?  These are not real Al-Qaeda people.

18             In fact, the evidence is going to show that,

19   in a meeting on January 28th, when Elie Assaad has a

20   conversation with Patrick Abraham, Patrick Abraham

21   says -- after being told, "I'm Al-Qaeda," Patrick

22   Abraham says, "I thought you were a Saudi.  I thought

23   you were a Saudi."

24             Now, what's the significance of that?  Saudi

25   Arabia has a reputation as being a wealthy country.

Opening Statement by Mr. Levin                    207

1    That shows Patrick Abraham's mindset, which was nothing

2    but to get the money.

3            They say he's Narseal's first lieutenant.   In

4    truth and in fact, he's his number one laborer.  See,

5    he is a stucco guy.  He's masonry guy.

6            You're going to hear witnesses that come in

7    that Patrick Abraham did work for and talk about how

8    good he is at what he does.  With all due respect to

9    the gentlemen seated behind me, Patrick Abraham was the

10   best at what he did.

11           And Patrick Abraham wanted to get paid for

12   what he did.  And there are times when he is with

13   Narseal Batiste at meetings where Narseal Batiste is

14   doing most of the talking.

15           But Abraham already knows about Narseal

16   Batiste and that Narseal already knows what's going on

17   and what he needs to do.  So he's there going along

18   with it, just kind of sitting back, maybe throwing a

19   word in here or a word in there.  That's basically it.

20   That's basically it.

21           As time goes on -- as time goes on -- first of

22   all, these people were never on anybody's radar screen

23   prior to the injection of these informants in this

24   case.  If these Defendants had had the true intent to

25   have done this, trust me, there would be evidence that

Opening Statement by Mr. Levin                   208

1    showed something from a time prior to the injection of

2    the informants in this case, who were directed by the

3    FBI, who were listening at all times to recorded

4    conversations or conversations that were simultaneously

5    being listened to.

6           For example, Tony Velazquez in this

7    December 16th meeting that's in a hotel room, he's down

8    the hall listening, simultaneously, to what Elie Assaad

9    is saying to Narseal Batiste.  He's directing him.

10          He's actually telling him -- because he's

11   wearing an earpiece -- he's actually telling him --

12   excuse me.  He's not wearing an earpiece.  He calls him

13   on the telephone in this hotel room and he's basically

14   directly him and telling me what he needs to do or what

15   to say.

16          These guys never had had any intent whatsoever

17   to do any of these things that they're charged with.

18   This case is an absolute absurdity and should never

19   have been brought to a court of law.  Never.

20          Mr. Vereen told you one of the things that

21   Abbas al-Saidi said was, "Place a bomb inside a

22   restaurant that will kill hundreds of people.  That

23   way, you won't lose any of your soldiers."

24          I mean, come on.  Use your common sense.  Use

25   your common sense.  Who's calling the shots here,

Opening Statement by Mr. Levin                     209

1    ladies and gentlemen?  The evidence is going to show

2    that they were calling the shots, that these guys were

3    ensnared in an FBI sting operation and they went too

4    far.

5            Ask yourself when you hear the evidence.  They

6    never even asked for bullets.  You can't wage a war

7    without bullets.  They never even asked for rockets.

8    You can't wage a war without rockets.  It was strictly

9    to get the money.

10           Now, my client, Patrick Abraham, this

11   March 16th so-called oath of allegiance to Al-Qaeda.

12   Okay?  Well, you're going to hear that.  You're also

13   going to hear afterwards that my client, Mr. Abraham,

14   drove Elie Assaad back to Miami Beach after all was

15   said and done.

16           Now, if he's truly intent on waging war and

17   offering himself and resources as material support,

18   wouldn't he express some excitement that, finally, the

19   moment in time has come where he has joined forces with

20   this foreign terrorist organization?

21           You will hear approximately a 25-minute drive

22   back from the so-called 62nd Street and 15th Avenue

23   location.  And there is no conversation about -- from

24   Mr. Abraham about, "I'm so happy now.  I've been

25   waiting for this forever.  I mean, this has been my

Opening Statement by Mr. Levin                    210

1    life's ambition, to become a terrorist and join forces

2    with Al-Qaeda."

3            Wouldn't this have been the time?  You're

4    never going to see any evidence as you might have seen

5    on television with this devout jihadists where they're

6    down on their knees and praying to Allah and they're

7    excited and they show this exuberance.

8            You're never going to see any of that.  You're

9    never going to hear any words come out of Patrick

10   Abraham's mouth where he says, "I want to wage a war

11   against this country.  I want to blow up the Sears

12   Tower in Chicago and FBI buildings."

13           You will never hear any of that, ladies and

14   gentlemen.

15           Constantly, constantly -- when you do hear

16   Patrick Abraham, he's constantly telling them, "It's

17   about the financial.  It's about the financial.  It's

18   about the money.  It's just about the money.  We just

19   want the money."

20           And so what do they do?  They dangle that

21   money in front of these gentlemen's faces.  They dangle

22   that money.  They dangle that money.  "Take the oath.

23   The money's coming.  Take the oath.  The money's

24   coming.  Come on.  Meet with our bomb expert.  The

25   money's coming."

Opening Statement by Mr. Levin                    211

1        He never meets with any bomb expert.  If he

2   wanted to blow up the Sears Tower, he would have met

3   with the bomb expert.  He doesn't know a bomb expert.

4   He doesn't know a bomb expert because he's not a

5   terrorist.  He never had any intent to blow up any

6   buildings, nor did any of these other gentlemen.

7        Finally, time goes on and a lot of weird and

8   wacky things happen in this case.  You know, you'll

9   hear about this Sultan Kahn-Bey and you'll hear about

10  this thug, these thugs from Chicago making phone calls.

11       Don't lose sight -- don't let that sway you.

12  As Ms. Jhones says, keep your eye on the ball.  Don't

13  let that sway you.  Those are red herrings.

14       Those are things that are put into this case,

15  injected into the case, to make you think, just because

16  these guys are a little bit off color, a little bit off

17  center, a little bit into a different thing, Moorish

18  Science Temple -- and, if I remember correctly, one of

19  the amendments of the United States Constitution is

20  freedom of religion, freedom of religion.  You're free

21  to practice whatever religion you want to practice.

22  Thank God for this country.

23       Don't let that throw you off the ball in terms

24  of what the real issue in this case is.  What did

25  Patrick Abraham intend?

Opening Statement by Mr. Levin                    212

1              Finally, ladies and gentlemen, you're going to

2    hear in a conversation that Elie Assaad had with

3    Narseal Batiste in May, when everybody pretty much now

4    went their separate ways, mind you -- okay?  This isn't

5    a group that kind of stayed together to do this.  Okay?

6              They're going to submit that they now were

7    suspicious that they were dealing with the FBI, that

8    the Sultan Kahn-Bey guy came down here and kicked

9    Batiste out of the organization because he was dealing

10   with the FBI.

11             No.  They were still in communication.  But

12   the reality is, Patrick went his separate way.  The

13   others went their separate ways.  But in a conversation

14   in May, about a month before they were indicted,

15   Narseal Batiste tells Elie Assaad in a conversation,

16   "Patrick Abraham, all he ever really wanted was the

17   money."

18             And that, ladies and gentlemen, is what the

19   evidence in this case is going to show.

20             Proof beyond a reasonable doubt is proof of

21   such a convincing character that you would be willing

22   to rely and act upon it without hesitation in the most

23   important of your own affairs.

24             The bottom line here is, as much as this case

25   might smell to you -- okay? -- as much as you're not

Opening Statement by Mr. Levin                              213

 1    going to like some of the things that are said on these

 2    tapes about smoking a cigarette with Osama bin Laden or

 3    marveling when the towers came down -- okay? -- it

 4    comes down to whether or not the prosecutors in this

 5    case have proven this indictment, proven this

 6    indictment.

 7            You're going to get a verdict form at the end

 8    of the case.  It's going to say "guilty," "not guilty."

 9    You will never see the word "innocent" on the verdict

10    form.  Okay?  Because it's either they proved it or

11    they didn't prove it.

12            That's what it comes down to.

13            I submit to you, ladies and gentlemen, that at

14    the end of this case, after you've listened carefully

15    and you keep an open mind throughout the entire case,

16    until the final closing argument is rendered, is given,

17    when you go back into that jury room, you'll decide

18    this case against Patrick Abraham and the others -- and

19    I represent Patrick Abraham -- in essence, you're

20    sitting in six separate trials.

21            And, again, thank you, thank you, thank you

22    for serving.  You're giving up two months,

23    conservatively, of the rest -- in the coming months to

24    sit in this courtroom on a daily basis, with the

25    exception of Mondays.

Opening Statement by Mr. Levin                    214

1        You have a tough job ahead of you.  However, I

2   am confident that, after you see Elie Assaad and after

3   you see Abbas al-Saidi and you listen to their

4   backgrounds and you listen to what their motivations

5   were -- and there's one thing I forgot that I'll leave

6   you with, which is extremely disturbing.

7        Elie Assaad will tell you that, "I plan on

8   writing a book about my experience as an informant with

9   the United States Government when this is over."  If

10  that does not speak volumes, I don't know what does.

11       I ask you, ladies and gentlemen, to listen

12  carefully, pay close attention, and I'm confident that,

13  when all is said and done, you will return a verdict of

14  not guilty with regard to Patrick Abraham and all of

15  these gentlemen.

16       It's been a pleasure.  Thank you.

17       THE COURT:  Counsel, please approach.

18       (Whereupon, proceedings were had at side-bar

19  outside the presence of the jury which have been sealed

20  per instructions of the Court.)

21       (Whereupon, the following proceedings were had

22  in open court:)

23       THE COURT:  Ladies and gentlemen, we're going

24  to take a break.

25       Do not discuss this case either amongst

Opening Statement by Mr. Levin                    215

```
 1   yourselves or with anyone else.  Have no contact
 2   whatsoever with anyone associated with the trial.  Do
 3   not read, listen or see anything touching on this
 4   matter in any way.
 5          If anyone should try to talk to you about this
 6   case, you should immediately instruct them to stop and
 7   report it to my staff.
 8          You may leave your notebooks at your chairs.
 9   Please be back in the jury room in ten minutes.
10          (Whereupon, the jury exited the courtroom at
11   4:09 p.m. and the following proceedings were had:)
12          THE COURT:  We're in recess for ten.
13          (Thereupon a recess was taken, after which the
14   following proceedings were had:)
15          THE COURT:  We're back on United States of
16   America versus Narseal Batiste, et al., Case
17   No. 06-20373.
18          Counsel, state your appearances, please.
19          MR. GREGORIE:  Richard Gregorie and Jacqueline
20   Arango on behalf of the United States, your Honor.
21          MS. JHONES:  Good afternoon, your Honor.
22          Ana Maria Jhones on behalf of Narseal Batiste,
23   who is present.
24          MR. LEVIN:  Albert Levin on behalf of Patrick
25   Abraham.
```

Opening Statement by Mr. Levin

 1          MR. CASUSO:  Louie Casuso on behalf of Burson

 2   Augustin, who's present.

 3          MR. CLARK:  Nathan Clark for Rotschild

 4   Augustine, who's present.

 5          MR. HOULIHAN:  Richard Houlihan with Naudimar

 6   Herrera.

 7          MR. VEREEN:  Rod Vereen for Stanley Phanor.

 8          THE COURT:  Let's bring in the jurors, please.

 9          (Whereupon, the jury entered the courtroom at

10   4:31 a.m. and the following proceedings were had:)

11          THE COURT:  You may be seated.

12          Call your first witness.

13          MS. ARANGO:  Thank you, your Honor.

14          The United States calls Anthony Velazquez to

15   the stand.

16   Thereupon--

17                    ANTHONY VELAZQUEZ

18   was called as a witness by the Government and, having

19   been first duly sworn, testified as follows:

20          THE COURTROOM DEPUTY:  Thank you.  You may be

21   seated.

22          If you can state your name and give the

23   spelling for the record.

24          THE WITNESS:  Anthony Velazquez,

25   V-e-l-a-z-q-u-e-z.

```
 1                    DIRECT EXAMINATION

 2   BY MS. ARANGO:

 3   Q.     Now, by whom are you employed?

 4   A.     I'm employed by the FBI.

 5   Q.     And what do you do with the FBI?

 6   A.     Right now, I am the assistant legal attache

 7   assigned to Cape Town, South Africa.

 8   Q.     What is your position with the FBI right now?

 9   A.     I'm a special agent with the FBI.  But

10   overseas -- the FBI has 72 offices overseas.  Those

11   positions are called legal attache positions because we

12   don't have any authority, per se, overseas.

13          My boss is actually in Pretoria, South Africa.

14   He works out of the embassy.

15   Q.     And how long have you been in South Africa?

16   A.     I've been assigned to that position for

17   approximately 16 months.

18   Q.     And where were you before you were assigned to

19   South Africa?

20   A.     Prior to being assigned to South Africa, I was

21   assigned to the Miami division of the FBI.

22   Q.     How long were you with the Miami division of the

23   FBI?

24   A.     Since approximately January or February of 1992.

25   Q.     How long have you been a special agent with the
```

 1   FBI?

 2   A.    This is going on 18 years, I believe.

 3   Q.    Now, tell the jury a little bit about you.

 4         Where were you born?

 5   A.    I was born in Bronx, New York.  I went to -- I

 6   graduated high school in Tampa, Florida.  And then I

 7   went to the Air Force for nine years.

 8   Q.    And what was your position in the Air Force?

 9   A.    I was enlisted and I was an electronics

10   technician, working on the ground navigation systems

11   for the Air Force.

12   Q.    And how is it that you came to apply for the FBI?

13   A.    I went to school at night and, after getting out

14   of the Air Force in Omaha, Nebraska, I went to work for

15   the FAA, the Federal Aviation Administration, for about

16   six or seven months.

17         During that time, I had applied for the FBI while

18   in Omaha.

19   Q.    After you became a special agent, just tell the

20   members of the jury, what kind of training is involved

21   in becoming an FBI special agent?

22   A.    After you're selected for an appointment to the

23   special agent position, you attend -- at the time I

24   came in the FBI, it was approximately 16 weeks at

25   Quantico, Virginia.

Velazquez - DIRECT - By Ms. Arango          219

```
 1              That training includes courses in
 2    constitutional law, interviewing and interrogation,
 3    defensive tactics, the use of firearms, handcuffing
 4    techniques, other investigative techniques that would
 5    be used during the course of your employment.
 6    Q.     After your training and after you became a sworn
 7    special agent with the FBI, where were you first
 8    assigned?
 9    A.     My first assignment was Miami, Florida.
10    Q.     And were you in Miami -- working in Miami until
11    you became the legal attache in South Africa?
12    A.     Yes.  I was assigned in Miami during that entire
13    period, prior to being assigned to South Africa.  But
14    while assigned in Miami, I served in a number of
15    different investigations outside of the United States
16    and other parts of the United States.
17    Q.     Okay.  Tell the members of the jury about the
18    different types of crimes that you've investigated and
19    you've been involved in.
20    A.     The first squad that I was assigned to was the
21    truck hijacking or cargo theft squad.  I've
22    investigated drug violations, murder-for-hire
23    investigations, kidnapping investigations, terrorism
24    investigations, police corruption investigations and
25    several others while being assigned to Miami.
```

Velazquez - DIRECT - By Ms. Arango                    220

```
1    Q.    Now, during these years with the FBI, what other
2    kind of experience have you gained in addition to your,
3    you know, working on the investigations and in addition
4    to the initial training before you entered the FBI?
5    A.    I'm also a certified undercover agent.  I'm also
6    an instructor -- a certified instructor with the FBI
7    as well as a certified hostage negotiator.
8    Q.    And how is it that you became a certified
9    instructor in undercover investigations?
10   A.    I spent a number of years working in undercover
11   operations, both as the undercover agent as well as
12   other -- other positions within the undercover
13   operation, which include the case agent and the contact
14   agent, which is pretty much the handler for the
15   undercover operative.
16         I've --
17   Q.    Well, can you just stop there.  Because I want
18   you to explain to the members of the jury.  I don't
19   want them to misunderstand any terms.
20         What is case agent?
21   A.    A case agent is the agent who has general overall
22   responsibility for the management and direction of the
23   investigation.
24   Q.    And I think you mentioned controlling agent or
25   handling agent or something like that.  What --
```

Velazquez - DIRECT - By Ms. Arango                    221

```
 1   A.     In an undercover operation, there are three basic
 2   positions.
 3          You have the case agent, who's generally
 4   responsible for the overall management of the
 5   investigation.
 6          You have the undercover agent or officer, who is
 7   actually playing a role during the course of the
 8   investigation for purposes of gathering evidence.
 9          And you have what's called a contact agent.  The
10   contact agent is usually a senior FBI agent who is
11   assigned to be the intermediary between the undercover
12   operative who's out in the field and the case agent in
13   administrative personnel back at whatever division --
14   FBI division you're working for.
15   Q.     And what roles have you played -- rather, what
16   positions have you played in these undercover
17   operations?  Like as what types of agent?
18   A.     I've been involved in all -- in all three of
19   those positions at varying times during my career.
20   Q.     Now, have you had any training -- undergone any
21   training in undercover operations?
22   A.     Yes.  In the FBI -- in order to work undercover
23   as an FBI agent, you have to be certified, which
24   requires for you to attend a two-week in-service school
25   at Quantico, Virginia.
```

 1          It's not a school that you go to and you get a

 2    certificate just for attending.  The school is really

 3    designed to determine whether you're capable of dealing

 4    with the stressors involved with undercover work and if

 5    you have the capabilities to work in that type of

 6    capacity.

 7    Q.    And what do you mean by the stressors to be

 8    involved in undercover work"?

 9    A.    Undercover work can be extremely stressful for a

10    variety of reasons.  You're playing a role of someone

11    else.  Usually, you're working by yourself, oftentimes

12    without anyone covering you within a reasonable

13    distance to provide some safety.  And it's just

14    stressful to assume another identity and maintain that

15    for an extended period of time.

16    Q.    And have you played the role of an undercover

17    operative yourself?

18    A.    I have.

19    Q.    In how many cases did you actually play the

20    undercover operative?

21    A.    I'd say close to a dozen.

22    Q.    Could you just briefly explain to the members of

23    the jury those types of cases and the types of roles

24    that you had to play.

25    A.    I've been involved as the undercover operative

1    in narcotics investigations, in truck hijacking

2    investigations, police corruption investigations --

3    which, by far, have been the most challenging --

4    murder-for-hire investigations and terrorism

5    investigations.

6    Q.    Now, why do you say that the police corruption

7    investigations have been the most challenging?

8    A.    The reason why, in my opinion, a police

9    undercover operation is -- which are targeting corrupt

10   police officers, are the most challenging is because

11   you -- police officers are aware of the investigative

12   techniques that are used within law enforcement.

13         So when you're assuming the role as a drug dealer

14   or some other individual who is trying to collect

15   evidence of the corrupt activities of the cop, you're

16   always concerned that the cop may think you're an

17   informant or an undercover operative, thereby risking

18   your safety.

19   Q.    Now, when you play a role, how is it that you

20   elicit conversations when you're playing a role as an

21   undercover operative?

22   A.    There are a number of ways to do that.  Depending

23   on how you are introduced into the operation there,

24   that normally dictates the manner in which you go about

25   developing conversations.

```
 1            For example, one way to be introduced as an

 2   undercover operative into an operation or an

 3   investigation is by introduction -- by way of

 4   introduction.

 5            Somebody who is involved with the target of the

 6   investigation introduces you.  That's a much easier

 7   way.

 8            And you have some background as to who you're

 9   going to go up against and what type of crime they're

10   suspected of being involved with.

11            Another way to insert yourself into an undercover

12   operation is cold infiltration, where you'll be aware

13   of the target of the investigation and you will develop

14   a scenario wherein you will run into the target or

15   develop a relationship with that person.

16   Q.    Have you done both of these types of techniques?

17   A.    I have.

18   Q.    All right.  And what is involved in speaking as

19   an undercover operative and eliciting conversations

20   about incriminating activities?  How is that -- how do

21   you accomplish that?

22   A.    The first thing you do is familiarize yourself

23   with the targets of the investigation and what types of

24   crimes or violations they're suspected of being

25   involved with.
```

```
 1            After that, you try to fashion your conversations

 2    around that type of activity.  For example, if I am

 3    playing the role of a drug dealer and I am having

 4    conversations with the target of an investigation which

 5    I'm gathering evidence on, my conversations will

 6    surround drug-dealing or the activities associated with

 7    that type of crime.

 8            If it's terrorism, then the conversation would

 9    surround terrorism.

10            If it was drug hijackings, the conversation would

11    surround the activities involved in the stealing of

12    cargo, for hijacking of cargo.

13    Q.    What do you do in response to the conversations

14    that you -- that you elicit?  How do you determine

15    whether or not the person is involved in the crimes

16    being suspected?

17    A.    Well, sometimes with multiple -- cases where

18    there are multiple individuals that may be involved

19    with the crime, you may only have an opportunity by the

20    nature of your relationship in the investigation to

21    talk to one or two individuals, although there may be

22    four or five or seven or ten people involved in the

23    criminal activity.

24            In a situation like that, what I've done in the

25    past or what has been done in the past is you try to
```

1    create scenarios where you will have a conversation

2    with somebody who you suspect was involved in the

3    criminal activity to determine what type of response

4    you get.

5            For example, if I'm talking about the sale of a

6    stolen load of computers and one of the individuals who

7    is suspected of being involved was not -- I did not

8    have direct conversations with that person, I may try

9    to engage that person in a conversation to see what

10   their reaction is.

11           If they know nothing about it, that may be an

12   indicator to me that this person knows nothing about

13   the criminal activity that I'm investigating.  And I

14   will then report that back to the case agent.

15   Q.    Okay.  Now, have you been involved in undercover

16   investigations from the standpoint of a case agent as

17   well?

18   A.    I have.

19   Q.    And how many investigations -- how many

20   undercover investigations would you estimate that

21   you've been involved in as a case agent as opposed to

22   as the undercover operative?

23   A.    I'd say seven, eight.  Those roles change

24   depending on incoming personnel and whether or not you

25   get moved to different squads.

1        I've started off on some cases as a case agent of

2   an undercover investigation and then been transferred.

3   So I'd say -- seven or eight would be my guess.

4   Q.    Okay.  Now, tell the members of the jury, how

5   does an FBI investigation generally begin?

6   A.    Generally speaking, an investigation begins with

7   the receipt of information.  That information can come

8   from a variety of sources, including informants, other

9   police agencies or officers.

10       Another way an FBI investigation may be initiated

11   is the identification of a crime problem, whether that

12   is a number of unresolved shootings, a number of cargo

13   thefts that are occurring, kidnappings and so forth.

14       Then we identify a crime problem and develop an

15   investigative strategy to address that problem.

16       But, generally speaking, we receive information

17   and then we take measures to confirm or verify that

18   information.

19   Q.    And just generally, who do you receive -- who

20   does the FBI receive information from?

21   A.    All sorts of places.  We have information that

22   comes in from informants.  We have information that

23   comes in from other police agencies.  We have

24   information that comes in anonymously on phone

25   messages.

Velazquez - DIRECT - By Ms. Arango                228

```
 1        We have information that comes in via the
 2   Internet or e-mail.  It's actually sent to FBI
 3   headquarters and then that information is then filtered
 4   down to the respective investigating office.
 5   Q.    Okay.  And what does the FBI do after receiving
 6   some type of information or investigative lead?
 7   A.    The first thing we do is determine whether or not
 8   we have jurisdiction -- we have federal jurisdiction to
 9   investigate the crime.
10        For example, if it was the theft of -- if we
11   received information on the theft of Coca-Cola -- cases
12   of Coca-Cola, we would then refer that to the
13   respective law enforcement agency in that area.
14        Once we determine that we have jurisdiction to
15   investigate, we would then -- whoever is receiving the
16   information, rather, would then determine which
17   investigative squad in the FBI would investigate the
18   crime.
19        So if I received information on narcotics
20   trafficking, I would refer that information to one of
21   the drug squads.
22   Q.    Okay.  Now, how is the FBI-Miami divided up in
23   terms of the different types of crimes that the squads
24   are addressed to handle?
25   A.    Well, I'm uncertain at this point because I've
```

1    been gone for about a year and a half.

2         But we have the counterterrorism section.  We

3    have the criminal section.  We have the white collar

4    crimes section.

5         Within those sections, you have various squads.

6    On the white collar crime side of the house for the FBI

7    in Miami, you have Medicare fraud, healthcare fraud,

8    bank fraud.

9         On the criminal side of the house in Miami for

10   the FBI, you have a bank robbery fugitive squad, you

11   have a cargo theft task force, you also have a gang

12   squad and a number of drug squads.

13        And on the counterterrorism side of the house,

14   you have a number of different squads that investigate

15   a variety of different matters related to terrorism.

16   Q.   Okay.  Now, what are the different investigative

17   techniques that the FBI uses in following these

18   investigative leads and conducting investigations?

19   A.   Some of the investigative techniques that are

20   more popular and that may be aware to the general

21   public because of TV shows like *CSI Miami* and *Miami*

22   *Vice* are surveillance of --

23   Q.   Let me just stop you there.

24        Just so the jury can understand, first explain

25   what surveillance is.

Velazquez - DIRECT - By Ms. Arango                230

```
 1  A.    There are a number of different types of
 2  surveillance.
 3         The most obvious one is where an individual or
 4  group of individuals take up positions to make
 5  observations on individuals or an area and record those
 6  observations to -- for purposes of gathering evidence.
 7         That can be from a fixed position.  It could be
 8  in vehicles and the surveillance is moving, where
 9  you're going to go to actually monitor the movements of
10  a vehicle or vehicles.
11         That surveillance can also take place by way of
12  electronic cameras, which are fixed and can then shoot
13  the depiction of a particular area back to an office
14  where you can record it and review it.
15         There's also electronic surveillance, or what we
16  call ELSURE.  That is the recording of conversations
17  where the parties are -- one party, the target of the
18  investigation, does not know that they're being
19  recorded.
20         There's two types, generally speaking, of those
21  types of recordings.  One is what's generally called a
22  consensual recording, and that is where someone's
23  wearing a body bug.
24  Q.    Why is it called a consensual recording?
25  A.    It's called a consensual recording because the
```

1   person working on behalf of law enforcement, whether

2   it's an agent or an officer or an informant, knows that

3   they're making the recording.  Therefore, it's

4   consensual.

5        The party or parties that they're recording do

6   not know that they're being recorded.  And so the

7   consent is only with one party.

8   Q.    And who would that one party be?

9   A.    Someone working on behalf of law enforcement,

10  whether it's a federal agent, a local law enforcement

11  officer or an informant.

12  Q.    Okay.  And what about other types of recordings?

13  A.    There are other types of recordings which are

14  commonly referred to as Title III wire intercepts

15  within the law enforcement community.

16        And, basically, that's where law enforcement

17  obtains a court order from a judge after establishing

18  probable cause that we believe there are conversations

19  pertaining to criminal activity, activities occurring

20  on a phone, and we get an order to listen to those

21  conversations without the knowledge of the party -- the

22  parties who are talking on that phone.

23  Q.    And are you familiar with the legal requirements

24  for obtaining such a court order?

25  A.    Yes, I am.

 1   Q.     And are affidavits -- is an affidavit of the case

 2   agent generally required for that?

 3   A.     Yes, it is.  An affidavit is where you

 4   establish --

 5          MR. VEREEN:  Objection, Judge, as to

 6   relevance.

 7          MS. ARANGO:  Judge, there are wiretaps in this

 8   case.

 9          THE COURT:  Overruled.

10   BY MS. ARANGO:

11   Q.     You may answer.

12   A.     Sorry.

13          An affidavit is where an agent or officer lays

14   outs their probable cause and swears before a federal

15   judge as to the validity of the affidavit and a court

16   order is then authorized for the interception of those

17   conversations.

18   Q.     Okay.  Now, you mentioned earlier that, in a

19   consensual recording, the recording could be consented

20   to by somebody working on behalf of the FBI.  You

21   mentioned an agent or informant.

22   A.     That's correct.

23   Q.     Now, would you just explain to the members of

24   the jury the different types of informants or

25   classifications of informants there are within the FBI.

Velazquez - DIRECT - By Ms. Arango          233

```
 1   A.     Okay.   Generally, on the criminal side of the

 2   house, you have two types of informants.

 3          One is called the confidential informant, or a

 4   CI, and the other is called a cooperating witness, or a

 5   CW.

 6          Now, the distinction between the two is that,

 7   generally speaking, the CI agrees to only provide

 8   information to law enforcement, but not testify.

 9          So that may be somebody that lives in the

10   community who does not want to expose themselves to

11   testifying and will provide information to law

12   enforcement.

13          The CW, on the other hand, is a more proactive

14   law enforcement tool or source of information that will

15   also provide --

16   Q.     Would you please explain to the members of the

17   jury what you mean by "proactive."

18          I hate to interrupt you, but I don't want you to

19   use terms that are not understandable.

20          Could you just explain what "proactive" means.

21   A.     What I mean by "proactive" is they're going to

22   actively engage the subject of an investigation with

23   the attempt to record conversations, to gather evidence

24   and corroborate information that we may have from other

25   sources.
```

```
 1          So when I say proactive, what that means is
 2   they're going to actively try to engage the subject or
 3   subjects of the investigation in which they're
 4   involved.
 5   Q.    And you've also used the term "to corroborate" --
 6   A.    Yes.
 7   Q.    -- that -- in order to corroborate information
 8   obtained.
 9          Would you explain that to the members of the
10   jury.
11   A.    "Corroborate" is a term --
12          MR. VEREEN:  Objection, Judge.
13          THE COURT:  Overruled.
14          THE WITNESS:  "Corroborate" is a term that's
15   generally used in law enforcement, which basically
16   means to verify, to confirm, the information that you
17   have received, irrespective of where that information
18   may have come from.
19   BY MS. ARANGO:
20   Q.    And when you're working with informants, what do
21   you do to corroborate the information that they're
22   providing you or to verify the information or confirm
23   the information that they're providing you?
24   A.    There's a number of things that you do in an
25   effort -- in furtherance of validating or verifying
```

 1    information from an informant.

 2         You would conduct surveillance.  You would obtain

 3    bank records.  You would conduct interviews.

 4         But one of the best ways to verify or confirm

 5    information that you receive from an informant or

 6    informants is -- are recordings, where the other party

 7    or parties do not know they're being recorded because

 8    you can hear the exchange in their own words.

 9    Q.   How does that verify or confirm to you the

10    information that you've been receiving -- that you're

11    receiving from the informant?

12    A.   Well, if an informant were to tell me that they

13    are -- they have information on a group of individuals

14    who are planning a bank robbery and wanted him to be

15    the driver and wanted -- had a recording about when

16    they were going to rob the bank and the individuals

17    that he was recording responded in a manner where they

18    knew nothing about what he was talking about, I would

19    not consider that information corroborated.

20         Conversely, if the individuals that he was

21    recording furthered that -- engaged in that

22    conversation and started talking about what time they

23    were going to rob the bank, what day of the week, which

24    bank it was, that would, in my opinion, verify or

25    corroborate the information that the --

```
 1            MR. VEREEN:  Objection.

 2            THE COURT:  Overruled.

 3            We're going to break at this time.  We're

 4   going to break for the day.

 5            Do not discuss this case either amongst

 6   yourselves or with anyone else.  Have no contact

 7   whatsoever with anyone associated with the trial.  Do

 8   not read, listen or see anything touching on this

 9   matter in any way.

10            If anyone should try to talk to you about this

11   case, you should immediately instruct them to stop and

12   report it to my staff.

13            If you would, give your notebooks to the court

14   security officer.  Have a nice evening.  I will see you

15   tomorrow morning, 9:00.

16            (Whereupon, the jury exited the courtroom at

17   4:57 p.m. and the following proceedings were had:)

18            THE COURT:  You may step down, sir.

19            (Witness excused.)

20            THE COURT:  You may be seated.

21            MR. CLARK:  Your Honor, before we recess for

22   the day, I would like to have a side-bar with the

23   attorneys, if possible.

24            THE COURT:  Come on up.

25            (Whereupon, proceedings were had at side-bar
```

237

 1   outside the presence of the jury which have been sealed

 2   per instructions of the Court.)

 3          (Whereupon, the following proceedings were had

 4   in open court:)

 5          THE COURT:  Before we break, let me find out.

 6          When is it you plan on playing your first

 7   video?

 8          MS. ARANGO:  Probably tomorrow, Judge.

 9          THE COURT:  Tomorrow?

10          MS. ARANGO:  Yes.

11          THE COURT:  We need to set up for one of the

12   alternates.  We need to set up a monitor for at least

13   one extra juror.  So I want to make sure that that's

14   done before.

15          We're in recess now until tomorrow morning,

16   9:00.

17          (End of proceedings.)

18              C E R T I F I C A T E

19          I hereby certify that the foregoing is an
     accurate transcription of the proceedings in the
20   above-entitled matter.

21

              /s/Lisa Edwards
22   _____    _____
         DATE        LISA EDWARDS, CRR, RMR
                     Official United States Court Reporter
23                   400 North Miami Avenue, Twelfth Floor
                     Miami, Florida 33128
24                   (305) 523-5499

25