PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 89080

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:06-20373-CR-LENARD
### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Narseal Batiste

Name of Sentencing Judicial Officer: The Honorable Joan A. Lenard, Senior United States District Judge, Miami, Florida

Date of Original Sentence: November 20, 2009

Original Offense:     Count One: Conspiracy to Provide Material Support to a Foreign Terrorist Organization, 18 U.S.C. § 2339B, a Class C felony.

    Count Two: Conspiracy to Provide Material Support to a Foreign Terrorist, 18 U.S.C. § 2339A, a Class C felony.

    Count Three: Conspiracy to Destroy Federal Building, 18 U.S.C. § 844(1), a Class C felony.

    Count Four: Seditious Conspiracy, 18 U.S.C. § 2384, a Class C felony.

Original Sentence:     One hundred and sixty-two months custody of the U.S. Bureau of Prisons, 35 years supervised release, and a $400.00 special assessment. Special conditions: The defendant shall 1) maintain full-time, legitimate employment and no be unemployed for a term of more than 30 days; 2) submit to search of his person or property; and 3) obtain prior written approval from the Court before entering into any self-employment.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 23, 2018

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

    You shall not have any direct, indirect, or third-party contact with any media personnel, journalist, or reporter unless granted permission from the Court. If you are approached by any media personnel, journalist, or reporter, you are not to give a comment or statement and shall immediately inform the supervising probation officer.

    You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations.

PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 89080

A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able subject of other financial obligations imposed by this Judgment.

## CAUSE

On March 23, 2018, the defendant commenced his term of supervised release in the Northern District of Texas and has maintained compliance with the conditions of supervised release. In December 2019, he requested permission to relocate to the Northern District of Illinois in order to live closer to his family, including his brothers and daughter. Additionally, one of his brothers owns a remodeling company and has guaranteed full-time employment for Mr. Batiste. A relocation request was submitted to the Northern District of Illinois on December 23, 2019. On January 23, 2020, the U.S. Probation Office in Chicago, Illinois investigated the relocation plan and approved the transfer provided his supervision is modified to include the above-referenced conditions of supervised release.

On February 10, 2020, the defendant met with his assigned probation officer in the Southern District of Texas and agreed to the aforementioned special conditions. The defendant voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release* detailing the special conditions requested by the Northern District of Chicago.

### RECOMMENDATION:

It is respectfully recommended Your Honor modify the conditions of supervised release to include no contact with the media and computer monitoring which will allow the defendant to relocate to the Northern District of Illinois.

Respectfully submitted,

David E. Alvarado  
Feb 10 2020 1:12 PM

David E. Alvarado  
Senior United States Probation Officer  
Office: (305) 259-1304  
Cellular: (786) 269-4097  
Date: February 10, 2020

---

THE COURT ORDERS:

☐ No Action  
☒ The Modification of Conditions as Noted Above  
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____  
Signature of Judicial Officer

2/12/2020  
Date